*The Court Original Copy*

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_PANAMA CITY_____ **DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

MANUEL HIERRO_____,

Inmate # _X 23875_____.
  (Enter full name of Plaintiff)

JURY TRIAL REQUESTED

vs.

CASE NO: 5:09cv68
(To be assigned by Clerk)
RS-AK

DR. DANIEL CHERRY_____,
ARN.P CELESTE MCDONALD ,
DR. PABID LAMANGLOB_____,
DR. JANE DOE_____,
THE COUNTY OF ORANGE____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

CLERK U.S. DIST
NORTHERN FLA
09 MAR 11 AM 11:09
FILED

I.   **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:   *MANUEL HIERRO*
Inmate Number        *X23875*
Prison or Jail:      *APALACHEE COR. INST.*
Mailing address:     *52 WEST UNIT DR.*
                     *SNEADS, FL.*
                     *32460*

II.   **DEFENDANT(S):**   *(SEE ATTACHED)*

# II   DEFENDANTS

**(1)**

DEFENDANT: DR. DANIEL CHERRY
MAILING ADDRESS: APALACHEE CORRECTIONAL INSTITUTION
                 35 APALACHEE DR.
                 SNEADS, FL. 32460
POSITION: CHIEF HEALTH OFFICER, APALACHEE C.I.
EMPLOYED AT: APALACHEE C.I., FL. D.O.C.

**(2)**

DEFENDANT: ARNP CELESTE McDONALD
MAILING ADDRESS: APALACHEE COR. INST.
                 35 APALACHEE DR.
                 SNEADS, FL. 32460
POSITION: A.R.N.P.
EMPLOYED AT: APALACHEE C.I., FL. D.O.C.

**(3)**

DEFENDANT: DR. PABIO LAMANGLOB
MAILING ADDRESS: RECEPTION MEDICAL CENTER
                 P.O. BOX 628
                 LAKE BUTLER, FL. 32054
POSITION: PHYSICIAN
EMPLOYED AT: RMC LAKE BUTLER, FL. D.O.C.

**(4)**

DEFENDANT: DR. JANE DOE
MAILING ADDRESS: ORANGE COUNTY JAIL
                 3855 S. JOHNS YOUNG PKWY.
                 ORLANDO, FL. 32839
POSITION:
EMPLOYED AT:

**(5)**

DEFENDANT: THE COUNTY OF ORANGE  (A MUNICIPALITY)
MAILING ADDRESS: ORANGE COUNTY ATTORNEY
415 N. ORANGE AVE., P.O. BOX 1673
ORLANDO, FL. 32802
POSITION: MUNICIPALITY
EMPLOYED AT: N/A

### III.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV.    PREVIOUS LAWSUITS

NOTE:  FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.    Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )                            No( ✓ )

    1.    Parties to previous action:
        (a)    Plaintiff(s): _____

        (b)    Defendant(s): _____

    2.    Name of judge: _____    Case #: _____

    3.    County and judicial circuit: _____

    4.    Approximate filing date: _____

    5.    If not still pending, date of dismissal: _____

    6.    Reason for dismissal: _____

    7.    Facts and claims of case: _____
_____

**(Attach additional pages as necessary to list state court cases.)**

B.    Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )                            No( ✓ )

    1.    Parties to previous action:
        a.    Plaintiff(s): _____

        b.    Defendant(s): _____

    2.    District and judicial division: _____

    3.    Name of judge: _____    Case #: _____

    4.    Approximate filing date: _____

    5.    If not still pending, date of dismissal: _____

    6.    Reason for dismissal: _____

3

7.      Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.      Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )                          No( ✓ )

If YES, describe each action in the space provided below.  If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.      Parties to previous action:
        a.      Plaintiff(s): _____
        
        b.      Defendant(s): _____

2.      District and judicial division: _____

3.      Name of judge: _____      Case #: _____

4.      Approximate filing date: _____

5.      If not still pending, date of dismissal: _____

6.      Reason for dismissal: _____

7.      Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D.      Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service?  If so, identify each and every case so dismissed:

Yes( )                          No( ✓ )

1.      Parties to previous action:
        a.      Plaintiff(s): _____
        
        b.      Defendant(s): _____

2.      District and judicial division: _____

3.      Name of judge: _____      Case Docket # _____

4.      Approximate filing date: _____  Dismissal date: _____

5.      Reason for dismissal: _____

4

6.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.    STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  <u>Do not make any legal arguments or cite to any cases or statutes.</u>  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

_SEE ATTACHED STATEMENT OF FACTS_ _____

# I STATEMENT OF FACTS

1.) IN 2002 PLAINTIFF WAS DIAGNOSED WITH H.I.V. AND
TREATED BY DR. GREG DERAMO IN ORLANDO FLORIDA
AND THE COSTS FOR SUCH TREATMENT AND MEDICATIONS
AVERAGED APPROXIMATELY $3,600.00 PER MONTH. IN 2005
PLAINTIFF UNDERWENT TRIPLE BY-PASS SURGERY ON HIS
HEART AND WAS UNDER THE TREATMENT OF DR. OHSMA
OF LONGWOOD, FL. WITH AN AVERAGE APPROXIMATE COST PER MONTH
OF $1,000 FOR TREATMENT AND MEDICATION. ALSO IN
2005 PLAINTIFF WAS DIAGNOSED WITH FOUR (4) HERNIATED
DISKS IN HIS LOWER BACK AND WAS UNDER THE TREATMENT
OF "FLORIDA CLINIC FOR PAIN" IN ORLANDO FL. WITH
AN AVERAGE APPROXIMATE COST OF $700 PER MONTH
FOR TREATMENT AND MEDICATION. AT THE TIME OF
PLAINTIFF'S IMMEDIATE INITIAL INCARCERATION HE WAS
IN A STABLE CONDITION UNDER THESE TREATMENTS
AT A COST AVERAGING APPROXIMATELY $5,300.00 PER
MONTH.

2.) IN FEBRUARY 2006 PLAINTIFF WAS ARRESTED AND TAKEN
TO THE ORANGE COUNTY JAIL. THE ORANGE COUNTY
JAIL MEDICAL DEPARTMENT VERIFIED PLAINTIFF'S MEDICAL
CONDITIONS WITH THE ORANGE COUNTY HEALTH DEPARTMENT
AND TREATED AND PROVIDED THE MEDICATIONS PRESCRIBED
BY DR. DERAMO AND DR. OHSMA (PLAINTIFF'S DOCTORS).
PLAINTIFF WAS SUBSEQUENTLY RELEASED FROM THE
ORANGE COUNTY JAIL, BUT RE-ARRESTED AND RETURNED
TO THE ORANGE COUNTY JAIL ON OR ABOUT MAY 2007.
HOWEVER, UPON HIS RETURN TO THE ORANGE COUNTY
JAIL PLAINTIFF WAS DENIED TREATMENT AND HIS
PRESCRIBED (AND PREVIOUSLY VERIFIED MEDICATIONS) BY
A DOCTOR "JANE DOE" (TO BE IDENTIFIED DURING DISCOVERY).

3.) Despite Plaintiff's numerous verbal complaints of pain and concerns of not receiving his prescribed medications, Dr. Jane Doe was deliberately indifferent to Plaintiff's serious medical needs and acted in a callous disregard telling Plaintiff "he had nothing to worry about" and that he "only needed to watch his diet and make sure he ate right." When Plaintiff expressed his concern that his treatment and medications had already been verified with the Orange County Dept. of Health and that his doctor had told him if he was to go off his meds that he would not be able to continue such treatment, but would have to start over with a new combo (cocktail) of medication, Dr. Jane Doe had Plaintiff escorted out of the medical department by jail correctional officers. Plaintiff's medical conditions, H.I.V, heart & herniated disks are serious medical problems that require continuous treatment and medications that are costly. Dr. Jane Doe exhibited a callous disregard to Plaintiff's illnesses by taking the less costly route of treatment — not providing Plaintiff's prescribed medications for the approximate 42 days he was under her care at the Orange County Jail. During such time Plaintiff experienced severe back pain, heart pain, numbness in his hands and feet, and a remission in his stabilized H.I.V. treatment jeopardizing his very life.

4.) PLAINTIFF WAS THEN SENTENCED TO THE FLORIDA DEPARTMENT OF CORRECTIONS, AND ON OR ABOUT JUNE 2007 HE WAS TRANSFERRED TO THE F.DOC. REGIONAL MEDICAL CENTER (RMC) AT LAKE BUTLER, FL.  UPON PLAINTIFF'S ARRIVAL, PLAINTIFF INFORMED PABLO LAMANGLOB IN THE MEDICAL DEPARTMENT OF HIS MEDICAL CONDITIONS, THE FACT HE HAD BEEN OFF ALL HIS PRESCRIBED MEDICATIONS FOR APPROXIMATELY 42 DAYS WHILE AT THE COUNTY JAIL, AND THAT HE WAS EXPERIENCING EXCRUCIATING PAIN IN HIS BACK, NUMBNESS IN HIS HANDS AND FEET, CHEST PAINS, AND HE WAS DEEPLY CONCERNED ABOUT THE GRAVE CONSEQUENCES OF NOT RECEIVING HIS H.I.V. MEDICATION. PABLO LAMANGLOB ACTED WITH DELIBERATE INDIFFERENCE AND FAILED TO PRESCRIBE PLAINTIFF ANY MEDICATIONS OR HAVE PLAINTIFF IMMEDIATELY EXAMINED BY ANY SPECIALISTS OR EMERGENCY TREATMENT. HE MERELY HAD PLAINTIFF SIGN A MEDICAL RECORDS RELEASE AND ORDERED A BLOOD TEST. PLAINTIFF REMAINED AT RMC. WITH NO FURTHER MEDICAL TREATMENT OR RECEIVING HIS PRESCRIBED MEDICATION FOR APPROXIMATELY 60 DAYS.  INCREDULOUSLY PLAINTIFF WAS DEEMED "MEDICALLY FIT" FOR TRANSFER TO HOLMES CORRECTIONAL INSTITUTION  WORK CAMP (A MINIMUM CUSTODY ROAD LABOR CAMP).

5.) HAVING BEEN OFF ALL HIS PRESCRIBED MEDICATIONS FOR APPROXIMATELY 100 DAYS PLAINTIFF ARRIVED AT HOLMES C.I. WORK CAMP ON OR ABOUT JULY 2007. HIS STATE OF HEALTH HAD DETERIORATED TO SUCH A DEGREE FROM THE COMPOUNDED DELIBERATE INDIFFERENCE TO HIS SERIOUS MEDICAL NEEDS, THAT WITHIN 24 HOURS OF HIS ARRIVAL AT HOLMES C.I.

WORK CAMP PLAINTIFF SUFFERED A SEVERE
HEART-ATTACK, HAD TO BE TRANSPORTED TO THE
LOCAL HOSPITAL, AND SPENT THE NEXT FOUR (4)
DAYS IN INTENSIVE CARE.

6.) AFTER PLAINTIFF WAS RELEASED FROM INTENSIVE
CARE HE WAS IMMEDIATELY TRANSFERRED TO
APALACHEE CORRECTIONAL INSTITUTION EAST WHERE
THE CHIEF HEALTH OFFICER IS DR. CHERRY.
HOWEVER, IN DELIBERATE INDIFFERENCE TO THE
PLAINTIFF'S SERIOUS MEDICAL NEEDS (AND SHOCKING
TO CONTEMPORARY STANDARDS OF DECENCY) DR.
CHERRY FAILED TO EXAMINE OR EVEN SPEAK TO
PLAINTIFF. RATHER, PLAINTIFF WHO HAD JUST
HAD A SEVERE HEART-ATTACK AND SPENT FOUR (4)
DAYS IN A HOSPITAL'S INTENSIVE CARE WAS
"INTERVIEWED" BY AN ARNP, CELESTE MCDONALD
WHO ADMINISTERED A BLOOD TEST. PLAINTIFF
EXPRESSED HIS DESIRE TO SEE A DOCTOR, AND
HE COMPLAINED TO MS. MCDONALD ABOUT HIS
CHEST PAIN, NUMBNESS IN HANDS AND FEET,
EXACERBATING BACK PAIN, AND HIS INCREASED
ANXIETY OVER NOT RECEIVING HIS H.I.V.
MEDICATIONS. HE INFORMED HER OF THE
MEDICATIONS HIS DOCTORS HAD PRESCRIBED
HIM, BUT HE RECEIVED NONE OF THEM.
AFTER AN X-RAY OF HIS BACK HE WAS MERELY
GIVEN IBUPROFEN, AND WAS MERELY GIVEN NITRO
PILLS "TO USE AS NEEDED FOR HIS HEART," AND
THREE (3) WEEKS LATER A COMPLETELY DIFFERENT
H.I.V. MEDICATION. HE WAS ALSO ISSUED "MEDICAL
RESTRICTION PASSES": NO PROLONGED STANDING OVER
20 MINUTES, NO WEIGHTBEARING OVER 15 POUNDS, AND

NO SPORTS ACTIVITIES. PLAINTIFF WAS THEN ASSIGNED A WORK ASSIGNMENT IN DISREGARD TO THESE RESTRICTIONS IN THE INSTITUTIONAL FOOD SERVICE DEPARTMENT WHERE HE WAS MADE TO STAND FOR UP TO 8-HOURS A DAY AND LIFT HEAVY POTS & PANS, ETC. PLAINTIFF COMPLAINED ABOUT BEING ASSIGNED TO THIS JOB DESPITE HIS MEDICAL RESTRICTION PASSES, BUT WAS TOLD BY CLASSIFICATION HE DID NOT HAVE ANY MEDICAL PASSES. (SEE EXHIBIT-A) CLEARLY PLAINTIFF DID HAVE SUCH PREVIOUSLY STATED PASSES (SEE EXHIBIT B).

