# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**MANUEL HIERRO,**

    **Plaintiff,**

**vs.**                                           **CASE NO. 5:09CV68-RS/AK**

**CELESTE MCDONALD, et al,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court in the above entitled action is Defendants McDonald and Cherry's Second Motion for Extension of Time to Respond to the Complaint. (Doc. 40). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and these defendants shall have through **December 13, 2009**, to respond to the complaint.

**DONE AND ORDERED** this _**18**th_ day of November, 2009.

                                          _s/ A. KORNBLUM_
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**