7.) PLAINTIFF INFORMED ARNP McDONALD ABOUT THIS PROBLEM AND COMPLAINED TO HER ABOUT EXPERIENCING ACCUTE LOWER BACK PAIN FROM BEING MADE TO STAND AND LIFT HEAVY OBJECTS IN FOOD SERVICE ALL DAY, ABOUT HIS CHEST PAIN, NUMBNESS & BLUE DISCOLORATION IN HIS HANDS AND FEET, ABOUT INCREASED FATIGUE & LOW ENERGY, BUT SHE ACTED IN CALLOUS DISREGARD AND FAILED TO DO ANYTHING. SHE COULD HAVE MERELY PICKED UP THE PHONE, CALLED CLASSIFICATION & INFORMED THEM OF HIS MEDICAL CONDITIONS AND RESTRICTION PASSES, AND RECOMMENDED HE BE RE-ASSIGNED TO A MORE APPROPRIATE WORK ASSIGNMENT, BUT SHE DID NOT. SHE ALSO DID NOT REFER HIM TO BE SEEN BY DR. CHERRY DESPITE HIS (OBVIOUS TO EVEN A LAYMAN) NEED FOR PHYSICIAN TREATMENT.

8.) IN EXASPERATION, PLAINTIFF WROTE HIS ATTORNEY DAVID LEE SELLERS ABOUT THE PROBLEMS HE WAS HAVING RECEIVING APPROPRIATE MEDICAL TREATMENT AND JOB ASSIGNMENT. THE ATTORNEY FORWARDED PLAINTIFF'S LETTER ALONG WITH A COVER LETTER TO GOVERNOR

CRIST NOTIFYING HIM OF THE PROBLEMS. (SEE EXHIBIT-C)
APPARANTLY GOVERNOR CRIST'S OFFICE FORWARDED THE
LETTERS TO THE SECRETARY OF DEPARTMENT OF
CORRECTIONS JAMES P. MCDONOUGH WHO FORWARDED
IT TO THE DEPARTMENT OF CORRECTION'S CITIZEN'S
SERVICES ADMINISTRATOR, EBONY O. HARVEY, BECAUSE
PLAINTIFF RECEIVED A LETTER FROM THIS INDIVIDUAL
(SEE EXHIBIT-D) STATING THEY WERE FORWARDING
THE LETTERS TO THE D.O.C. "OFFICE OF HEALTH
SERVICES FOR REVIEW." THAT LETTER WAS DATED
8/15/07. APPROXIMATELY 60 DAYS LATER (AFTER ALOT
OF LETTER FORWARDING AND NO CHANGE IN PLAINTIFFS
TREATMENT) PLAINTIFF RECEIVED A LETTER FROM THE
D.O.C. IMPAIRED INMATE COORDINATOR, PILAR TOURNAY
(SEE EXHIBIT-E). MS. TOURNAY NOTES ON THE LETTER
THAT SHE FORWARDED A COPY OF THE LETTERS THAT
WENT FROM PLAINTIFF TO HIS ATTORNEY, FROM HIS
ATTORNEY TO GOVERNOR CRIST, FROM GOVERNOR CRIST TO
SECRETARY D.O.C., FROM SEC. D.O.C. TO THE D.O.C.
CITIZEN'S SERVICES ADMINISTRATOR, FROM THE D.O.C.
CITIZEN'S SERVICES ADMIN. TO THE D.O.C. IMPAIRED
INMATE COORDINATOR, AND FINALLY 60 DAYS LATER FROM
THE D.O.C. INMATE IMPAIRED COORDINATOR TO DR. CHERRAY,
WHO THROUGH THIS ELABORATE REDUNDANT PAPER-CHASE,
STILL DID NOTHING FOR PLAINTIFFS TREATMENT AND
STILL DID NOT EVEN EXAMINE PLAINTIFF. WITHOUT A
DOUBT THIS WOULD BE SHOCKING TO SOCIETAL
STANDARDS OF DECENCY AND CLEARLY EXHIBITS A
CALLOUS DISREGARD AND DELIBERATE INDIFFERENCE TO
PLAINTIFFS SERIOUS MEDICAL NEEDS.

9.) DURING THIS 60-DAY PAPER-CHASE INTERVAL, PLAINTIFF
MADE FOUR (4) WRITTEN REQUEST/COMPLAINTS REGARDING

THESE ISSUES TO NO AVAIL (SEE EXHIBIT-F) THE ONLY CHANGE TO PLAINTIFF'S TREATMENT WAS HE WAS GIVEN A "NITRO-PATCH" INSTEAD OF NITRO PILLS FOR HIS HEART, AND FOR SOME CURIOUS REASON PRESCRIBED ELAVIL (AN ANTI-ANXIETY/ANTI-DEPRESSANT MEDICATION) FOR HIS BACK.

10.) IN LATE 2007 PLAINTIFF WAS AGAIN TRANSFERRED. THIS TIME TO THE APALACHEE C.I. WEST UNIT, WHICH IS ESSENTIALLY A WORK CAMP. HE WAS AGAIN ASSIGNED A JOB INAPPROPRIATE TO HIS MEDICAL CONDITIONS AND MEDICAL RESTRICTION PASSES. HE WAS ASSIGNED TO INSIDE GROUNDS (WHICH IS A STRENEOUS MANUAL LABOR POSISTION WHERE THE LAWNS ARE MOWED USING MANUAL NON-GASOLINE POWERED LAWNMOWERS) WHEN PLAINTIFF OBJECTED TO BEING ASSIGNED SUCH WORK AND PRESENTED HIS MEDICAL RESTRICTION PASSES TO THE CLASSIFICATION TEAM ASSIGNING HIM THE JOB, HE WAS TOLD HIS PASSES "WERE NO GOOD HERE," BUT THAT THEY WOULD TRY TO VERIFY HIS MEDICAL CONDITION AND IN THE MEANTIME HE WAS TO WORK AS ASSIGNED IN INSIDE GROUNDS, OR FACE DISCIPLINARY ACTION RESULTING IN CONFINEMENT IN "THE BOX."

11.) IN FEAR OF GOING TO THE BOX AND LOSING HIS EARNED GAIN TIME (WHICH WOULD REQUIRE HIM TO SERVE A LONGER TIME IN PRISON) PLAINTIFF WORKED AS ORDERED TO THE DETRIMENT OF HIS HEALTH. SOON HOWEVER, THE PAIN IN HIS BACK WAS DEBILITATING AND HIS CHEST PAINS INCREASED IN FREQUENCY AND THE NUMBNESS IN HIS HANDS AND FEET BECAME CONSTANT, AND FATIGUE BESET HIM TO THE POINT HE COULD HARDLY FUNCTION ANY DAY-TO-DAY ACTIVITIES AND HE AGAIN WENT TO

SICK CALL PLEADING FOR HELP. AGAIN HE WAS NOT
SEEN BY DR. CHERRY, BUT BY ANOTHER ARNP (HAROLD
PARKER). DESPITE HIS COMPLAINTS OF CHEST PAINS,
NUMBNESS TO HANDS & FEET, CHRONIC FATIGUE AND
SEVERE BACK PAIN, DR. CHERRY (THE C.H.O. AT THE
A.C.I. FACILITIES) STILL DID NOT EXAMINE PLAINTIFF,
HOWEVER, ARNP PARKER DID SUBMIT A CONSULTATION
RECOMMENDATION THAT PLAINTIFF BE SENT TO
AND SEEN BY THE CARDIOLOGY CLINIC AT R.M.C.,
APPROXIMATELY SIX (6) WEEKS LATER PLAINTIFF
WAS SENT TO R.M.C, AND SEEN BY CARDIOLOGIST
BENJAMIN OLLIFF WHO ADMINISTERED A SERIES OF
TESTS INCLUDING EKGS AND NUCLEAR STRESS
TESTS. PLAINTIFF WAS INFORMED HIS HEART WAS
WORKING AT AN APPROXIMATE 35% LOSS AND
HE WAS RETURNED TO APALACHEE C.I. WEST.
HOWEVER, BEFORE RETURNING TO A.C.I. WEST,
PLAINTIFF FILED A FORMAL GRIEVANCE TO THE
SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS
REGARDING NOT RECEIVING HIS PRESCRIBED MEDICATIONS
AND NOT SEEING A DOCTOR AFTER FILING NUMEROUS
"SICK CALL" REQUESTS. YET THIS DID NOT EFFECTUATE
HIS NEEDED TREATMENT EITHER. RATHER, THE
RESPONSE WAS HE DID NOT FOLLOW PROPER
GRIEVANCE PROCEDURE IN FIRST FILING HIS COMPLAINT
TO THE WARDEN, OR PROVIDE A GOOD ENOUGH
REASON FOR BY-PASSING THE WARDEN AS AN
EMERGENCY GRIEVANCE. (SEE EXHIBIT G).

12.) APPROXIMATELY SIX (6) WEEKS AFTER HIS RETURN TO
A.C.I. WEST FROM R.M.C. PLAINTIFF WAS AGAIN
SENT TO R.M.C FOR FURTHER TESTING BY DR. OLLIFF.

AN ECHOGRAM, SONOGRAM AND OTHER TESTS WERE DONE, AND THE RESULTS INDICATED PLAINTIFF HAD SUFFERED TWO ADDITIONAL HEART ATTACKS, AND DR. OLLIFF INFORMED HIM THAT HIS HEART WAS NOW ONLY WORKING APPROXIMATELY 50% OF A NORMAL HEART (A 15% DECREASE IN HEART PERFORMANCE SINCE HIS LAST HEART TESTS).

13) UNCONSCIONABLY IT WAS NOT UNTIL AFTER SEVENTEEN (17) MONTHS, AFTER PLAINTIFF'S JULY 2007 (WHILE IN D.O.C. CUSTODY) HEART ATTACK, THAT HE FINALLY RECEIVED HEART MEDICATION: (PLAVIX, CARVEDILOL, GEMFIBROZIL, & PRAVASTATIN). PLAINTIFF, THROUGH THE ACTIONS OF ORANGE COUNTY JAIL AND FLORIDA DEPT. OF CORRECTIONS MEDICAL PERSONELL WAS DENIED HIS PRESCRIBED HEART MEDICATIONS FROM HIS MAY 2007 INCARCERTION INCEPTION, THROUGH NOVEMBER 2008 (FOR ONE AND A HALF (1 1/2) YEARS) DURING THIS TIME HIS HEART CONDITION DECLINED RAPIDLY FROM 35% LOSS TO 50% LOSS AND HE SUFFERED HEART ATTACKS WHERE HE HAD TO SPEND FOUR (4) DAYS IN A LOCAL HOSPITAL INTENSIVE CARE UNIT. DESPITE HIS DOCUMENTED MEDICAL CONDITIONS HE WAS FORCED TO WORK LABORIOUS PRISON JOBS. PLAINTIFF SUFFERED IMMEASURABLY AS A RESULT: CONSTRICTING CHEST PAINS, SEVERE BACK PAIN, NUMBNESS & BLUE DISCOLORATION TO HANDS AND FEET, CHRONIC FATIGUE, AND AN H.I.V. T-CELL COUNT THAT ROSE FROM A NORMAL 4950 (UNDETECTABLE LEVEL AT TIME

OF HIS INITIAL (INCARCERATION) TO 305787
IN JULY 2007, TO 390000 IN DECEMBER 2008.

14.) PLAINTIFF HAS EXHAUSTED HIS ADMINISTRATIVE
REMEDIES FILING A FORMAL GRIEVANCE TO THE
WARDEN (WHERE DR. CHERRY, WHO IS THE
CHEIF HEALTH OFFICER AT ACI, BUT HAS
NEVER SEEN OR EXAMINED PLAINTIFF RESPONDED
THAT PLAINTIFF "IS BEING TREATED PER F.D.O.C.
PROTOCOL). (SEE EXHIBITS-H ). PLAINTIFF
APPEALED TO THE SECRETARY D.O.C. ON
DEC. 23RD 2008, AND HIS APPEAL WAS DENIED
(SEE EXHIBITS-I). THIS INSTANT ACTION
FOLLOWS.

## VI STATEMENT OF CLAIMS

1.) PLAINTIFF ASSERTS DEFENDANT JANE DOE (A DOCTOR AT THE ORANGE COUNTY JAIL) AND THE COUNTY OF ORANGE (A MUNICIPALITY), IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES, WHILE UNDER THE COLOR OF STATE LAW VIOLATED HIS 8TH AND 14TH AMENDMENT RIGHTS TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT BY THEIR DELIBERATE INDIFFERENCE TO HIS SERIOUS MEDICAL NEEDS WHILE HE WAS A PRE-TRIAL DETAINEE AT THE ORANGE COUNTY JAIL. THE COUNTY OF ORANGE OWED PLAINTIFF, PURSUANT TO HIS DUE PROCESS RIGHTS, A STANDARD OF MEDICAL CARE IT FAILED TO PROVIDE THROUGH ITS AGENT DR. JANE DOE, WHO DENIED PLAINTIFF HIS VERIFIED AND PRESCRIBED MEDICATIONS FOR HIS HEART, BACK, AND H.I.V. CONDITIONS IN DELIBERATE INDIFFERENCE AND CALLOUS DISREGARD TO HIS SERIOUS MEDICAL NEEDS. DR. JANE DOE'S ACTIONS IN TELLING PLAINTIFF "HE HAD NOTHING TO WORRY ABOUT" AND THAT HE "ONLY NEEDED TO WATCH HIS DIET AND MAKE SURE HE ATE RIGHT" WHILE FULLY AWARE OF HIS MEDICAL CONDITIONS — (THAT HE'D HAD TRIPLE BY-PASS SURGERY ON HIS HEART, HAD 4 HERNIATED DISKS IN HIS BACK, HAD H.I.V., AND THAT HE WAS CURRENTLY PRESCRIBED MEDICATIONS FOR SAME) AND THEN HAVING PLAINTIFF PHYSICALLY ESCORTED OUT OF THE MEDICAL DEPARTMENT BY JAIL CORRECTIONAL OFFICERS WHEN PLAINTIFF OBJECTED TO BEING CUT-OFF ALL HIS PRESCRIBED MEDICATIONS AMOUNTED TO "PUNISHMENT" BEYOND ANY PENOLOGICAL

PURPOSE (OTHER THAN PERHAPS TO CUT JAIL COSTS
IN MEDICATIONS). SUCH ACTION BY JANE DOE AND
THE COUNTY OF ORANGE WAS AN OVERLY
RESTRICTIVE AND EXAGGERATED RESPONSE TO
A REAL CONCERN. TO COMPLETELY DENY PLAINTIFF
ALL HIS PRESCRIBED MEDICATIONS FOR HIS VERIFIED,
SERIOUS MEDICAL NEEDS SHOCKINGLY VIOLATES
PLAINTIFF'S FIFTH AND FOURTEENTH AMENDMENT
DUE PROCESS RIGHTS WHICH ARE LIKENED TO
HIS EIGTH AMENDMENT RIGHT TO BE FREE FROM
CRUEL AND UNUSUAL PUNISHMENT.

2.) PLAINTIFF ASSERTS DR. PABIO LAMANGLOB (A DOCTOR AT
THE FLORIDA DEPT. OF CORRECTIONS RECEPTION & MEDICAL
CENTER) IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES,
WHILE ACTING UNDER THE COLOR OF STATE LAW,
VIOLATED HIS EIGHTH AMENDMENT RIGHT TO BE
FREE FROM CRUEL AND UNUSUAL PUNISHMENT BY
BEING DELIBERATELY INDIFFERENT TO HIS SERIOUS
MEDICAL NEEDS. PLAINTIFF MADE DR. LAMANGLOB
AWARE OF HIS MEDICAL CONDITIONS (HEART PROBLEMS,
HERNIATED DISKS IN BACK, AND H.I.V.) AND HE TOLD
HIM OF HIS PRESCRIBED MEDICATIONS FOR SAME, AND
THE FACT THAT HE HAD NOT RECEIVED THEM IN
APPROXIMATELY 42 DAYS WHILE AT THE COUNTY
JAIL, AND THAT HE WAS PRESENTLY EXPERIENCING
CHEST PAIN, NUMBNESS IN HANDS AND FEET, SEVERE
BACK PAIN, AND WAS CONCERNED ABOUT HIS H.I.V.
AND POSSIBLE ELEVATION OF HIS T-CELL COUNT
DUE TO NOT RECEIVING HIS MEDICATIONS.
DR. LAMANGLOB, AFTER BEING MADE AWARE OF
THIS, ACTED WITH A CALLOUS DISREGARD AND
DID NOTHING. HE MERELY ALLOWED PLAINTIFF

TO CONTINUE SUFFERING CHEST PAINS, NUMBNESS
IN FEET AND HANDS, SEVERE BACK PAIN, AND AN
ELEVATED H.I.V. T-CELL COUNT. AS A RESULT
PLAINTIFF SUFFERED A SEVERE HEART ATTACK
A SHORT TIME LATER. HAD DR. LAMANGLOB
PROVIDED THE PROPER TREATMENT WHEN PLAINTIFF
COMPLAINED OF CHEST PAINS AND MADE HIM AWARE
HE'D PREVIOUSLY HAD TRIPLE BY-PASS SURGERY ON HIS
HEART AND HAD NOT BEEN RECEIVING HIS PRESCRIBED
MEDICATIONS, PLAINTIFF MAY HAVE NOT SUFFERED
A HEART ATTACK A SHORT TIME LATER. HAD HE
GIVEN HIM ANY KIND OF PAIN MEDICATION FOR
HIS BACK, PLAINTIFF WOULD NOT HAVE HAD TO
SUFFER THE EXCRUCIATING PAIN ASSOCIATED WITH
FOUR HERNIATED DISKS. FAILING TO PROVIDE PAIN MEDS
WAS AS IF DR. LAMANGLOB BECAME THE CAUSE OF
PLAINTIFF'S PAIN. HAD DR. LAMANGLOB CONTINUED
PLAINTIFF'S H.I.V. MEDICATIONS, PLAINTIFF'S T-CELL
COUNT WOULD NOT HAVE ESCALATED FROM AN
UNDETECTABLE LEVEL TO 305787 OR 390000.

3.) PLAINTIFF ASSERTS DEFENDANT CELESTE McDONALD
(AN A.R.N.P. AT APALACHEE CORRECTIONAL INSTITUTION) IN
HER OFFICIAL AND INDIVIDUAL CAPACITIES, AND WHILE
ACTING UNDER THE COLOR OF STATE LAW VIOLATED HIS
8TH AMENDMENT RIGHT TO BE FREE FROM CRUEL AND
UNUSUAL PUNISHMENT BY HER DELIBERATE INDIFFERENCE
TO HIS SERIOUS MEDICAL NEEDS WHEN SHE FAILED
TO SCHEDULE PLAINTIFF TO SEE DR. CHERRY (THE
CHEIF HEALTH OFFICER AND DOCTOR FOR A.C.I.) WHEN
HE COMPLAINED OF CHEST PAINS, NUMBNESS IN HANDS
AND FEET, BACK PAIN, AND CONCERN OVER HIS LACK
OF H.I.V. MEDICATIONS (ESPECIALLY CONSIDERING THAT

PLAINTIFF HAD JUST COME FROM AN INTENSIVE CARE UNIT AT A LOCAL HOSPITAL AFTER SUFFERING A HEART ATTACK). IN CALLOUS DISREGARD SHE FAILED TO ENSURE HIS PREVIOUSLY PRESCRIBED MEDICATIONS WERE GIVEN TO PLAINTIFF (OR ANY MEDICATIONS WHATSOEVER) AND WHEN PLAINTIFF SOUGHT HELP IN MAKING SURE HE WAS GIVEN AN APPROPRIATE WORK ASSIGNMENT IN ACCORDANCE WITH HIS WRITTEN RESTRICTED ACTIVITY PASSES, WHEN HE WAS BEING FORCED TO DO STRENUOUS LABOR IN VIOLATION OF HIS MEDICAL PASSES, SHE WAS DELIBERATELY INDIFFERENT AND DID NOTHING TO CORRECT THE PROBLEM, WHEN IT WAS FULLY IN HER POWER TO DO SO BY MERELY MAKING A SIMPLE PHONE CALL. HER CALLOUS DISREGARD CAUSED PLAINTIFF TO ENDURE EXCRUCIATING PAIN AND SUFFERING AND FURTHER JEOPARDIZED HIS HEALTH.

4.) PLAINTIFF ASSERTS DEFENDANT DR. DANIEL CHERRY (THE CHIEF HEALTH OFFICER & DOCTOR AT A.C.I.) WHILE ACTING IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES, AND WHILE ACTING UNDER THE COLOR OF STATE LAW VIOLATED HIS 8TH AMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT BY BEING DELIBERATELY INDIFFERENT TO PLAINTIFF'S SERIOUS MEDICAL NEEDS. TO WIT — PLAINTIFF ARRIVED AT A.C.I. AFTER JUST SUFFERING A HEART ATTACK AND SPENDING FOUR DAYS IN A HOSPITAL'S INTENSIVE CARE UNIT, YET DR. CHERRY FAILED TO EXAMINE PLAINTIFF OR EVEN SEE HIM (DESPITE PLAINTIFF'S NUMEROUS REQUESTS TO SEE "THE DOCTOR"). THIS WAS NOT AN ISOLATED INCIDENT, BUT AN ON-GOING

INSTANCE OF DELIBERATE INDIFFERENCE AND
CALLOUS DISREGARD BY DR. CHERRY. PLAINTIFF
HAS MADE NUMEROUS VERBAL AND WRITTEN COMPLAINTS
OF CHEST PAIN, BACK PAIN, NUMBNESS & BLUE DIS-
COLORATION IN HIS HANDS AND FEET, AND GRAVE
CONCERNS OVER HIS H.I.V. & LACK OF MEDICATION,
YET DR. CHERRY (TO THE WRITING OF THIS INSTANT
COMPLAINT) HAS STILL FAILED TO EXAMINE, SEE,
OR EVEN SPEAK TO PLAINTIFF. MOST SHOCKING
IS THE FACT THAT PLAINTIFF WROTE HIS ATTORNEY
REGARDING THIS AND HIS ATTORNEY CONTACTED THE
GOVERNOR'S OFFICE ABOUT IT, AND THE GOVERNOR'S
OFFICE CONTACTED THE SECRETARY OF D.O.C.
ABOUT IT, AND THE SEC. D.O.C. HAD DR. CHERRY
CONTACTED ABOUT IT AND HE STILL DID NOT
SEE, EXAMINE OR SPEAK TO PLAINTIFF !
PLAINTIFF HAS BEEN AT A.C.I. FACILITIES FOR
APPROXIMATELY 19 MONTHS UNDER THE CARE OF
DOCTOR CHERRY YET HAS NEVER BEEN SEEN BY
DOCTOR CHERRY (DESPITE HIS REQUESTS TO BE SEEN
BY HIM AND THE FACT HE'S COMPLAINED OF CHEST
PAIN, ETC., AND ARRIVED AT ACI AFTER JUST HAVING
A HEART ATTACK) PERHAPS DR. CHERRY'S RESPONSE
TO PLAINTIFF'S 12/2/08 GRIEVANCE, WHERE HE
STATES "YOU ARE BEING ASSESSED AND TREATED
PER D.O.C. PROTOCOL" SHOULD BE CONSTRUED TO
IMPLY THAT D.O.C. POLICY IS THAT INMATES AT
CORRECTIONAL FACILITIES ARE NOT TO BE EXAMINED
BY DOCTORS, BUT ONLY A.R.N.P.s WHEN THEY HAVE
SUCH SERIOUS MEDICAL CONDITIONS AS HEART ATTACKS
HERNIATED DISKS, AND H.I.V.? PLAINTIFF ASSERTS
THIS IS NOT D.O.C. PROTOCOL, BUT RATHER DR.
CHERRY'S POLICY AT A.C.I., AND THAT SUCH

POLICY IS A VIOLATION OF HIS 8TH AMENDMENT RIGHT, IS SHOCKING TO SOCIETAL STANDARDS OF DECENCY, AND SERVES NO PENOLOGICAL PURPOSE. IT IS MERELY A CALLOUS DISREGARD AND A DELIBERATE INDIFFERENCE, AND IT HAS CAUSED PLAINTIFF PROLONGED SUFFERING AND A WORSENING OF HIS CONDITIONS.

## VI.   STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

_SEE ATTACHED STATEMENT OF CLAIMS_

## VII.   RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

_AWARD COMPENSATORY DAMAGES (# 750,000 PER DEFENDANT),_
_AWARD PUNITIVE DAMAGES (# 750,000 PER DEFENDANT),_
_DECLATORY JUDGEMENT, AND COSTS._

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

_3-5-09_
(Date)

_____
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the _5_ day of _MARCH_ , 20_09_ .

_____
(Signature of Plaintiff)

Revised 03/07

7

## JOB PROGRAM ASSIGNMENT

FLORIDA DEPARTMENT OF CORRECTIONS
APALACHEE CORRECTIONAL INSTITUTION

FROM: H. HOLLAND          DATE:  11/13/07

TO: INSTITUTIONAL CLASSIFICATION TEAM

DC# X23875          INMATE NAME:  Hierro, Manuel

CURRENT CUSTODY: ____MINIMUM       RACE ____WHITE
                 __✓_MEDIUM             ____BLACK
                 ____CLOSE              ____OTHER
                 ____COMMUNITY

MEDICAL GRADE__PSYCH GRADE__BUNK ASSIGNMENT P21395  HO 1

THE INMATE ABOVE IS RECOMMENDED FOR A JOB CHANGE:
FROM: AM   S25 UNASSIGNED        TO: AM  61F04  F/S
      P.M.  S25 UNASSIGNED           PM  61F04  F/S
FOR THE FOLLOWING REASONS:

____REQUESTED BY WORK SUPERVISOR OR PROGRAM MANAGER
____EXCEPTIONAL INSTITUTION NEED
____MANAGEMENT OR DISCIPLINARY PROBLEMS
____GED OBTAINED AND VERIFIED
____INITIAL ASSIGNMENT
____JOB/PROGRAM CHANGE

RETURN FROM: ____CONFINEMENT ____CLINIC
             ____TRANSFER    ____RMC, CFRC, SFRC
             ____OUTSIDE COURT

COMMENTS:

CLASSIFICATION OFFICER SIGNATURE: _N. Holland_

APPROVED____DISAPPROVED____

ICT CHAIRMAN
CLASS. SUPERVISOR
TEAM MEMBER

*EXHIBIT-A*

# INMATE REQUEST

**DEPARTMENT OF CORRECTIONS**

Mail Number: _____

(Instructions on Back)

Team Number: _____

Institution: _____

MR. HOLLONS

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☒ Classification ☐ Security | ☐ Medical ☐ Dental | ☐ Other _____ |
|---|---|---|---|---|

| | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| **FROM:** | MANUEL HIERROD | X23875 | P1·162 | F·S | 8·13-07 |

## REQUEST

ONE QuESTiON is WHY I AM IN FOOD sERVicE WiTH All MY medicAl PRoblems. I TAKe heARt medicAlTi'o AND Hiv imed AlSo. PluS I hAve 3 dicKS IN MY Low BACK medicATioN ThAT I TAKe iS, ATENOLOL, PlAVix, NiTROGlYCErIN AZiTHROMiciN· BACTRiM. — IBuPROFeN FOR PAiN

THANK You

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: _____

Because Medical does no have you on any Restricti...

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | | Date: |
|---|---|---|

Distribution:   White   -Returned to Inmate      Pink   -Retained by official responding, or if the response is to an
   Canary   -Returned to Inmate                   informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

EXHIBIT A

**FLORIDA DEPARTMENT OF CORRECTIONS
HEALTH SLIP/PASS**

**The below-named inmate is authorized for:**

☐ **Bed rest lay-in**      From_____   To_____
☐ **Low/bottom bunk**  From_____   To_____
☑ **No shave**                From_____   To_____
☐ **Restricted activity**  From_____   To_____
☐ **Restrictions:** _____
_____
_____

☐ **Other:**   From_____   To_____
_____
_____

Inmate _____
DC# _____ R/S____
Date of Birth _____
Institution _____

Authorized
by: _____
(Initial & Name Stamp)
Date: _____

A-X23875 TM 13 06/11/2007

CELESTE MACDONALD, ARNP
APALACHEE CI
Security Pink/Inmate

HIERRO, ~~MANUEL~~ DEJESUS

H/M DOB 10/21/1960(46) RR

---

FL___RI___                                          **DONS**

T. MARTIN
SLPN
NOTICE TO SECURITY
INMATE HAS BEEN INSTRUCTED TO SIGN UP
FOR SICK CALL. THIS MEDICAL PASS IS
VALID _____ : 10/2/08

**The below-named inmate is authorized for:**

☐ **Bed rest lay-in**      From_____   To_____
☑ **Low/bottom bunk**  From_____   To_____
☑ **No shave**                From_____   To_____
☑ **Restricted activity**  From_____   To_____
☐ **Restrictions:** _____
_____
_____

☐ **Other:**   From_____   To_____
_____
_____

Inmate _____
DC# _____ R/S____
Date of Birth _____
Institution _____

Authorized
by: _____
(Initial & Name Stamp)
Date: _____

**Health Slip/Pass
DC4-701D (2/96)**   White/Medical Yellow/Security Pink/Inmate

HAROLD PARKER
ARNP
APALACHEE

EXHIBIT-B

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH SLIP/PASS**

The below-named inmate is authorized for:

- ☐ **Bed rest lay-in**      **From**_____ **To**_____
- ☐ **Low/bottom bunk**   **From**_____ **To**_____
- ☐ **No shave**               **From**_____ **To**_____
- ☐ **Restricted activity**  **From** 7/14/0_ **To** 8/14/0_
- ☐ **Restrictions:** _____

☐ **Other:**                 **From**_____ **To**_____

**Inmate**_____ **Authorized**
**DC#**_____ **R/S**____ **by:**_____
**Date of Birth**_____      (Initial & Name Stamp)
**Institution**_____ **Date:**_____

**Health Slip/Pass**
**DC4-701D (2/96)**      HAROLD PARKER
ARNP
APALACHEE CI
White/Medical  Yellow/Security  Pink:/Inmate

---

I 2-1345

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH SLIP/PASS**

The below-named inmate is authorized for:

- ☐ **Bed rest lay-in**      **From**_____ **To**_____
- ☐ **Low/bottom bunk**   **From**_____ **To**_____
- ☐ **No shave**               **From**_____ **To**_____
- ☐ **Restricted activity**  **From**_____ **To**_____
- ☐ **Restrictions:** _____

☐ **Other:**                 **From**_____ **To**_____

**Inmate**_____ **Authorized**
**DC#**_____ **R/S**____ **by:**_____
**Date of Birth**_____      (Initial & Name Stamp)
**Institution**_____ **Date:**_____

**Health Slip/Pass**
**DC4-701D (2/96)**      HAROLD PARKER
ARNP
APALACHEE CI
White/Medical  Yellow/Security  Pink:/In

13

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH SLIP/PASS**

The below-named inmate is authorized for:

- Bed rest lay-in       From_____ To_____
- Low/bottom bunk    From_____ To_____
- No shave                From_____ To_____
- Restricted activity    From_____ To_____
- Restrictions:_____
_____
_____

Other:              From 8/10/07 To 3/10/08
I/M may have ankle
support.

A-X23875 TM 13 06/11/2007   thorized K. Lindgren
                                          (Initial & Name Stamp)
HIERRO, MANUEL DEJESUS            te: 8/10/07
H/M DOB 10/21/1960(46)  RR   KATHRYN M. LAND, ARNP
                                          AP   CHEE CI

**Health Slip/Pass**
**DC4-701D (2/96)**      White/Medical  Yellow/Security  Pink:/Inmate

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH SLIP/PASS**

The below-named inmate is authorized for:

- Bed rest lay-in       From_____ To_____
- Low/bottom bunk    From_____ To_____
- No shave                From_____ te_____
- Restricted activity    From_____ To_____
- Restrictions:_____
_____
_____

Other:              From_____ To_____
I/M may have ankle
support.

-X23875 TM 13 06/11/2007   thorized K. Lindgren
                                          (Initial & Name Stamp)
IERRO, MANUEL DEJESUS             te: 8/10/07
/M DOB 10/21/1960(46)  RR   KATHRYN M. LAND, ARNP
                                          APALACHEE CI

**Health Slip/Pass**
**DC4-701D (2/96)**      White/Medical  Yellow/Security  Pink:/Inmate

FLORIDA DEPARTMENT OF CORRECTIONS
HEALTH SLIP/PASS

**The below-named inmate is authorized for:**

☒ Bed rest lay-in          From 8/10/07 To 8/12/07

☐ Low/bottom bunk     From————      To————

☐ No shave                    From————      To————

☐ Restricted activity     From————      To————

☐ Restrictions:————————————————

☒ Other:          From 8/10/07 To 8/24/07

B/P and pulse ___ M, W + F

X 2 wks. at 6 pm

Inmate  Hierro, Manuel
DC# X23875 , R/S H/M
Date of Birth 10/21/60
Institution  A.C.I.E.W.

Authorized
by: K L Cand Ant P
(Initial & Name Stamp)
Date: 8/10/07

KATHRYN M. LAND, ARNP
APALACHEE CI

Health Slip/Pass
DC4-701D (2/96)

White/Medical Yellow/Security Pink/Inmate

---

INSTITUTIONAL
USE ONLY

NDC 0085-3315-35
Contents: 30 units

## 0.3 mg/hr
### (15 cm²)

REGION I PHARMACY
MARIANNA              850-482-9540
Rx 3719291 PARKER.H.
APALACHEE CI WEST  E1101L
HIERRO. MANUEL, X23875
                          1 OF 1
***FOR EXTERNAL USE ONLY***
APPLY ONE PATCH EACH DAY FOR
12 HOURS.

NITRO-DUR PATCH 0.3MG/HR PAT

Qty 30 11/18/08 NO REFILLS    PG/PG
Discard After: 12/05/08

KEY® Kenilworth, NJ 07033 USA

---

NDC 0085-3315-35          Contents: 1 un.
**INSTITUTIONAL USE ONLY**

# Nitro-Dur®
## (nitroglycerin)
Transdermal Infusion System

## 0.3 mg/hr
### (15 cm²)

Each unit contains 60 mg of nitroglycerin.
Rated release *in vivo* 0.3 mg/hr.

### Rx only

 Key Pharmaceuticals, Inc.
Kenilworth, NJ 07033 USA



-X23875 TM      06/11/2007

HIERRO, MANUEL DEJESUS

H/M DOB 10/21/1960(46)

RECEPTION & MEDICAL  CENTER
APPOINTMENT PASS
YOU HAVE AN APPOINTMENT AT:

(    ) ROOM #12
(    ) ROOM # 2

(    ) RESP. DEPARTMENT
        FOR PEAK FLOW

(    )  CENTRAL SUPPLY

(X  ) IN-PT MED. RECORDS
        SIGN RELEASE FOR MED REC
      PROVIDER'S NAME  JEAN
        RE: Medical Records
(    ) PHARMACY WINDOW
        10am - 12 Noon OR 2pm - 5:30pm

DA
NA    -X23875 TM      06/11/2007
D/C HIERRO, MANUEL DEJESUS

H/M DOB 10/21/1960(46)



# DAVID LEE SELLERS P.A.

ATTORNEY & COUNSELOR AT LAW

PERSONAL INJURY ◆ CRIMINAL DEFENSE

DAVID LEE SELLERS
ERIC D. STEVENSON

August 2, 2007

Manuel D. Hierro
Inmate, DOC# X23875
Apalachee Correctional Institution
35 Apalachee Drive
Sneads, FL 32460

Dear Mr. Hierro:

Thank you for your letter to me wherein you requested assistance with you not being administered your medication. I am sorry that I will not be able to assist you. However, I suggest you file a complaint with the head of the Florida Department of Corrections Health Services. That person's information is as follows:

Patrick H. Brown, M.D.
Director of Health Services
2601 Blair Stone Road
Tallahassee, Florida 32399-2500

By copy of this letter to the Governor Charlie Crist's office, I am notifying him of the above information, as well as forwarding your original letter with your information to him.

Good luck to you.

Sincerely,

David Lee Sellers

DLS:djz
cc: Governor Charlie Crist

EXHIBIT-C

919 NORTH 12TH AVENUE ◆ CORNER OF 12TH & DESOTO ◆ PENSACOLA, FLORIDA 32501
PHONE: 850.434.3111 ◆ TOLL FREE: 1.866.606.3525 ◆ FAX: 850.434.1188 ◆ CELL: 712.0772
david@davidleesellers.com ◆ eric@davidleesellers.com
Website: www.davidleesellers.com



# FLORIDA
# DEPARTMENT of
# CORRECTIONS

Governor
**CHARLIE CRIST**

*An Equal Opportunity Employer*

Secretary
**JAMES R. McDONOUGH**

2601 Blair Stone Road • Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

August 15, 2007

Manuel D. Hierro, DC# 829326
Apalachee Correctional Institution-East

Dear Mr. Hierro:

Your letter addressed to Governor Crist was forwarded to me for response. You wrote regarding the medical care you are receiving from Department of Corrections' staff.

In order to appropriately address your request, I am forwarding a copy of your letter to the Office of Health Services for review.

Sincerely,

Ebony O. Harvey
Citizens' Services Administrator
Office of Citizens Services

/cor/eoh

C: Pilar Tournay, Office of the Health Services
   Central Records

Exhibit D



**FLORIDA
DEPARTMENT of
CORRECTIONS**

Governor
**CHARLIE CRIST**

Secretary
**JAMES R. McDONOUGH**

*An Equal Opportunity Employer*

2601 Blair Stone Road • Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

October 10, 2007

Inmate: Hierro, Manuel DC# X23875
Apalachee Correctional Institution
35 Apalachee Drive
Sneads, Florida 32460-4166

Dear Inmate Hierro,

This office is in receipt of your letter in which you express concern about your HIV and blood pressure medication.

Please be advised that this office has looked into the situation by consulting with your health care staff and it is indicate that you are being followed in the Immunity and Cardiovascular Chronic Clinic. You were started on your anti retro viral therapy on 7/26/07.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

In the future you are encouraged to attempt to resolve your problem at the institutional level. In the event that you fail to achieve the satisfaction you deem appropriate, then you may always follow the grievance process in accordance with Chapter 33 DC Rules.

By copy of this response to you, I am forwarding your letter to your Chief Health Officer for his review and further disposition as deemed appropriate.

Sincerely,

Pilar Tournay
Impaired Inmate Coordinator

PT/ap

Cc: Daniel Cherry, CHO
    Inmate Record, Central Records Management, Central Office

CONFIDENTIAL
"THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW."

EXHIBIT 7

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☐ Classification  ☐ Security | ☒ Medical  ☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | MANUEL HIERRO D | X23875 | P1162 | F-S | 8·31·07 |

**REQUEST**

I STill geTiNg ches PAIN AND my BACK PAIN ANd my Nums
IN my Legs AND muscle PAIN I Nee To HNow why This happeiNg
To me. They Are geTiNg woRsT. I Need see A SpeciALisT=
The docToR SAId ThAT is BecuAse of HIV. I Need To HNow why=
AND I Need wheN whAT dAy you STARING oN med AND Also
whAT ATe They NAmed. I Need To HNow my C.D.4 couNT #  ~~ ~~
wheN I goT heRe. AND Now I Need This iNFoRmATioN.
BecuAse wheN I goT To Doc I wAS uNdeTecTAble.

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

— — — — — — **DO NOT WRITE BELOW THIS LINE** — — — — — —

**RESPONSE**                                    DATE RECEIVED:

SEP 04 2007
APALACHEE C.I.

you Need to use Sickcall
SysTem if needed. also all tabs have
been Reviewed by ARVP and you have
a scheduled clinic comming up in October.
use Sickcall if you Need to discuss earlier

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): Christa DAFFIN, CMTC | Date: 9-4-07 |
|---|---|

ROBERT
APACI-EastHall

Distribution:   White   -Returned to Inmate   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate    informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

F

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

Mail Number: _____
Team Number: _____
Institution: _____

(Instructions on Back)

RECEIVED

SEP 04 2007

M-11

APALACHEE ___ MENT
CLASSIFICATION

| TO: (Check One) | ☐ Warden  ☐ Asst. Warden | ☒ Classification  ☐ Security | ☒ Medical  ☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name MANUEL HIERROD | DC Number X23875 | Quarters P1162 | Job Assignment F-5 | Date 9-3-07 |
|---|---|---|---|---|---|

## REQUEST

9-3-07

I STill geting Ches PAIN AND BACK PAIN AND MY NUMS
IN MY Legs, I Need TO see A SPECIALIST BecAuse IT IS
geting WORST. BUT The doctor keep SAIND THAT IS THAT AND
IS NOT. This 3 Rd time THA I write to you AND I hAve NOT
got A ANswer WHY. I Need TO KNOW When
I STAR TO TAKE MY HIV med date. AND WHAT WAS
CD4 COUNT THEN AND NOW, I Need This iNFORMATION
THANK you

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: 9-11-07

You saw ARNP MacdonAld on 9/5 for a follow
up & she ordered a xray at that
time for you —
You are going to the med window to p/u meds.
You will have a follow up w/ MacdonAld
after your xray resu/ts come in —

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ . (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

JH (Response on his APALACHEE CI

| Official (Signature): BATON, HIS | Date: 9-11-07 |
|---|---|

Distribution:   White  -Returned to Inmate
               Canary  -Returned to Inmate

Pink  -Retained by official responding, or if the response is to an informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

ExHiBiT F

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

**(Instructions on Back)**

Mail Number: _____
Team Number: _____
Institution: _____

MACDONALD, CELESTE

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☒ Medical ☐ Dental | ☐ Other |

| **FROM:** | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | MANUel HiERRO D | X23875 | P1162 | F-S | 9-16-07 |

**REQUEST**

Well I STAR TO TAKE The ELeViL my NUMS GOT WROST
AND NOW PAINS IN hands AND FeeT I NEed YOU IF YOU PleAse
PUT ME IN A CALL OUT. I don'T NEed THAT mediCATION
THAT I AM ON. I Need TO ON SOME OTHER MediCALTION
SPECIAl FOR MY BACK.
        ThANIT YOU

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                          **DATE RECEIVED:**

**RECEIVED**

SEP 17 2007

APALACHEE CI
MEDICAL

USe siduall
Ay stem.

OBERT DAFFIN, **CMTC**
APACI-East Unit

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | | Date: 9-19-07 |

Distribution:  White      -Returned to Inmate      Pink   -Retained by official responding, or if the response is to an
        Canary   -Returned to Inmate                    informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

EXHIBIT F

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**(Instructions on Back)**

Mail Number:
Team Number:
Institution:

MACDONALD CeLeSTe

| **TO:** (Check One) | ☐ Warden | ☐ Classification | ☒ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Dental | |

| | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| **FROM:** | MANUel HIERRO D | X23875 | P1162 | F·S | 9-18-07 |

**REQUEST**

I Need you To TAKe me OFF The ALAViL midicAiTiON
This A ANTidePressANT I dON'T HNOW WhAT ThAT
hAve To do WiTh My BACK Problems. The ALAViL ThAT
giving me is A PSYChosis medicAiTiON, NOT FOR PAIN
SO WHY did You Prescribe me This MEdicAiTiON?
CAN You PleAse AWSeR me ThANK You

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RECEIVED**

SEP 20 2007

APALACHEE C.I
MEDICAL

**RESPONSE**                                    **DATE RECEIVED**

If You don't wANt this medicAtion
You must sign N refusal ot the medicAtion
window

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,

you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): THARP. SRN  APALACHEE C.I | Date: 4/21/A |
|---|---|

Distribution:   White   -Returned to Inmate      Pink   -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate               informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

MR. PARKER

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☒ Medical<br>☐ Mental Health | ☐ Dental<br>☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name<br>HIERRO MANUEL | DC Number<br>X23875 | Quarters<br>B1335 | Job Assignment<br>IN_G | Date<br>6-22-08 |
|---|---|---|---|---|---|

**REQUEST**

① MY PROBLEM WITH MY SHOULDER, I STILL IN PAIN
WHEN I MOVE IT UP AND IS NOT MY MUSSEL IT IS
MY BONE JOINST.

② MY QUESTION IS THE YOU GOT THE ANSWER FROM MY
STRESS TEXT, AND WHAT WERE THEM, BECUASE I STILL
GET CHEST PROBLEMS, AND WHAT IS THE PROBLEM WITH MY HEART

③ # WHAT WAS THAT TOLD ME ABOUE MY C.4 COUNT
YOU SAID SOMETHING ABOUT IT THAT WASN'T GOING
DOWN. I NEED TO GNOW ALL THIS THINGS.

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

━━━━━━━━━ **DO NOT WRITE BELOW THIS LINE** ━━━━━━━━━

**RESPONSE**                                    **DATE RECEIVED:** _____

You will be seen soon

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: |
|---|---|

Distribution:    White    -Returned to Inmate       Pink   -Retained by official responding, or if the response is to an
                 Canary   -Returned to Inmate               informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

EXHIBIT F

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

RECEIVED

APR 0 4 2008

DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☐ Warden          ☐ Assistant Warden          ☒ Secretary, Florida Department of Corrections

From: __HIERRO MANUeL  D__     __X23875__     __BUTLER Medical CAMP__
    Last   First   Middle Initial      Number        Institution

Part A – Inmate Grievance          08-6-10165

I hAve BeinG compliAnt From June 07 ~~Reseive~~ About my medicAlTion And my NUMb on my Feet And my BAch problems- And I still Not JeTing my medicAlTion ThAT I Need . I Am JeTinG some, NoT All . And some TiME I dont Ser them They Jo missing And I dont Jet Them For Few dAy's so To me ThAT mAhe my PRoblems woRsT, ThAnT iF I don'T SeT. And Now i hAve PuT iN 3 Sick cAll do To medicAlTion And my NUMb on my FeeT. And To see The doCtor BuT Thy only PeRSon ThAT I hAve see wAs The NuRSe NoT, The docToR . And I hAve Told The NuRSe About Numb FeeT And my medicAlTion And NotinG wAs done. I still hAve The sAme PRoblems And They ARe JeTinG woRst EveRy ThAT PAss by. I hAve TuRN my PrescRiPTion IT hAve BeinG 2 weehs AJo And No medicATion only Jod Now when J Am JoinG To Ser Them. iF I Am NoT JoinS To SeT No TreATmeNT send me BAch To my cAmp? I would Like To TAhe my chAnces There NoT here NoT AT This medicAl cAmp, This is NoT A medicAl cAmp This A ToRTuRe cAmp Yes ~~A ToRTuRe~~ A ToRTuRe cAmp! You will Need To Be here And Be Sich And you will see whAt I meAn. I hAve BeinG here FoR 7 weeks And I hAve NoT seeinG The docToR only one Time And he did NoT do ANyThinG FoR me. so whAT is The ReAsoN ThAT They hAve NoT done ANy ThinG About iT. LAsT Time They sTART To Jive me some medicAlTion wAs when J when To The hosPiTAL mounThs LATeR AFTeR my compLAiNT. I hAve BeinG wriTeinG Sich cALLs BuT iT don'T do me ANy Jood. They only Jive one sheeT oF PAPeR FoR you To mAhe youR SicH cAll I hAve some From BeFoRe BuT NoT Now. No coPy A. This TiMe

                                               G

__03-30-08__
DATE

                             mAnuel HieRRo, X23875
                             SIGNATURE OF GRIEVANT AND D.C. #

MAILED / FILED
WITH AGENCY CLERK

APR 1 5 2008

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| HIERRO, MANUEL | X23875 | 08-6-10165 | (209) R.M.C.- MAIN UNIT | C1139S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule, or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure. Attach a copy of this response to your re-filed grievance.

Based on the foregoing information, your grievance is returned without action.

J. ADAMS

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 4/11/08 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

EXHIBIT G.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

<u>**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**</u>

W/uE1101L
0812-102-039

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: Hierro  Manuel  D.      X23875      Apalachee CI West
　　Last　　First　　Middle Initial　　　　Number　　　　　　Institution

---

<u>Part A – Inmate Grievance</u>

I am filing a formal medical grievance and bypassing the informal grievance. I came into the D.O.C. in June 2007. I informed the medical dept. of my heart condition, HIV, and herniated disks in my back. I informed them of my treatment from my private doctor and medication. The D.O.C. did nothing concerning this issue and transfered me from Lake Butler to Holmes C.I. I had a heart attack almost immediately there and was sent to the local hospital for four (4) days. I have been seen repeatedly at sick call with no results/no medication or improper medication as stipulated by my private doctor. I signed a release for my private records and have not recieved them over one (1) year later. I have requested thru inmate requests to see a specialist with no results. I have improperly grieved this issue directly to the Secretary which was denied because I failed to follow procedure, whether I followed procedure should not be a concern when this is a SERIOUS medical issue. Futhermore after being transfered to ACI I was placed in the kitchen and then later on inside grounds where I suffered two (2) additional minor heart attacks. I have had a letter forwarded to Governer Christ threw a attorney. I recieved a letter from the DOC informing me they recommend I address my problems thru sick call or Chap 33 rules on grievances. I am still not recieving the proper medication and treatment and have attempted to remedy this situation with no results. I have been physically harmed by these three (3) heart attacks from the deliberate indifference of the medical dept of the Florida Dept. of Corrections.

12/2/08
DATE

EXHIBIT H (H)

X23875
SIGNATURE OF GRIEVANT AND D.C. #

**PART B - RESPONSE**

| HIERRO, MANUEL | X23875 | 0812-102-039 | APALACHEE WEST UNIT | E1101L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.


Your Request for Administrative Remedy or Appeal has been reviewed and evaluated. You have been assessed and
treated per D.C. medical protocol. There is no evidence that you requested your medical records from an outside facility,
you will have to request these records again.  You have seen a specialist at RMC for your condition.  If you are having
medical problems then as you are aware, the sick call system is available to you.  You are being assessed and treated
per D.C. protocol in clinics.


Grievance Denied.

Should you feel your grievance has not been satisfactorily resolved at the institutional level, you may submit an appeal to
the Office of the Secretary, Bureau of Inmate Grievances, 2601 Blairstone Road, Tallahassee, Florida 32399-2500 within
15 calendar days of this institutional response using the Request for Administrative Remedy or Appeal Form.

DR. D. CHERRY, CHO
APALACHEE CI

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 12/16/08 DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

EXHIBIT K

N......JI, FILED
WITH AGENCY CLERK

FEB 23 2009

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| HIERRO, MANUEL | X23875 | 09-6-00801 | APALACHEE WEST UNIT | E1101L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

In addition, the institution was contacted and they provided this office with information regarding the issues you presented.

It is determined that the response made to you by Dr. Cherry on 12/16/08 appropriately addresses the issues you presented.

It is the responsibility of your chief health officer to determine the appropriate treatment regimen for the condition you are experiencing.

You are encouraged to cooperate with your health care staff by following the treatment regimen prescribed.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL
THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THIS ADDRESSEE ONLY.  UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW

Pilar Tournay, IISC

| | | 02/19/09 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate

(1 Copy) Inmate's File

(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate

(1 Copy) Inmate's File - Inst./Facility

(1 Copy) C.O. Inmate File

(1 Copy) Retained by Official Responding

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

RECEIVED

JAN 07 2009

DEPARTMENT OF CORRECTIONS
Bureau of Inmate Grievances

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From: Hierro Manuel D    X23875    Apalachee CI West
      Last   First   Middle Initial    Number    Institution

---

Part A – Inmate Grievance    09-6-0080 /

I am appealing the denial of my formal grievance. The reply
stated that I am being treated per medical protocol and if needed
the sickcall system is available. I am not being treated as
my doctor prescribed before my incarceration. My medication for
my heart was very expensive and not treating me because the
F.D.O.C. doesn't want to pay for this is unreasonable. Because of
this I have suffered three (3) heart attacks, the two (2) most
recent due to inappropriate work assignments. Classification stated
that medical approved my work condition which is also
objectively unreasonable due to my existing heart condition. I
also have a herniated disks (3) in my back also and placing
me in the kitchen and then outside grounds makes no sence
at all. The reply failed to address this issue of inappropriate
work assignments. Also when I was at RMC I did sign
a release to have my pre incarceration medical records
forwarded to the D.O.C. As to the sick call system, I have
been repeatedly seen here at A.C.I and then sent back to
R.M.C. This has occurred approx. six (6) times and still
I have only been prescribed a "nitro" patch. My HIV "T"
cell count has been 30587 and then 350,000 the next time.
Before my incarceration my count was undetectable thus only
from my incarceration and improper treatment am I having
problems. Again its due to the expense of the medication which
as it appears the D.O.C. is unwilling to administer. In Nov. 08 I
was prescribed new medication which is doing nothing but making my hands

12/22/08
DATE

X23875
SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:    Ø /
                                                                            #        Signature

INSTRUCTIONS

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

W/UE1101L
O812-102-039

TO: ☑ Warden     ☐ Assistant Warden     ☐ Secretary, Florida Department of Corrections

From: Hierro   Manuel  D.        X23875        Apalachee CI West
      Last    First    Middle Initial      Number         Institution

---

Part A – Inmate Grievance

I am filing a formal medical grievance and bypassing the informal
grievance. I came into the D.O.C. in June 2007. I informed
the medical dept. of my heart condition, HIV, and herniated disks in
my back. I informed them of my treatment from my private doctor
and medication. The D.O.C. did nothing concerning this issue and
transfered me from Lake Butler to Holmes C.I. I had a heart
attack almost immediately there and was sent to the local hospital
for four(4) days. I have been seen repeatedly at sick call with
no results/ no medication or improper medication as stipulated by
my private doctor. I signed a release for my private records and
have not recieved them over one(1) year later. I have requested
thru inmate requests to see a specialist with no results. I have
improperly grieved this issue directly to the Secretary which was
denied because I failed to follow procedure. whether I followed
procedure should not be a concern when this is a serious medical
issue. Futhermore after being transfered to ACI I was placed in the
kitchen and then later on inside grounds where I suffered two
(2) additional minor heart attacks. I have had a letter forwarded
to Governer Christ threw a attorney. I recieved a letter from the
DOC informing me they recommend I address my problems thru sick
call or Chap 33 rules on grievances, I am still not recieving the
proper medication and treatment and have attempted to remedy
this situation with no results. I have been physically harmed
by these three (3) heart attacks from the deliberate indifference
of the medical dept of the Florida Dept. of Corrections.

12/2/08                                    X23875
DATE                          SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:  Ø  /  _____
                                                                        #              Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing ...

# ATTACHMENT

cont.-

. blue. These meds are Gemfibozil, Caruedilon, and Pravastatin which have only been prescribed over one and a half years since my first heart attack. This occured after my transfer from R.M.C. to Holmes C.I. From Holmes C.I. I was taken to the local emergincy room at a local hospital. I spent four (4) days there and then was transfered here to A.C.I. At first I was prescribed nitro pills and Ibuprofin for pain approx eight months. Then I got the nitro patch for approx. another eight months. Now the above listed medication, which is doing nothing. I tire easly, have had circulation (blue hands) swelling in hands and feet which causes numbness.

The lack of funds is not a defense to failing to provide proper medical care.

## END OF ATTACHMENT

12/22/08
DATE

S/ _[signature]_

Manuel D. Hierro
DOC # X23875

Last two copies file
At later Date!

**PART B - RESPONSE**

| HIERRO, MANUEL | X23875 | 0812-102-039 | APALACHEE WEST UNIT | E1101L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your Request for Administrative Remedy or Appeal has been reviewed and evaluated. You have been assessed and treated per D.C. medical protocol. There is no evidence that you requested your medical records from an outside facility, you will have to request these records again. You have seen a specialist at RMC for your condition. If you are having medical problems then as you are aware, the sick call system is available to you. You are being assessed and treated per D.C. protocol in clinics.

Grievance Denied.

Should you feel your grievance has not been satisfactorily resolved at the institutional level, you may submit an appeal to the Office of the Secretary, Bureau of Inmate Grievances, 2601 Blairstone Road, Tallahassee, Florida 32399-2500 within 15 calendar days of this institutional response using the Request for Administrative Remedy or Appeal Form.

DR. D. CHERRY, CHO
APALACHEE CI

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

MANUEL D. HIERRO D.C#K038875
APALACHEE CORRECTIONAL INSTITUTION
53 WEST UNIT DRIVE
SNEADS, FLORIDA 32460-4162

CLERK U.S DISTRICT COURT
30 W. GOVERNMENT ST.
PANAMA CITY, FLORIDA, 32401





**Legal Mail**

*DEFENDAT COPY*

## JOB PROGRAM ASSIGNMENT

FLORIDA DEPARTMENT OF CORRECTIONS
APALACHEE CORRECTIONAL INSTITUTION

FROM: H HOLLAND          DATE:  11/13/07

TO: INSTITUTIONAL CLASSIFICATION TEAM

DC# X23875        INMATE NAME:  HIERRO, MANUEL

CURRENT CUSTODY: ____MINIMUM      RACE ____WHITE
                   _✓_MEDIUM            ____BLACK
                   ____CLOSE            ____OTHER
                   ____COMMUNITY

MEDICAL GRADE__PSYCH GRADE__BUNK ASSIGNMENT_P2139S__HO_1_

THE INMATE ABOVE IS RECOMMENDED FOR A JOB CHANGE:
FROM: AM  S25 UNASSIGNED      •     TO: AM   61/E04  F/S
      P.M.  S25 UNASSIGNED          PM   61/E04  F/S
FOR THE FOLLOWING REASONS:

___•REQUESTED BY WORK SUPERVISOR OR PROGRAM MANAGER
____EXCEPTIONAL INSTITUTION NEED
____MANAGEMENT OR DISCIPLINARY PROBLEMS
____GED OBTAINED AND VERIFIED
____INITIAL ASSIGNMENT
____JOB/PROGRAM CHANGE

RETURN FROM: ____CONFINEMENT  ____CLINIC
             ____TRANSFER     ____RMC, CFRC, SFRC
             ____OUTSIDE COURT

COMMENTS:

CLASSIFICATION OFFICER SIGNATURE: N. Holland

APPROVED____DISAPPROVED____

**ICT CHAIRMAN**
**CLASS. SUPERVISOR**
**TEAM MEMBER**

*EXHIBIT-A*

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: _____
Institution: _____

*(Instructions on Back)*

MR. HOLLONS

| TO: (Check One) | ☐ Warden | ☒ Classification | ☐ Medical | ☐ Other |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Dental | |

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | MANUEL HIERROD | X23875 | P1·162 | F·S | 8·13·07 |

**REQUEST**

ONE Question IS why I AM IN FOOD SERVICE
WITH All My MEDICAL PROBLEMS. I TAKE hEART MEDICALTIC
AND HIV MED AlSO. PlUS I hAVE 3 dICKS IN My LOW BACK
MEDICATION THAT I TAKE IS, ATENOLOL, PLAVIX, NITROGLYCERIN
AZITHRONICEN· BACTRIM· ~~IBU~~ IBUPROFEN FOR PAIN

THANK YOU

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                                           DATE RECEIVED: _____

Because Medical does not
have you on any Restriction

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | Date: |
|---|---|

Distribution:  White  -Returned to Inmate    Pink  -Retained by official responding, or if the response is to an
            Canary  -Returned to Inmate          informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

EXHIBIT A

## FLORIDA DEPARTMENT OF CORRECTIONS
## HEALTH SLIP/PASS

**The below-named inmate is authorized for:**

☐ Bed rest lay-in    From_____ To_____
☐ Low/bottom bunk   From_____ To_____
☒ No shave          From_____ To_____
☐ Restricted activity From_____ To_____
☐ Restrictions: _____

_____

_____

ʳOther:              From_____ To_____

_____

_____

Inmate _____     Authorized
DC#_____ R/S____   by:_____
Date of Birth_____   (Initial & Name Stamp)
Institution_____   Date:_____

A-X23875 TM 13 06/11/2007

HIERRO, ~~MANUEL~~ DEJESUS     CELESTE MACDONALD, ARNP
                               APALACHEE CI
i/M DOB 10/21/1960(46) RR      Security Pink:/Inmate

---

F⎽RI⎽                    T. MARTIN        ⎽NS
                         SLPN
             NOTICE TO SECURITY
        INMATE HAS BEEN INSTRUCTED TO SIGN UP
        FOR SICK CALL. THIS MEDICAL PASS IS
             VALID ___ ___ ____ 10/21/06

**The below-named inmate is authorized for:**

☐ Bed rest lay-in    From_____ To_____
☒ Low/bottom bunk   From_____ To_____
☒ No shave          From_____ To_____
☒ Restricted activity From_____ To_____
☐ Restrictions: _____

_____

_____

☐Other:              From_____ To_____

_____

_____

Inmate _____     Authorized
DC#_____ R/S____   by:_____
Date of Birth_____   (Initial & Name Stamp)
Institution_____   Date:_____

Health Slip/Pass              HAROLD PARKER
DC4-701D (2/96)                   ARNP
                              APALACHEE CI
                  White/Medical Yellow/Security Pink:/Inmate

EXHIBIT-B

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH SLIP/PASS**

The below-named inmate is authorized for:

☐ **Bed rest lay-in**      From_____ To_____
☐ **Low/bottom bunk**   From_____ To_____
☐ **No shave**             From_____ To_____
☐ **Restricted activity**  From 7/14/1? To 8/1?
☐ **Restrictions:** _____
_____

☐ **Other:**            From_____ To_____
_____
_____

Inmate _____
DC#_____ R/S____
Date of Birth_____
Institution_____

Authorized
by: _____
(Initial & Name Stamp)
Date: _____

HAROLD PARKER
ARNP
APALACHEE CI

**Health Slip/Pass**
**DC4-701D (2/96)**   White/Medical Yellow/Security Pink:/Inmate

---

I2-1345

**FLORIDA DEPARTMENT OF CORRECTIONS**
**HEALTH SLIP/PASS**

The below-named inmate is authorized for:

☐ **Bed rest lay-in**      From_____ To_____
☐ **Low/bottom bunk**   From_____ To_____
☐ **No shave**             From_____ To_____
☐ **Restricted activity**  From_____ To_____
☐ **Restrictions:** _____
_____
_____

☐ **Other:**            From_____ To_____
_____
_____

Inmate _____
DC#_____ R/S____
Date of Birth_____
Institution_____

Authorized
by: _____
(Initial & Name Stamp)
Date: _____

HAROLD PARKER
ARNP
APALACHEE CI

**Health Slip/Pass**
**DC4-701D (2/96)**   White/Medical Yellow/Security Pink:/In

## FLORIDA DEPARTMENT OF CORRECTIONS
## HEALTH SLIP/PASS

The below-named inmate is authorized for:

- ☐ Bed rest lay-in       From_____ To_____
- ☐ Low/bottom bunk       From_____ To_____
- ☐ No shave              From_____ To_____
- ☐ Restricted activity   From_____ To_____
- ☐ Restrictions:_____
  _____
  _____

☑ Other:          From _8/10/07_ To _3/10/07_
_This man have ankle_
_Support_

A-X23875 TM 13 06/11/2007 thorized _R. Lindey_

HIERRO, MANUEL DEJESUS       Initial & Name Stamp)
                              e: 8/10/07
1/M DOB 10/21/1960(46)  RR   KATHRYN M. LAND, ARNP
                              APALACHEE CI

Health Slip/Pass
DC4-701D (2/96)    White/Medical  Yellow/Security  Pink:/Inmate

## FLORIDA DEPARTMENT OF CORRECTIONS
## HEALTH SLIP/PASS

The below-named inmate is authorized for:

Bed rest lay-in       From_____ To_____
Low/bottom bunk       From_____ To_____
No shave              From_____ To_____
Restricted activity   From_____ To_____
Restrictions:_____

Other:          From_____ To_____

-X23875 TM 13 06/11/2007 thorized _R. Lindey_

IERRO, MANUEL DEJESUS       Initial & Name Stamp)
                             te:
/M DOB 10/21/1960(46)  RR   KATHRYN M. LAND, ARNP
                             APALACHEE CI

Health Slip/Pass
DC4-701D (2/96)    White/Medical  Yellow/Security  Pink:/Inmate

FLORIDA DEPARTMENT OF CORRECTIONS
HEALTH SLIP/PASS

**The below-named inmate is authorized for:**

☒ Bed rest lay-in ____ From 8/10/07 To 8/12/07

☐ Low/bottom bunk ____ From ____ To ____

☐ No shave ____ From ____ To ____

☐ Restricted activity ____ From ____ To ____

☐ Restrictions: ____

____

☒ Other: ____ From 8/10/07 To 8/24/07

B/P and pulse — M, W + F

x 2 wks. at 6 pm

Inmate Hierro, Manuel

DC# X 23875 ____ R/S H/M

Date of Birth 10/21/60

Institution EXC I FU

Authorized
by: K. Land ARNP

(Initial & Name Stamp)

Date: 8/10/07

KATHRYN M. LAND, ARNP
APALACHEE Ci

Health Slip/Pass
DC4-701D (2/96)

White/Medical   Yellow/Security   Pink:/Inmate

---

INSTITUTIONAL
USE ONLY

NDC 0085-3315-35
Contents: 30 units

## 0.3 mg/hr
### (15 cm²)

```
REGION I PHARMACY
MARIANNA          850-482-9540
Rx 3719291 PARKER.H.
APALACHEE CI WEST  E1101L
HIERRO. MANUEL. X23875
                       1 OF 1
***FOR EXTERNAL USE ONLY***
APPLY ONE PATCH EACH DAY FOR
12 HOURS.

NITRO-DUR PATCH 0.3MG/HR PAT

Qty 30 11/18/08 NO REFILLS   PG/PG
Discard After: 12/05/08
```

KEY® Kenilworth, NJ 07033 USA

---

NDC 0085-3315-35 ____ Contents: 1 un.

INSTITUTIONAL USE ONLY

# Nitro-Dur®
## (nitroglycerin)
Transdermal Infusion System

## 0.3 mg/hr
### (15 cm²)

Each unit contains 60 mg of nitroglycerin.
Rated release *in vivo* 0.3 mg/hr.

**Rx only**

KEY® Key Pharmaceuticals, Inc.
Kenilworth, NJ 07033 USA



-X23875 TM        06/11/2007

HIERRO, MANUEL DEJESUS

H/M DOB 10/21/1960 (46)

RECEPTION & MEDICAL CENTER
APPOINTMENT PASS
YOU HAVE AN APPOINTMENT AT:

(   ) ROOM #12
(   ) ROOM # 2

(   ) RESP. DEPARTMENT
        FOR PEAK FLOW

(   ) CENTRAL SUPPLY

(X) IN-PT MED. RECORDS
        SIGN RELEASE FOR MED REC
        PROVIDER'S NAME  TICAN
        RE: Medical Records
(   ) PHARMACY WINDOW
        10am - 12 Noon OR 2pm - 5:30pm

DA
NA   -X23875 TM        06/11/2007
D/C  HIERRO, MANUEL DEJESUS

     H/M DOB 10/21/1960 (46)

# DAVID LEE SELLERS P.A.

### ATTORNEY & COUNSELOR AT LAW
#### PERSONAL INJURY ✦ CRIMINAL DEFENSE

DAVID LEE SELLERS
ERIC D. STEVENSON

August 2, 2007

Manuel D. Hierro
Inmate, DOC# X23875
Apalachee Correctional Institution
35 Apalachee Drive
Sneads, FL 32460

Dear Mr. Hierro:

Thank you for your letter to me wherein you requested assistance with you not being administered your medication. I am sorry that I will not be able to assist you. However, I suggest you file a complaint with the head of the Florida Department of Corrections Health Services. That person's information is as follows:

Patrick H. Brown, M.D.
Director of Health Services
2601 Blair Stone Road
Tallahassee, Florida 32399-2500

By copy of this letter to the Governor Charlie Crist's office, I am notifying him of the above information, as well as forwarding your original letter with your information to him.

Good luck to you.

Sincerely,

David Lee Sellers

DLS:djz
cc: Governor Charlie Crist

EXHIBIT - C

919 NORTH 12TH AVENUE ✦ CORNER OF 12TH & DESOTO ✦ PENSACOLA, FLORIDA 32501
PHONE: 850.434.3111 ✦ TOLL FREE: 1.866.606.3525 ✦ FAX: 850.434.1188 ✦ CELL: 712.0772
david@davidleesellers.com ✦ eric@davidleesellers.com
Website: www.davidleesellers.com



# FLORIDA
# DEPARTMENT of
# CORRECTIONS

Governor
**CHARLIE CRIST**

*An Equal Opportunity Employer*

Secretary
**JAMES R. McDONOUGH**

2601 Blair Stone Road • Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

August 15, 2007

Manuel D. Hierro, DC# 829326
Apalachee Correctional Institution-East

Dear Mr. Hierro:

Your letter addressed to Governor Crist was forwarded to me for response. You wrote regarding the medical care you are receiving from Department of Corrections' staff.

In order to appropriately address your request, I am forwarding a copy of your letter to the Office of Health Services for review.

Sincerely,

Ebony O. Harvey
Citizens' Services Administrator
Office of Citizens Services

/cor/eoh

C: Pilar Tournay, Office of the Health Services
    Central Records

ExHIBIT D



# FLORIDA
# DEPARTMENT of
# CORRECTIONS

Governor
**CHARLIE CRIST**

Secretary
**JAMES R. McDONOUGH**

*An Equal Opportunity Employer*

2601 Blair Stone Road • Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

October 10, 2007

Inmate: Hierro, Manuel DC# X23875
Apalachee Correctional Institution
35 Apalachee Drive
Sneads, Florida 32460-4166

Dear Inmate Hierro,

This office is in receipt of your letter in which you express concern about your HIV and blood pressure medication.

Please be advised that this office has looked into the situation by consulting with your health care staff and it is indicate that you are being followed in the Immunity and Cardiovascular Chronic Clinic. You were started on your anti retro viral therapy on 7/26/07.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

In the future you are encouraged to attempt to resolve your problem at the institutional level. In the event that you fail to achieve the satisfaction you deem appropriate, then you may always follow the grievance process in accordance with Chapter 33 DC Rules.

By copy of this response to you, I am forwarding your letter to your Chief Health Officer for his review and further disposition as deemed appropriate.

Sincerely,

Pilar Tournay
Impaired Inmate Coordinator

PT/ap

Cc: Daniel Cherry, CHO
    Inmate Record, Central Records Management, Central Office

CONFIDENTIAL
"THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW."

EXHIBIT 7

## INMATE REQUEST

**DEPARTMENT OF CORRECTIONS**

**(Instructions on Back)**

Mail Number: _____
Team Number: _____
Institution: _____

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☒ Medical<br>☐ Dental | ☐ Other |
|---|---|---|---|---|

| | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| **FROM:** | MANUEl HIERRO D | X23875 | P116 2 | F-S | 8-31-07 |

### REQUEST

I STill getiNg ches PAIN ANd my BACK PAIN ANd my NUMs
IN my Legs ANd muscle PAIN I Nee TO HNoW why This hAPPeiNg
TO me They Are geTiNg WORST. I Need see A SPeCiAliST=
The docTOR SAId ThAT is BecuAse of HIV- I Need TO HNoW why=
ANd I Need wheN whAT dAy you sTARiNg ON Med ANd AlSo
whAT Are They NAmed. I Need TO HNoW my C. D. 4 couNT # 3
wheN I goT here, ANd NoW I Need This iNForMATiON.
BecuAse wheN I goT To DoC I WAs uNdeTecTAble.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

### RESPONSE

**DATE RECEIVED:** SEP

you Need to use sickcall
System if needed, Also all labs have
been Reviewd by APVP and you Have
asdeduled dtwr commng up in October.
use sickcall if you Need to discuss earlier

[The following pertains to informal grievances only:

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____ ROBERT DAFFIN, CMTC      Date: 9-4-07
ROBERT DAFFIN
PYXGI-EastHR

Distribution:   White   -Returned to Inmate      -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate       informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: _____

**(Instructions on Back)**

RECEIVED

SEP 01 2007

Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☒ Classification ☐ Security | ☒ Medical ☐ Dental | APALACHEE ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | MANUEL HIERROD | X23875 | P116 2 | F-5 | 9-3-07 |

**REQUEST**

9-3-07

I STill geting Ches PAIN And BACK PAIN And my Nums IN my LegS, I Need to see A SpeciAlist BecAuse it is geting woorst. But The doctor Keep SAINd That is ThAt And is Not. This 3 Rd time ThAt I write to you And I hAve Not got A ANswer wHy. ~~this is why~~ I Need To KNOW wheN I STAR To TAKe my HAV med dAte, And wHAT wAs CD4 couNT Then And Now, I Need This iNFormATioN THANK you

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

DATE RECEIVED: 9-11-07

You saw ARNP macdonald on 9/5 for a follow up & she ordered a xray at that time for you —
you are going to the med window to plu meds. you will have a follow up w/ macdonald after your xray results come in —

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

JACKSON, HIS
APALACHEE CI

| Official (Signature): | BASON, HIS | Date: | 9-11-07 |
|---|---|---|---|

Distribution: White -Returned to Inmate        Pink -Retained by official responding, or if the response is to an
                    Canary -Returned to Inmate              informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

EXHIBIT 9  F

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

MACDONALD, CeLesTe

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☒ Medical ☐ Dental | ☐ Other |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | MANUEl HiERRO D | X23875 | P1162 | F-S | 9-16-07 |

**REQUEST**

Well I STAR TO TAITE The ELeVIL MY NUMS GOT WROST
AND NOW PAINS IN hANds AND FeeT I NEed YOU IF YOU PleAse
PUT ME IN A CALL OUT. I don'T NEed THAT MedICATION
THAT I AM ON. I Need TO ON SOME OTHEN MedICALTION
SPECIAL FoR MY BACK.
ThANIT YOU

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

**DATE RECEIVED:**

**RECEIVED**

SEP 17 2007

APALACHEE C I
MEDICAL

USE Sickcall
System.

ROBERT DAFFIN, CMTC
APACI-East Unit

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____ Date: 9-19-07

Distribution:  White   -Returned to Inmate     Pink   -Retained by official responding, or if the response is to an
               Canary  -Returned to Inmate            informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

EXHIBIT F

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

MACDONALD Celeste

**TO:**
(Check One)

☐ Warden
☐ Asst. Warden
☐ Classification
☐ Security
☒ Medical
☐ Dental
☐ Other

| | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| **FROM:** | MANUEl HIERRO D | XJ3875 | P1162 | F.S | 9-18-07 |

**REQUEST**

I Need you To TAKE me OFF The ALAVIL Midication
This A ANTidePressANT I don't know WhAT ThAT
have to do with My BACK. Problems. The ALAViL ThAT
giving me is A Psychesis medicAiTion, Not For PAiN
So WHY did You Prescribe me This medicAiTion?
CAN you please AWSeR me THANK you

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

**RECEIVED**

SEP 20 2007

APALACHEE C.I.
MEDICAL

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

**DATE RECEIVED**

If you don't want this medication
you must sign a refused at the medication
window

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Signature): _____ THARP, SRN APALACHEE CI     Date: 9/20/07

Distribution:  White  -Returned to Inmate  Pink  -Retained by official responding, or if the response is to an
                Canary  -Returned to Inmate          informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8-00)

Exhibit 1.

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

(Instructions on Back)

Mail Number: _____
Team Number: _____
Institution: _____

_mR. Pakked_

| TO:<br>(Check One) | ☐ Warden | ☐ Classification | ☒ Medical | ☐ Dental |
|---|---|---|---|---|
| | ☐ Asst. Warden | ☐ Security | ☐ Mental Health | ☐ Other |

| FROM: | Inmate Name<br>HIERRO MANUEL | DC Number<br>X13875 | Quarters<br>B4335 | Job Assignment<br>IN.9 | Date<br>6/22/08 |
|---|---|---|---|---|---|

**REQUEST**

① MY PRoblem with MY shoulder, I STill in PAin
When I move it up And is not my ~~muscul~~ mussel it is
my bone joinst.
② My question is the you got The Answer from my
STRess Text, And what were them, Becuase I STill
get chest problems + And whAT is The problem with my heart
③ # whAT wAs ThAT Told me About my C.4 count
you shid something About it ThAT wAsnt going
down. i need to know All This Things.

All requests will be handled in one of the following ways:  1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

──────── **DO NOT WRITE BELOW THIS LINE** ────────

**RESPONSE**

DATE RECEIVED: _____

_you will be seen soon_

[The following pertains to informal grievances only:
Based on the above information, your grievance is _____. (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Signature): | | Date: 6/24/08 |
|---|---|---|

Distribution:   White   -Returned to Inmate   Pink   -Retained by official responding, or if the response is to an
                Canary   -Returned to Inmate              informal grievance then forward to be placed in inmate's file.

DC6-236 (Revised 8/07)

Incorporated by Reference in Rule 33-103.019, F.A.C.

EXHIBIT 10

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

APR 0 4 2008

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From: HIERRO MANUEL D       X23875       BUTLER MEDICAL CAMP
　　Last　First　Middle Initial　　　Number　　　　Institution

Part A – Inmate Grievance        086-10165

I hAve BeiN9 COMPlAiNT FROM JUNE 07 ~~HAve~~ Ve MY MediCAiTioN AND MY
jUMb ON MY Feet AND MY BACK PRoblems AND I Still NOT 9etiN9 MY
mediCAiTioN THAT I NeeD. I AM 9etiN9 some NOT All. AND some TiMe I
doN'T 9et Them They 9o missiN9 AND I doN'T 9et Them FoR Few dAy's so To me
THAT mAKe MY PRoblems WORST, THART if I doN'T 9et. AND NOW i hAve PuT
iN 3 sICK CAll do To mediCAiTioN AND MY NUMb ON MY Feet. AND To see
he doCTOR But The ONly PeRsON THAT I hAve see WAs The NURse
NoT The doCTOR. AND I hAve TolD The NURse AboUT NUMb Feet AND MY
mediCAiTioN AND NoTiN9 WAs DoNe. I Still hAve The sAme PRoblems
ANd They ARe 9etiN9 WORST EveRy dAys THAT PAss by. I hAve TURN MY PResCRiPTioN
I hAve BeiN9 2 WeeKs A9o AND NO mediCATioN ONly 9od NOW WheN I AM
9oiN9 To 9et Them. If I AM NOT 9oiN9 To 9et No TReATMeNT seND me BACK
To MY CAMP I would liKe To TAKe MY ChANCes THeRe NOT heRe NOT
iT This mediCAl CAMP. This is NOT A mediCAl CAMP This A TORTURe CAMP
Ye's A TORTURe CAMP! You will NeeD To Be heRe AND Be
siCK AND You will see whAT I meAN. I hAve BeiN9 heRe FoR 7 WeeKs
Nd I hAve NOT seeiN9 The doCTOR ONly ONe TiMe AND he did NOT do
ANYThiN9 FoR me. so whAT is The ReAsON THAT They hAve NOT doNe ANy
ThiN9 AboUT iT. lAsT TiMe They stART To 9ive me some mediCAiTioN WAs
WheN I WheN To The hosPiTAl mouNThs lATeR AFTeR MY COMPlAiNT.
i hAve BeiN9 wRiTiN9 siCK CAlls But iT doN'T do me ANy 9ood.
They ONly 9ive ONe sheeT OF PAPeR FoR You To mAKe YouR sICK CAll
I hAve some FRom BeFORe But NOT NOW. NO COPy AT This TiMe

03-30-08                        MANUel HIERRO , X23875
DATE                        SIGNATURE OF GRIEVANT AND D.C. #

MAILED / FILED
WITH AGENCY CLERK

APR 1 5 2008

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| HIERRO, MANUEL | X23875 | 08-6-10165 | (209) R.M.C.- MAIN UNIT | C1139S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | GRIEVANCE INSTITUTION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule, or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

Upon receipt of this response, you are allowed an additional 15 days from the date this response was mailed (date stamped in upper left corner) to resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.  Attach a copy of this response to your re-filed grievance.

Based on the foregoing information, your grievance is returned without action.

J. ADAMS

| | | 4/11/08 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

COPY DISTRIBUTION -INSTITUTION / FACILITY
, (2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

EXHIBIT G

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

<u>**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**</u>

W/ME//01L
0812-102-039

TO: ☑ Warden      ☐ Assistant Warden      ☐ Secretary, Florida Department of Corrections

From: Hierro   Manuel   D.        X23875       Apalachee CI West
       Last    First   Middle Initial        Number           Institution

---

Part A – Inmate Grievance

I am filing a formal medical grievance and bypassing the informal grievance. I came into the D.O.C. in June 2007. I informed the medical dept. of my heart condition, HIV, and herniated disks in my back. I informed them of my treatment from my private doctor and medication. The D.O.C. did nothing concerning this issue and transferred me from Lake Butler to Holmes C.I. I had a heart attack almost immediately there and was sent to the local hospital for four (4) days. I have been seen repeatedly at sick call with no results/no medication or improper medication as stipulated by my private doctor. I signed a release for my private records and have not recieved them over one (1) year later. I have requested thru inmate requests to see a specialist with no results. I have improperly grieved this issue directly to the Secretary which was denied because I failed to follow procedure. Whether I followed procedure should not be a concern when this is a SERIOUS medical issue. Futhermore after being transferred to ACI I was placed in the kitchen and then later on inside grounds where I suffered two (2) additional minor heart attacks. I have had a letter forwarded to Governor Christ threw a attorney. I recieved a letter from the DOC informing me they recommend I address my problems thru sick call or Chap 33 rules on grievances. I am still not recieving the proper medication and treatment and have attempted to remedy this situation with no results. I have been physically harmed by these three (3) heart attacks from the deliberate indifference of the medical dept of the Florida Dept. of Corrections

12/2/08
DATE            ExhiBiT H E           X23875
                                SIGNATURE OF GRIEVANT AND D.C. #

**PART B - RESPONSE**

| HIERRO, MANUEL | X23875 | 0812-102-039 | APALACHEE WEST UNIT | E1101L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your Request for Administrative Remedy or Appeal has been reviewed and evaluated. You have been assessed and treated per D.C. medical protocol. There is no evidence that you requested your medical records from an outside facility, you will have to request these records again. You have seen a specialist at RMC for your condition. If you are having medical problems then as you are aware, the sick call system is available to you. You are being assessed and treated per D.C. protocol in clinics.

Grievance Denied.

Should you feel your grievance has not been satisfactorily resolved at the institutional level, you may submit an appeal to the Office of the Secretary, Bureau of Inmate Grievances, 2601 Blairstone Road, Tallahassee, Florida 32399-2500 within 15 calendar days of this institutional response using the Request for Administrative Remedy or Appeal Form.

DR. D. CHERRY, CHO
APALACHEE CI

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

EXHIBIT 12

WITH AGENCY COPY

FEB 23 2009

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| HIERRO, MANUEL | X23875 | 09-6-00801 | APALACHEE WEST UNIT | E1101L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Appeal Denied:

Your request for administrative remedy was received at this office and it was carefully evaluated. Records available to this office were also reviewed.

In addition, the institution was contacted and they provided this office with information regarding the issues you presented.

It is determined that the response made to you by Dr. Cherry on 12/16/08 appropriately addresses the issues you presented.

It is the responsibility of your chief health officer to determine the appropriate treatment regimen for the condition you are experiencing.

You are encouraged to cooperate with your health care staff by following the treatment regimen prescribed.

Should you experience problems, sick call is available so that you may present your concerns to your health care staff.

CONFIDENTIAL
THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THIS ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW

Pilar Tournay, IISC

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY

(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE

(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

RECEIVED
JAN 07 2009
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From: Hierro Manuel D    X23875    Apalachee CI West
Last   First   Middle Initial    Number    Institution

---

Part A – Inmate Grievance

I am appealling the denial of my formal grievance. The reply stated that I am being treated per medical protocol and if needed the sickcall system is available. I am not being treated as my doctor prescribed before my incarceration. My medication for my heart was very expensive and not treating me because the F.D.O.C. doesn't want to pay for this is unreasonable. Because of this I have suffered three (3) heart attacks, the two (2) most recent due to inappropriate work assignments. Classification stated that medical approved my work condition which is also objectively unreasonable due to my existing heart condition. I also have a herniated disks (3) in my back also and placing me in the kitchen and then outside grounds makes no sence at all. The reply failed to address this issue of inappropriate work assignments. Also when I was at RMC I did sign a release to have my pre incarceration medical records forwarded to the D.O.C. As to the sick call system, I have been repeatedly seen here at A.C.I and then sent back to R.M.C. This has occurred approx. six (6) times and still I have only been prescribed a "nitro" patch. My new "T" cell count has been 30587 and then 350,000 the next time. Before my incarceration my count was undetectable thus only from my incarceration and improper treatment am I having problems. Again its due to the expense of the medication which as it appears the D.O.C. is unwilling to administer. In Nov 08 I was prescribed new medication which is doing nothing but making my hands

12/22/08 DATE                          _____ X23875
                                    SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: ___Ø__ /
                                                                         #        Signature

**INSTRUCTIONS**

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

W/kE/101L
0812-102-039

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From: Hierro Manuel D.      X23875      Apalachee CI West
      Last   First   Middle Initial         Number              Institution

---

### Part A – Inmate Grievance

I am filing a formal medical grievance and bypassing the informal grievance. I came into the D.O.C. in June 2007. I informed the medical dept. of my heart condition, HIV, and herniated disks in my back. I informed them of my treatment from my private doctor and medication. The D.O.C. did nothing concerning this issue and transfered me from Lake Butler to Holmes C.I. I had a heart attack almost immediately there and was sent to the local hospital for four (4) days. I have been seen repeatedly at sick call with no results/no medication or improper medication as stipulated by my private doctor, I signed a release for my private records and have not recieved them over one (1) year later, I have requested thru inmate requests to see a specialist with no results. I have improperly grieved this issue directly to the Secretary which was denied because I failed to follow procedure, whether I followed procedure should not be a concern when this is a SERIOUS medical issue. Futhermore after being transfered to ACI I was placed in the kitchen and then later on inside grounds where I suffered two (2) additional minor heart attacks. I have had a letter forwarded to Governer Christ threw a attorney. I recieved a letter from the DOC informing me they recommend I address my problems thru sick call or Chap 33 rules on grievances. I am still not recieving the proper medication and treatment and have attempted to remedy this situation with no results. I have been physically harmed by these three (3) heart attacks from the deliberate indifference of the medical dept of the Florida Dept. of Corrections

12/2/08                              X23875
DATE                    SIGNATURE OF GRIEVANT AND D.C. #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:** Ø /
                                                                          #        Signature

#### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing

ATTACHMENT

cont.-

blue. These meds are Gemfibozil, Carvedlon, and Pravastatin which have only been prescribed over one and a half years since my first heart attack. This occured after my transfer from R.M.C. to Holmes C.I. From Holmes C.I I was taken to the local emerging room at a local hospital. I spent four (4) days there and then was transferred here to A.C.I. At first I was prescribed nitro pills and Ibuprofin for pain approx eight months. Then I got the nitro patch for approx. another eight months. Now the above listed medication, which is doing nothing. I tire easly, have had circulation (blue hands) swelling in hands and feet which causes numbness.

The lack of funds is not a defense to failing to provide proper medical care.

END OF ATTACHMENT

12/22/08
DATE

s/
Manuel D. Hierro
DOC # X23875

**PART B - RESPONSE**

| HIERRO, MANUEL | X23875 | 0812-102-039 | APALACHEE WEST UNIT | E1101L |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY. UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your Request for Administrative Remedy or Appeal has been reviewed and evaluated. You have been assessed and treated per D.C. medical protocol. There is no evidence that you requested your medical records from an outside facility, you will have to request these records again. You have seen a specialist at RMC for your condition. If you are having medical problems then as you are aware, the sick call system is available to you. You are being assessed and treated per D.C. protocol in clinics.

Grievance Denied.

Should you feel your grievance has not been satisfactorily resolved at the institutional level, you may submit an appeal to the Office of the Secretary, Bureau of Inmate Grievances, 2601 Blairstone Road, Tallahassee, Florida 32399-2500 within 15 calendar days of this institutional response using the Request for Administrative Remedy or Appeal Form.

DR. D. CHERRY, CHO
APALACHEE CI

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |
|---|---|---|

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding