US DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

"COURT COPY" (ORIGINAL)

MANUEL HIERRO,
            PLAINTIFF,

US.                                    CASE NO. 5:09-CU-68
                                            RS-AK
CELESTE MACDONALD, ET AL,
            DEFENDANTS.

                              /

Rec'd 03/22/10 USDxF-Fln1PM1220

Filed 03/18/10 USDxF-Fln5AM0958

## PLAINTIFF'S OPPOSISTION TO DEFENDANT'S MACDONALD'S AND CHERRY'S MOTION FOR SUMMARY JUDGEMENT

COMES NOW PLAINTIFF PRO SE MANUEL HIERRO IN OPPOSITION
TO DEFENDANT'S MACDONALD'S AND CHERRY'S MOTION FOR
SUMMARY JUDGEMENT, AND IN SUPPORT OF HIS OPPOSISTION
STATES THE FOLLOWING:

1.) THE LEGAL STANDARD IN CONNECTION WITH A RULE 56
MOTION, FED. R. CIV. P. IS THAT "SUMMARY JUDGEMENT IS
PROPER IF, VIEWING ALL THE FACTS OF THE RECORD IN
LIGHT MOST FAVORABLE TO THE NON-MOVING PARTY, NO
GENUINE ISSUE OF MATERIAL FACT REMAINS FOR ADJUDICATION"
ANDERSON V. LIBBY, INC, 477 U.S. 242, 247-250, 106 S. CT. 2505,
91 L. ED. 2d 202 (1986). THE ROLE OF THE COURT IN RULING
ON SUCH A MOTION "IS NOT TO RESOLVE DISPUTED ISSUES
OF FACT, BUT TO ASSESS WHETHER THERE ARE ANY
FACTUAL ISSUES TO BE TRIED, WHILE RESOLVING

AMBIGUITIES AND DRAWING REASONABLE INFERENCES AGAINST THE MOVING PARTY." THE MOVING PARTY BEARS THE BURDEN OF PROVING THAT NO GENUINE ISSUE OF MATERIAL FACT EXISTS OR THAT BY REASON OF THE PAUCITY OF EVIDENCE PRESENTED BY THE NON-MOVANT, NO RATIONAL JURY COULD FIND IN FAVOR OF THE NON-MOVING PARTY. IN THE CASE OF A PRO SE LITIGANT A COURT IS INSTRUCTED TO READ THE PLEADINGS "LIBERALLY AND INTERPRET THEM TO RAISE THE STRONGEST ARGUMENTS THAT THEY SUGGEST." MCPHERSON V. COOMBE, 174 F.3d 276, 280 (2ND CIR. 1999).

2) PLAINTIFF CONTENDS IN THIS CASE THERE ARE GENUINE ISSUES OF MATERIAL FACT THAT REMAIN FOR ADJUDICATION AND THAT SUCH FACTS ARE OBVIOUS ON THE FACE OF THE RECORD WHICH PLAINTIFF WILL HEREIN POINT OUT.

3) TO WIT — NURSE MACDONALD IS AN A.R.N.P. AND NOT A PHYSICIAN. SHE WAS THE "GATE-KEEPER" TO THE PLAINTIFF'S ACCESS TO THE PHYSICIAN (DR. CHERRY, THE C.H.O. AT A.C.I.). PLAINTIFF HAS SERIOUS MEDICAL NEEDS (ADMITTED TO BY DEF. MACDONALD @ INTERROGATORY NO. 25) (SEE EXHIBIT-1) PLAINTIFF HAS H.I.V., HEART PROBLEMS, NERVE DAMAGE, AND SERIOUS BACK PROBLEMS. ALL OF THESE PROBLEMS ARE NOTED IN HIS D.O.C.

MEDICAL RECORDS FROM HIS INTAKE FROM ORANGE COUNTY.
OF PARTICULAR NOTE IS THAT PLAINTIFF HAD JUST BEEN
RETURNED TO D.O.C. FROM AN EMERGENCY TRIP TO AN
OUTSIDE HOSPITAL DUE TO HEART COMPLICATIONS UPON
HIS TRANSFER TO A.C.I. (SEE ADMISSION # 7 @ EXHIBIT-2)
RATHER THAN ALLOW PLAINTIFF TO SEE THE PHYSICIAN
(EVEN AFTER HE REQUESTED SAME) SHE DEPRIVED HIM
OF TREATMENT BY THE PHYSICIAN. DEFENDANT MACDONALD
STATED IN HER AFFIDAVIT AT PG. 9 "... I DID NOT HAVE
A DUTY TO ENSURE THAT THE PLAINTIFF WAS SEEN BY
THE C.H.O. " PLAINTIFF ASKED @ INTERROGATORY # 23 & 24
OF EXHIBIT-1 IF SUCH STATEMENT WAS "TO STATE THAT
SHE NEVER HAD A DUTY TO REFER AN INMATE TO THE
MD/CHO FOR TREATMENT OF SERIOUS MEDICAL NEEDS?"
SHE ANSWERED "NO." HE FURTHER ASKED (SINCE SHE
CLAIMED NOT TO HAVE A DUTY TO REFER PLAINTIFF
WHO HAS SERIOUS MEDICAL NEEDS TO THE MD/C.H.O.)
"UNDER WHAT CIRCUMSTANCES WOULD AN INMATE SEE
THE CHO AND/OR INSTITUTION'S MD?" BESIDES EVADING
AND OBJECTING TO THIS QUESTION, SHE ANSWERED
"... THERE ARE MANY DIFFERENT CIRCUMSTANCES BASED
ON A CASE BY CASE BASIS THAT MAY PROMPT A VISIT
BY THE C.H.O. AND/OR M.D. " HOWEVER, APPARANTLY

(4)

SHE DID NOT PLACE PLAINTIFF IN ONE OF THESE "DIFFERENT CIRCUMSTANCES" BUT WAS DELIBERATELY INDIFFERENT TOWARDS HIS NEEDS AND REQUESTS TO SEE THE PHYSICIAN. AS AN INMATE WITH SERIOUS MEDICAL PROBLEMS & NEEDS PLAINTIFF DID MANDATE PHYSICIAN TREATMENT AND AS THE GATE-KEEPER TO SUCH TREATMENT SHE DELIBERATELY AND INDIFFERENTLY DENIED HIM THAT RIGHT.

4.) DR. CHERRY STATED IN PLAINTIFF'S INTERROGATORIES DIRECTED TO HIM @ INTERROGATORIES 8 & 9 (SEE EXHIBIT-3) IN RESPONSE TO HIS AFFIDAVIT STATEMENT THAT HE DID "NOT HAVE A DUTY TO PROVIDE A PHYSICAL EXAMINATION OF EVERY INMATE OR OF THE PLAINTIFF" THAT HIS DUTIES AS THE C.H.O. WERE "TO PERFORM EXAMINATIONS. MAKE MEDICAL DIAGNOSES AND PRESCRIBE MEDICATIONS AND/OR TREATMENT ON A ROUTINE AND EMERGENCY BASIS..." THIS IS CERTAINLY CONTRADICTORY AND A MATTER OF GENUINE ISSUE OF FACT A JURY SHOULD DECIDE ON. DR. CHERRY STATED @ #9 THAT HIS DUTIES REGARDING PLAINTIFF'S MEDICAL CARE WAS THAT HE HAD "OVERSIGHT RESPONSIBILITIES FOR THE CARE OF ALL INMATES HOUSED AT ACI." HE WAS (ADMITTEDLY) RESPONSIBLE FOR THE PLAINTIFF'S CARE AND HIS DUTIES LISTED FIRST & FOREMOST THAT HE WAS TO "PERFORM EXAMINATIONS, MAKE MEDICAL DIAGNOSES AND PRESCRIBE MEDICATIONS

AND/OR TREATMENT ON A ROUTINE AND EMERGENCY BASIS,"
YET HE NEVER SAW, EXAMINED OR TREATED PLAINTIFF
WHO ARRIVED AT A.C.I. JUST AFTER A HEART-RELATED
OUT-SIDE HOSPITAL EMERGENCY ROOM TREATMENT, HAD
TO BE HOSPITALIZED AT A.C.I FOR EMERGENCY HEART
PROBLEMS AND MANY OTHER SERIOUS CHRONIC MEDICAL
ISSUES. TO REFUSE TO SEE, EXAMINE AND/OR TREAT
PLAINTIFF'S SERIOUS & EMERGENCY MEDICAL ISSUES
NOT ONLY IS CONTRARY TO HIS DUTIES, BUT WAS
DELIBERATELY INDIFFERENT TO PLAINTIFF & A VIOLATION
OF PLAINTIFF'S CONSTITUTIONAL RIGHTS.

⁻) IN PLAINTIFF'S INTERROGATORIES TO DEF. CHERRY @ #'S 10, 11 &
12 DR. CHERRY STATED HE DID REVIEW PLAINTIFFS CHRONOLOGICAL
RECORD OF HEALTH BUT "IT IS NOT STANDARD PRACTICE
WHEN CONDUCTING A RECORD REVIEW FOR THESE REASONS TO
STAMP AND NOTATE EACH PAGE REVIEWED." PLAINTIFF POSES
THAT IT IS STANDARD PRACTICE TO STAMP & NOTATE A
RECORDS REVIEW. (SEE EXHIBITS-4) THE OTHER PHYSICIANS
ALL STAMPED & NOTATED THEIR REVIEWS. PLAINTIFF ASSERTS
IT IS POLICY THAT ANYTIME MEDICAL RECORDS ARE REVIEWED
BY AN M.D. OR MENTAL HEALTH THAT IT IS TO BE NOTED
IN THE CHRONOLOGICAL RECORD OF HEALTH CARE. NOTE
THE ACTUAL STAMP THAT SAYS "INCIDENTAL NOTE:
MEDICAL RECORD REVIEW COMPLETED BY...." NOTE ALSO
THE NOTATION ON 11/4/08 "CHART TO MD FOR REVIEW

OF CONSULT," AND NOTATIONS BEARING DR. ANDEM'S STAMP, CHO OF HOLMES C.I. INTERESTINGLY, PLAINTIFF WAS ORDERED TO BE TRANSFERRED TO AN INSTITUTION WHERE HE COULD BE TREATED FOR AIDS BY DR. ANDEM AT HOLMES C.I. ON 7/23/07 DR. ANDEM ORDERED THAT PLAINTIFF BE TRANSFERRED TO WASHINGTON C.I. AS AUTHORIZED BY DR. JOHNSON. HOWEVER, PLAINTIFF WENT FROM BEING TREATED BY AN M.D. AT HOLMES C.I. (WHO ORDERED HE BE SENT TO A FACILITY WHERE HE COULD RECEIVE MORE ACUTE M.D. TREATMENT) TO A.C.I. WHERE HE RECEIVED TREATMENT BY A LESSER QUALIFIED PRACTIONER. DR. ANDEM'S ORDER THAT PLAINTIFF BE SENT TO WASHINGTON C.I. WAS IGNORED. (WASHINGTON C.I. IN THE PANHANDLE IS THE N.W. FLORIDA RECEPTION & MEDICAL FACILITY FOR D.O.C.) THIS M.D. WANTED A MORE QUALIFIED M.D. TO TREAT THE PLAINTIFF, BUT PLAINTIFF ENDED UP AT A FACILITY WHERE THE M.D. REFUSED TO SEE HIM & THE GATE-KEEPER NURSE (MACDONALD) REFUSED TO REFER HIM TO THE M.D. PLAINTIFF'S CHRONOLOGICAL RECORD OF HEALTH CARE CONTAINS NO NOTATION FROM ANY PROVIDER AT ACI THAT HIS CHART WAS EVER SENT TO THE MD. FOR REVIEW, OR BY AN MD THAT HE REVIEWED PLAINTIFF'S CHART UNTIL AFTER

DR CHERRY LEFT ACI AND DR. SPEIGHTS SAW PLAINTIFF ON 4/28/09 & 8/4/09. THE REMANDER OF PLAINTIFF'S CHRONOLOGICAL RECORD OF HEALTH CARE (CHART) IS EXHIBITED HEREIN AT EXHIBIT 5. THE ONLY EXPLANATION FOR PLAINTIFF NOT BEING SEEN BY DR. CHERRY AT ACI IS DELIBERATE INDIFFERENCE. PLAINTIFF HAS SERIOUS MEDICAL ISSUES. DR. ANDEM, CHO AT HOLMES C.I. ORDERED PLAINTIFF TRANSFERRED FOR MORE ACUTE MEDICAL CARE. ONCE AT A.C.I. ARNP (THE GATE-KEEPER TO DR. CHERRY) WAS DELIBERATELY INDIFFERENT TO PLAINTIFF BY NOT REFERRING PLAINTIFF TO THE M.D. (EVEN AFTER HE WAS EMERGENTLY HELD IN THE INFIRMARY FOR HEART-RELATED PROBLEMS) OR FOR NOT EVEN SENDING HIS CHART TO DR. CHERRY FOR REVIEW. DR. CHERRY WAS DELIBERATELY INDIFFERENT TO PLAINTIFF (WHO HE ADMITS HE HAD OVERSIGHT RESPONSIBILITY FOR) BY NOT SEEING PLAINTIFF OR EVEN REVIEWING HIS CHART. THE FACT THAT PLAINTIFF WROTE HIS ATTORNEY ABOUT NOT SEEING DR. CHERRY & HIS ATTORNEY FORWARDED HIS LETTER TO GOV. CHRIST'S OFFICE ON 8/2/07, WHO FORWARDED IT TO D.O.C. CENTRAL OFFICE WHO FORWARDED IT TO DR. CHERRY ON 10/10/07 AND HE STILL DID NOT SEE PLAINTIFF IS SHOCKING TO CONTEMPORARY STANDARDS OF DECENCY AND SHOULD BE PASSED TO A JURY TO CONTEMPLATE FOR ADJUDICATION OF THIS CLAIM.

8.) PLAINTIFF'S PRIMARY COMPLAINT AGAINST ARNP MACDONALD
IS THAT SHE WAS DELIBERATELY INDIFFERENT TO HIS
BACK PAIN. HE MADE REPEATED VERBAL COMPLAINTS
TO HER ABOUT THIS PAIN AND HIS JOB ASSIGNMENT
THAT AGGRAVATED IT & HIS MEDICAL RECORDS DATING
BACK AS FAR AS THE COUNTY JAIL'S TRANSFER
SUMMARY & HIS RECEPTION D.O.C. MEDICAL RECORDS
INDICATED HE HAD A CHRONIC BACK CONDITION AND
THAT HE EVEN WORE A T BACK BRACE BUT SHE
WAS DELIBERATELY INDIFFERENT TO THESE FACTS
AND REFUSED HIM RELIEF FROM THE PAIN UNTIL
AT LEAST THREE SEPERATE MEDICAL APPOINTMENTS
AND SHE RECEIVED HIS X-RAY RESULTS.

9.) NURSE MACDONALD ADMITTED IN HER AFFIDAVIT (PG.4, PAR.16)
AND IN HER ADMISSIONS (EXHIBIT-6) THAT PLAINTIFF'S 8/23/07
DOCTOR'S CLINIC APPOINTMENT WAS A FOLLOW-UP ON HIS
COMPLAINTS OF BACK PAIN. AT THIS APPOINTMENT HE
COMPLAINED THAT HIS JOB IN FOOD SERVICE AS A "LABORER"
(SEE DEFS. MOTION FOR SUMMARY JUDGEMENT EXHIBIT-B)
WAS CAUSING HIM EXCRUCIATING PAIN WHERE HE WAS
REQUIRED TO LIFT LARGE HEAVY POTS & PANS AND HE
ASKED FOR MEDICAL RESTRICTION PASSES FOR NO-PROLONGED
STANDING SO HE COULD AT LEAST REST WHEN THE
PAIN GOT EXCRUCIATINGLY BAD. IN DELIBERATE INDIFF-

ERENCE SHE SUMMARILY DENIED HIM WITH NO PHYSICAL
EXAMINATION, THIS EQUATED A WANTON INFLICTION OF
PAIN WHERE SHE BECAME THE CAUSE BY DENYING HIM
RELIEF.

10.) ON PLAINTIFF'S NEXT APPOINTMENT ON 9/5/07 HE AGAIN
COMPLAINED OF HIS BACK PAIN "HE'D BEEN EXPERIENCING
FOR MONTHS" (SEE DEF'S. MOTION FOR SUMMARY JUDGEMENT
PG. 6 PAR. 1) AND HE INFORMED HER THAT DUE TO THIS
INJURY HE WAS DECLARED DISABLED ON THE STREET.
FINALLY SHE CONDUCTED A PHYSICAL EXAMINATION AND
NOTED IN THE RECORD HE HAD A DECREASED RANGE OF
MOTION AND DECREASED EXTENSION AND FLEXION AND
ASSESSED HIM AS HAVING LOWER BACK PAIN AND
ORDERED AN X-RAY. HOWEVER, SHE AGAIN DENIED HIM
RELIEF FROM THE EXCRUCIATING PAIN HIS FOOD SERVICE
LABORER JOB CAUSED HIM WHERE HE SIMPLY ASKED TO
HAVE A NO-PROLONGED MEDICAL RESTRICTION PASS SO
HE COULD BE ALLOWED TO REST AT WORK. NOTE —
D.O.C. POLICY IS THAT WITHOUT A MEDICAL RESTRICTION
PASS, LABORERS ARE TO MAINTAIN CONTINUOUS LABOR
UNDER THEIR JOB SUPERVISOR'S INSTRUCTION, AND
RESTING WITHOUT PERMISSION OR A PASS TO DO SO
IS CONSIDERED "REFUSAL TO WORK" WHICH CARRIES

A 60-DAY DISCIPLINARY CONFINEMENT AND LOSS OF
GAIN-TIME PENALTY. SHE CALLOUSLY DISREGARDED HIS
SITUATION EVEN THOUGH HER ASSESSMENT WAS OF
CHRONIC LOWER BACK PAIN AT THIS POINT.

11.) PLAINTIFF'S X-RAYS CAME BACK ON 9/10/07 (SEE DEFS.
MOTION FOR SUMMARY JUDGEMENT EXHIBIT-L) THE FINDINGS
WERE: "MILD SCOLIOSIS... DEGENERATIVE DISC DISEASE AND
OSTEOARTHRITIC CHANGE, WHICH IS MODERATELY SEVERE AT
THE LUMBOSACRAL JUNCTION..." PLEASE NOTE THESE
FINDINGS INCLUDE THE WORD "SEVERE." THIS WORD USED
TO DESCRIBE HIS BACK PROBLEM ALSO CORRESPONDINGLY
WOULD BE USED TO DESCRIBE THE PAIN ASSOCIATED
WITH THE CONDITION - "SEVERE." HAVING IGNORED
HIS MEDICAL RECORDS INDICATING HIS BACK PROBLEM
AND HIS REPEATED COMPLAINTS OF PAIN, SHE FINALLY
ISSUED HIM A NO PROLONGED STANDING PASS AND NO
LIFTING OVER 15 LBS PASS. HOWEVER, THIS DOES NOT
EXCUSE THE MONTHS OF PAIN HE HAD TO ENDURE
DUE TO HER PRIOR REFUSALS TO ISSUE THESE
PASSES, EXAMINE HIM, TAKE HEED TO THE RECORD
INDICATING HIS PROBLEM, OR REFERRING HIM TO AN
M.D. - ANY OF WHICH COULD HAVE RESULTED IN A
RELIEF TO HIS PAIN.

(11)

12.) HAD DR. CHERRY (WHO ADMITTEDLY HAD OVERSIGHT RESPONSIBILITY OF PLAINTIFF'S CARE) REVIEWED PLAINTIFF'S CHART, HE WOULD HAVE SEEN THAT PLAINTIFF'S RECORD INDICATED HE HAS A HISTORY OF BACK PROBLEMS AND THAT HE WAS COMPLAINING OF BACK PAIN AND HIS JOB AGGRAVATING HIS BACK AND THAT HE WAS SEEKING RELIEF FROM THIS PAIN VIA PASSES THAT WOULD ALLOW HIM TO AVOID PROBLEMS AND ACTIVITY CAUSING THE PAIN. DR. CHERRY, AS AN M.D. MAY HAVE ACTED LESS CALLOUSLY AND GIVEN PLAINTIFF SUCH PASSES PROMPTLY AND WITHOUT THE MONTH'S LONG DELAYS THAT ARNP MACDONALD IMPOSED ON PLAINTIFF. HOWEVER, DR. CHERRY WAS DELIBERATELY INDIFFERENT TO THE PLAINTIFF'S CARE BY FAILING TO REVIEW HIS CHART OR, IF HE DID, THEN HE WAS DELIBERATELY INDIFFERENT BY AGREEING TO AND SANCTIONING ARNP MACDONALD'S DELIBERATELY INDIFFERENT TREATMENT.

13.) REGARDING PLAINTIFF'S HEART TREATMENT, DR. CHERRY AGAIN WAS DELIBERATELY INDIFFERENT TO PLAINTIFF'S CARE BY EITHER FAILING TO REVIEW PLAINTIFF'S CHART, OR BY FAILING TO FOLLOW THE CARDIOLOGISTS PRESCRIPTIONS. THIS IS APPARENT BY THE PLAINTIFF'S MEDICAL RECORDS.

(12)

14.) ON 2/7/08 PLAINTIFF SAW THE CARDIOLOGIST (DR. OLIFF) AT RMC (SEE EXHIBIT-7). AT EXHIBIT-7ᴬ DR. OLIFF WROTE " REMARKABLY, HE (PLAINTIFF) IS NOT ON A STATIN, WHICH IS THE ONLY EFFECTIVE LONG-TERM TREATMENT OF CORONARY ARTERY DISEASE." AT THIS TIME THE PLAINTIFF HAD BEEN UNDER THE CARE OF DR. CHERRY AND ARNP MACDONALD FOR APPROXIMATELY 7 MONTHS (SINCE 7/24/07 SEE DEF'S MOTION FOR SUMMARY JUDGEMENT EXHIBIT-B). A MEDICAL DOCTOR (M.D.) WOULD HAVE KNOWN PLAINTIFF NEEDED A STATIN, BUT PLAINTIFF WHILE UNDER DR. CHERRY'S INDIFFERENT CARE WAS ONLY SEEN BY AN ARNP (MACDONALD) WHO FAILED TO PRESCRIBE HIM "THE ONLY EFFECTIVE" TREATMENT HE NEEDED — A STATIN. HAD DR. CHERRY REVIEWED PLAINTIFF'S RECORD HE WOULD HAVE SEEN PLAINTIFF WAS NOT TAKING A STATIN. HE WAS EITHER DELIBERATELY INDIFFERENT BY NOT REVIEWING PLAINTIFF'S RECORD, OR BY REVIEWING IT AND NOT MAKING SURE PLAINTIFF RECEIVED SUCH "ONLY EFFECTIVE" TREATMENT/MEDICATION FOR CORONARY ARTERY DISEASE. DR. OLIFF ORDERED PLAINTIFF RECEIVE CRESTOR (THE STATIN) ON 2/7/08 (SEE EXHIBIT-7ᴮ). HE ALSO ORDERED A FASTING LIPID

(13)

AND LIVER PROFILE BLOOD TEST BE TAKEN IN 6 WEEKS.
(SEE EXHIBIT-7ᶜ). PLAINTIFF'S RECORDS DO NOT
INDICATE HE RECEIVED THAT BLOOD TEST TILL 5/12/08
(APPROXIMATELY 12 WEEKS LATER) AT EXHIBIT-7ᶜ DR.
OLIFF STATED " HE (PLAINTIFF) MUST BE MAINTAINED ON
TREATMENT WITH STATINS TO LOWER HIS LDL TO 70.
UNLESS HE CANNOT TAKE THEM." AT THE TIME
HIS LDL WAS 134 (SEE EXHIBIT-7B).

15.) ON 4/17/08 PLAINTIFF HAD A NUCLEAR STRESS TEST
DONE AT RMC (SEE EXHIBIT-8). SUCH TEST
REVEALED PLAINTIFF'S L.V.E.F. WAS 34%. THE
L.V.E.F. IS THE "LEFT VENTRICLE EJECTION FRACTION "
WHICH IS ESSENTIALLY BACKWASH OF BLOOD THAT
FLOWS BACK INTO THE HEART AFTER IT PUMPS.
THIS IS CAUSED BY THE HEART TRYING TO PUSH
(PUMP) BLOOD THROUGH CLOGGED ARTERIES. THE MORE
CLOGGED THE ARTERY, THE LESS BLOOD IS ABLE
TO BE PUMPED THROUGH AND THE MORE BACK-
WASH (OR L.V.E.F.) GOES BACK INTO THE HEART.
THE STATIN DRUG CRESTOR (AS DR. OLIFF STATED)
IS THE ONLY EFFECTIVE FOR CORONARY ARTERY
DISEASE (WHICH IS CLOGGED ARTERIES).

16.) ON 7/1/08 PLAINTIFF SAW DR. OLIFF AGAIN.
(SEE EXHIBIT-9). PLAINTIFF'S LDL WAS 136 AND
DR. OLIFF ASKS IN THE REPORT "? IF TAKING HIS
STATIN CRESTOR" AND ORDERS IT RAISED TO 40 MG
AND SPECIFICALLY STATES "BE SURE PATIENT TAKES
CRESTOR 40 MG" AND HE ORDERED ANOTHER LIPID
AND LIVER PROFILE IN 6 WEEKS.

17.) ON 10/6/08 PLAINTIFF HAD A DOPPLER ECHO-
CARDIOGRAM DONE (SEE EXHIBIT-10). THIS TEST
REVEALED HIS L.V.E.F. HAD GONE FROM 34%
SIX MONTHS EARLIER TO 50% — A 16% INCREASE
IN BACKFLOW INDICATING HIS ARTERIES WERE
16% MORE CLOGGED.

18.) ON 9/25/08 PLAINTIFF WAS SEEN AT THE A.C.I.
CHRONIC ILLNESS CLINIC BY ARN.P. PARKER (SEE EXHIBIT-11)
HIS CURRENT MEDICATIONS ARE LISTED AND IT IS
APPARANT HE WAS STILL NOT TAKING THE STATIN
CRESTOR WHICH DR. OLIFF STATED HE MUST BE
MAINTAINED ON.

19.) ON 11/14/08 PLAINTIFF SAW DR. OLIFF AGAIN
(SEE EXHIBIT-12). DR. OLIFF NOTED " 40 MG

CRESTOR WAS STOPPED AND SWITCHED TO MERVACOR 60MG ON 9/15/08 ? WHY? THEN MERVACOR LOWERED TO 20MG ON 10/28/08 ? WHY? " HE FURTHER NOTES " I DON'T KNOW WHY HE WAS SWITCHED FROM CRESTOR TO MERVACOR AND THIS LOWERED TO MERVACOR 20MG." IT'S APPARANT DR. OLIFF IS FRUSTRATED BY HIS PRESCRIBED TREATMENT NOT BEING FOLLOWED. HE FURTHER NOTES: " DISCONTINUE MERVACOR AND START PREVACHOL 40MG." (PREVACHOL IS ANOTHER STATIN).

ON 1/20/09 PLAINTIFF WAS AGAIN SEEN IN THE ACI CHRONIC ILLNESS CLINIC BY ARNP. PARKER. (SEE EXHIBIT-13) THIS INDICATES HE WAS TAKING PREVACHOL. HOWEVER, ON 3/14/09 WHEN PLAINTIFF SAW DR. OLIFF AGAIN DR. OLIFF NOTED (SEE EXHIBIT-14) " LOPID 600MG WAS ORDERED (SEE EXHIBIT-12) BUT INMATE SAYS HE IS NOT ON IT." HE FURTHER WROTE " RESTART LOPID 500MG" AND " INCREASE PREVACHOL TO 80MG." AT THIS TIME PLAINTIFF'S LDL WAS 116. INDICATIVE HE STILL HAD NOT BEEN RECEIVING A STATIN.

20.) EXHIBIT-15, PLAINTIFF'S 9/14/09 CHRONIC ILLNESS CLINIC AT ACI. WHERE HE SAW ARNP PARKER LISTS



PLAINTIFF'S CURRENT MEDICATIONS, AND IT IS CLEAR HE STILL WAS NOT RECEIVING THE STATIN/PREVACHOL AS ORDERED BY DR. OLIFF.

21.) DR. CHERRY, AS C.H.O. AND RESPONSIBLE FOR THE CARE OF PLAINTIFF WHILE HE WAS AN INMATE AT ACI. WAS DELIBERATELY INDIFFERENT TO PLAINTIFF'S SERIOUS MEDICAL NEEDS BY NOT FOLLOWING DR. OLIFF'S TREATMENT ORDERS WHILE IT WAS DR. CHERRY WHO ULTIMATELY APPROVED PLAINTIFF BE SENT TO DR. OLIFF FOR TREATMENT (SEE EXHIBITS 16 CONSULTATION REQUESTS APPROVED BY DR. CHERRY)

22.) DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT AT PAGE 19, PAR. 2 STATES " ON JAN 3, 2008, DR. CHERRY ORDERED AN ECHOCARDIOGRAM WHICH WAS COMPLETED ON FEB. 2008. THE CARDIOLOGIST (DR. OLIFF) AT RMC NOTED AS HIS ASSESSMENT: 1.) CORONARY ARTERY DISEASE WITH CHEST PAIN; 2.) EKG SUGGESTS OLD INFERIOR INFRACTION. 3.) HE MUST BE MAINTAINED ON TREATMENT WITH STATINS UNLESS HE CANNOT TAKE THEM." THERE IS NO INDICATION IN PLAINTIFF'S MEDICAL RECORDS THAT HE COULD NOT TAKE STATINS, YET HE WAS NOT PRESCRIBED OR PROVIDED THEM AS ORDERED BY DR. OLIFF. THE AFFIDAVITS BY BOTH DR. CHERRY AND ARNP MACDONALD

(17)

LIST ALL THE VARIOUS MEDICATIONS PLAINTIFF WAS
PRESCRIBED, AND THE EVEN NOTE DR. OLIFF'S ORDERS
REGARDING STATINS (CRESTOR) BUT THEY DO NOT
LIST THAT PLAINTIFF EVER RECEIVED THEM.
AT PG. 20, PAR 2 OF DEFENDANT'S MOTION FOR SUMMARY
JUDGEMENT, THEY STATE "HIERRO WAS MAINTAINED
ON MANY MEDICATIONS FOR THE TREATMENT OF HIS
HEART CONDITION THROUGHOUT DR. CHERRY'S TENURE
AND THROUGHOUT THE TREATMENT PROVIDED BY
NURSE MACDONALD. ALTHOUGH, HIERRO CLAIMS
DEFENDANT'S FAILURE TO PRESCRIBE HIS PREFERRED
MEDICATIONS WHICH CAUSED HIM TO HAVE SUFFER
ADDITIONAL HEART ATTACKS, THE RECORDS DO NOT
SUPPORT HIS ALLEGATION." THE RECORDS SHOW THAT
STATINS ARE THE ONLY EFFECTIVE TREATMENT
FOR PLAINTIFF'S CONDITION; THAT HE WAS ORDERED
THEM, BUT NO INDICATION HE RECEIVED THEM.
THERE IS AN INDICATION THAT HE SUFFERRED
ACUTE CHEST PAIN ON NUMEROUS OCCASIONS
WHERE HE WAS TREATED BOTH AT OUTSIDE
HOSPITALS AND THE A.C.I. E.R. & HOSPITALIZED.
PLAINTIFF'S CONTENTION IS THESE EPISODES WERE

HEART ATTACKS. THE RECORDS ALSO INDICATE THAT PLAINTIFF'S LEFT VENTRICLE EJECTION FRACTION WORSENED BY 16% DURING THIS PERIOD OF NOT RECEIVING HIS NEEDED MEDICATION (STATINS).

23.) THIS IS <u>NOT</u> A MATTER OF DIFFERENCE IN MEDICAL OPINION, BUT A MATTER OF DELIBERATE INDIFFERENCE WHERE THE CARDIOLOGISTS ORDERED TREATMENT WAS NOT FOLLOWED. IT IS NOT A MATTER WHAT TREATMENT PLAINTIFF "BELIEVES" HE SHOULD HAVE RECEIVED, BUT A MATTER OF WHAT TREATMENT WAS THE EFFECTIVE TREATMENT THAT WAS PRESCRIBED THAT HE DID NOT RECEIVE. THE RESULTS OF THIS WAS BOTH PAINFUL AND DETRIMENTAL TO HIS HEALTH.

## MEMORANDUM OF LAW

THE EIGHTH AMENDMENT OF THE CONSTITUTION PROTECTS PRISONERS FROM CRUEL AND UNUSUAL PUNISHMENT. THE U.S. SUPREME COURT HAS DECIDED THAT FAILING TO PROVIDE ADEQUATE MEDICAL CARE TO PRISONERS VIOLATES THIS AMENDMENT. <u>ESTELLE V. GAMBLE</u>,

429 U.S. 97, 104, 97 S.ct 285, 291, 50 L. Ed 2d 251, 260 (1976). THE COURT EXPLAINED IN ESTELLE v. GAMBLE THAT "DELIBERATE INDIFFERENCE" — PURPOSELY IGNORING THE SERIOUS MEDICAL NEEDS OF PRISONERS — AMOUNTS TO "CRUEL AND UNUSUAL PUNISHMENT" FORBIDDEN BY THE 8TH AMENDMENT. SINCE DECIDING ESTELLE, THE COURTS HAVE TRIED TO CLARIFY THE TYPES OF BEHAVIOR THAT COUNTS AS "DELIBERATE INDIFFERENCE". FOR INSTANCE, BERRY v. CITY OF MUSKOGEE, 900 F2d 1489, 1495-96 (10TH CIR. 1990) HELD THAT DELIBERATE INDIFFERENCE REQUIRES MORE THAN NEGLIGENCE, BUT LESS THAN INTENTIONAL AND MALICIOUS INFLICTION OF INJURY. RECENT COURT CASES INDICATE TWO GUIDELINES TO PROVE DELIBERATE INDIFFERENCE: THE OBJECTIVE STANDARD (A SHOWING THAT THE INJURY BEING TREATED FOR WAS SUFFICIENTLY SERIOUS) AND THE SUBJECTIVE STANDARD (A SHOWING THAT THE DEFENDANT KNEW OF AND DISREGARDED A RISK). FARMER v. BRENNAN, 511 U.S. 825, 837, 114 S.CT. 1970, 1979, 128 L.ED. 2d 811, 825 (1994).

DEFENDANTS ADMIT THAT PLAINTIFF'S MEDICAL CONDITION IS SERIOUS, SO THE OBJECTIVE

STANDARD IN THIS CASE IS MET. ONLY THE SUB-
JECTIVE STANDARD IS AT QUESTION. THE COURTS
HAVE FOUND THAT THE FOLLOWING SITUATIONS
MEET THE SUBJECTIVE STANDARD: A.) IGNORING
OBVIOUS CONDITIONS; B.) FAILURE TO PROVIDE TREATMENT
FOR DIAGNOSED CONDITIONS; C.) FAILING TO INVESTIGATE
ENOUGH TO MAKE AN INFORMED JUDGEMENT; D.)
DELAY IN TREATMENT; E.) INTERFERENCE WITH
ACCESS TO TREATMENT; F.) MAKING MEDICAL DECISIONS
BASED ON NON-MEDICAL FACTORS; AND G.) MEDICAL
JUDGEMENT SO BAD IT'S NOT MEDICAL.

PLAINTIFF ASSERTS DEFENDANT MACDONALD
IGNORED HIS OBVIOUS BACK CONDITION OF WHICH
HIS MEDICAL RECORDS BOTH FROM THE COUNTY JAIL
AND RMC STATED HE SUFFERED FROM AND
IN DELIBERATE INDIFFERENCE SHE DENIED HIM
A MEDICAL PASS THAT WOULD HAVE GIVEN
HIM RELIEF FROM PAIN WHILE WORKING AS
A FOOD SERVICE LABORER (WHERE CONSIDERING
HIS MEDICAL CONDITION HE SHOULD NOT HAVE
BEEN DOING TO BEGIN WITH). DEFENDANTS
CLAIM THAT THEY DO NOT DETERMINE AN

INMATES' JOB ASSIGNMENT, BUT THE FACT IS THE ISSUANCE OF MEDICAL RESTRICTION PASSES IS A DETERMINING FACTOR WHEN THE INMATE CLASSIFICATION TEAM ASSIGNS AN INMATE A JOB. FAILING TO ISSUE PLAINTIFF A WORK RESTRICTION PASS CAUSED PLAINTIFF TO BE ASSIGNED AN INAPPROPRIATE JOB FOR HIS MEDICAL CONDITIONS. SUCH DENIAL RESULTED IN AN UNNECESSARY AND WANTON INFLICTION OF PAIN TO PLAINTIFF. MCELLIGOTT V. FOLEY, 182 F.3d 1248, 1252, 1256-57 (11TH CIR. 1999) HELD THAT "FAILURE TO INQUIRE INTO, AND TREAT PLAINTIFF'S SEVERE PAIN, AND REPEATED DELAYS IN DOCTOR'S SEEING THE PATIENT, COULD BE DELIBERATE INDIFFERENCE."

ON 8/23/07 PLAINTIFF WAS SEEN BY DEF. MACDONALD FOR A FOLLOW-UP ON HIS COMPLAINTS OF BACK PAIN. HE'D ALREADY MADE NUMEROUS COMPLAINTS THAT WERE IGNORED. THE PAIN HAD GOTTEN SO BAD HE WAS SPECIFICALLY ASKING FOR A "PASS" ON THIS DAY THAT WOULD RELIEVE PAIN BY ALLOWING

HIM TO REST AT WORK. DESPITE PLAINTIFF'S MEDICAL RECORDS INDICATING HE HAD A HISTORY OF BACK INJURY AND HIS REPEATED COMPLAINTS, DEF. MACDONALD DENIED HIM THIS PASS ON THIS DAY WHICH CAUSED HIM TO CONTINUE TO SUFFER PAIN. IN <u>MANDEL V. DOE</u>, 888 F.2d 783, 789-90 (11TH CIR. 1989) THE COURT AWARDED DAMAGES WHERE A PHYSICIAN'S ASSISTANT FAILED TO DIAGNOSE A BROKEN HIP, REFUSED TO ORDER AN X-RAY, AND PREVENTED THE PRISONER FROM SEEING A DOCTOR) ALTHOUGH PLAINTIFF DID NOT SUFFER FROM A BROKEN HIP, HE DID SUFFER FROM SCOLIOSIS, DEGENERATIVE DISC DISEASE AND OSTEOARTHRITIC CHANGE THAT WAS MODERATELY SEVERE AT THE LUMBOSACRAL JUNCTION (CAUSING SEVERE PAIN) AND NURSE MACDONALD FAILED TO DIAGNOSE HIM THIS DAY (WHICH WAS A "FOLLOW UP" MEANING SHE'D FAILED TO DIAGNOSE HIM PREVIOUSLY) AND THIS DAY SHE NEITHER ORDERED X-RAYS OR REFERRED HIM TO THE DOCTOR.

(23)

WHEN PLAINTIFF WAS SEEN AGAIN ON 9/5/07 DEF. MACDONALD FINALLY EXAMINED HIM AND ORDERED X-RAYS. NEVERTHELESS THERE WAS A PERIOD OF SIGNIFICANT DELAY WHERE HIS COMPLAINTS WERE IGNORED AND HE WAS NOT ISSUED A PASS FOR RELIEF OF PAIN AND A RESULTING APPROPRIATE JOB ASSIGNMENT. KIKUMURA V. OSAGIE, 461 F.3d 1269, 1278, 1280 (10TH CIR. 2006) HELD THAT DELAY MUST BE SHOWN TO HAVE CAUSED SUBSTANTIAL HARM, INCLUDING PAIN SUFFERRED WHILE AWAITING TREATMENT. TWO TO THREE AND A HALF HOURS DELAY IN TREATING PAINFUL CONDITION STATED A CLAIM. PLAINTIFF SUFFERED WEEKS OF PAINFUL DELAY WHILE WORKING 8 HOUR DAYS AS A LABORER. IN FARROW V. WEST 320 F.3d 1235, 1247-48 (11TH CIR. 2003) THE COURT HELD THAT EVEN A DELAY IN PROVIDING DENTURES THAT CAUSED PAIN RAISED A JURY QUESTION OF DELIBERATE INDIFFERENCE.

PLAINTIFF ALSO ASSERTS THAT DEF. MACDONALD WAS DELIBERATELY INDIFFERENT TO HIM WHEN SHE FAILED TO REFER HIM TO DR. CHERRY WHEN

HE HAD TO GO TO THE PRISON E.R. FOR CHEST PAIN AND WAS PLACED IN THE PRISON'S INFIRMARY OVERNIGHT FOR SAME. <u>MATA V. SAIZ</u>, 427 F.3d 745, 756 (10TH CIR. 2005) HELD THAT NURSE'S FAILURE TO PERFORM "GATEKEEPER" ROLE BY REFERRING PATIENT TO PRACTIONER FOR SYMPTOMS OF CARDIAC EMERGENCY COULD BE DELIBERATELY INDIFFERENT. HAD PLAINTIFF SEEN DR. CHERRY HE MAY HAVE BEEN PRESCRIBED CRESTOR, THE ONLY EFFECTIVE LONG TERM TREATMENT OF CORONARY ATORY DISEASE.

PLAINTIFF ASSERTS THAT DR. CHERRY'S REFUSAL TO TREAT PLAINTIFF AND/OR ENSURE PLAINTIFF RECEIVED THE PROPER MEDICATION THE CARDIOLOGIST ORDERED FOR HIM WAS DELIBERATE INDIFFERENCE. THERE ARE MANY CASES THAT SUPPORT A FINDING THAT REFUSAL TO PROVIDE A PRESCRIBED MEDICATION IS DELIBERATE INDIFFERENCE. SEE <u>JOHNSON U. WRIGHT</u>, 412 F.3d 398, 406 (2d CIR. 2005), <u>GILL U. MOONEY</u>, 824 F.2d 192, 196 (2nd CIR. 1987), <u>STEELE V. SHAH</u>, 87 F.3d 1266, 1270 (11TH CIR. 1996); <u>ESTELLE U. GAMBLE</u>, 429 U.S. 97, 104-05, 97 S.CT. 285,

291, SO L.ED. 2d 251, 260-61.

WHEREFORE, PLAINTIFF PRAYS THIS COURT WILL
RECOGNIZE THERE IS A GENUINE ISSUE OF
DISPUTED FACT THAT SHOULD BE DECIDED BY
A JURY IN THIS CASE, AND THAT DEFENDANTS
MOTION FOR SUMMARY JUDGEMENT SHOULD NOT
BE GRANTED, BUT THE MATTER SHOULD BE
SCHEDULED FOR TRIAL AND/OR SETTLEMENT
CONFERENCE.

RESPECTFULLY SUBMITTED,

X Manuel Hierro                    DATED: 3-15-10
MANUEL HIERRO

CERTIFICATE OF SERVICE

I MANUEL HIERRO HAVE THIS 16- DAY OF MARCH, 2010
MAILED AN EXACT COPY OF THIS OPPOSISTION TO
THE ATTORNEY'S FOR DEFENDANTS.

X
MANUEL HIERRO # X23875
52 W. UNIT DR.
SNEADS, FL. 32460

US DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MANUEL HIERRO,

    PLAINTIFF,

VS.

CELESTE MACDONALD, ET AL,

    DEFENDANTS.

CASE NO. 5:09-CV-68

RS-AK

Rec'd 032210UsDcFln1PM1220

## AFFIDAVIT OF MANUEL HIERRO

I MANUAL HIERRO, BEING DULY SWORN, MAKES THIS
AFFIDAVIT UNDER PENALTIES OF PERJURY AND DECLARES
THE FOLLOWING TO BE TRUE:

1.) I REPEATEDLY COMPLAINED TO MEDICAL STAFF AT RMC
AND ACI ABOUT MY BACK PAIN BUT NOBODY PERFORMED
ANY EXAMINATION OF MY BACK UNTIL 9/5/07.

2.) I WAS FORCED TO WORK AS A LABORER DESPITE
MY COMPLAINTS OF PAIN UNTIL I WAS FINALLY ISSUED
A MEDICAL RESTRICTION PASS ON 9/10/07, AND AFTER
THAT WAS STILL FORCED TO WORK AS A LABORER.

Filed0318'10UsDcFln5AM0957

(1)

PROVIDED TO APALACHEE CORRECTIONAL
INSTITUTION ON 3-16-10 FOR MAILING
DATE

3.) AT NO TIME DID I EVER SEE DR. CHERRY DESPITE MY REPEATED REQUESTS TO SEE HIM.

4.) I DID NOT RECEIVE CRESTOR AS DR. OLITF ORDERED WHEN HE ORDERED IT.

5.) MY CHEST PAIN HAS WORSENED AND MY LVEF HAS GOTTEN WORSE AND I BELIEVE THIS IS DUE TO NOT RECEIVING THE STATIN THAT WAS ORDERED BY THE CARDIOLOGIST.

6.) THE BACK PAIN I SUFFERED AS A RESULT OF NOT RECEIVING A MEDICAL RESTRICTION PASS WAS EXCRUCIATING.

7.) I HAVE ATTEMPTED TO OBTAIN ADEQUATE MEDICAL TREATMENT BY VERBALLY REQUESTING IT, WRITING REQUESTS, AND WRITING GRIEVANCE COMPLAINTS ALL TO NO AVAIL.

RESPECTFULLY SUBMITTED,

X Manuel

MANUEL HIERRO X 23875        DATED: 3-15-10

ACI WEST

52 W. UNIT DR.

SNEADS, FL. 32460

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

MANUEL HIERRO,

    Plaintiff,

v.

Case No.: 5:09-CV-68 –RS/AK

CELESTE MACDONALD et al.,

    Defendants.

_____/

## DEFENDANT MACDONALD'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

**Interrogatory No. 1:** Are you a physician?

**Answer:** *No.*

**Interrogatory No. 2:** Why at Exhibit F-1 of Defendant's Motion for Summary Judgment is your name signed over the "Name of Physician Notified" section?

**Answer:** *As the Advanced Registered Nurse Practitioner I was notified this Chest Pain assessment and am qualified to sign in the Physician Notified section.*

**Interrogatory No.3:** Who was the M.D. who ordered the NTG 1/150 SL (ref. Exhibit F-1)

**Answer:** *Defendant Objects to Interrogatory No. 3 in that in requests information from this Defendant that is not relevant to the allegations against her. Upon your arrival to ACI, NTG-150-SL was already prescribed to you and was listed as one of your current medications.*

**Interrogatory No. 4:** Are you authorized by the State of Florida to prescribe medication? If so, what schedules?

**Answer:** *As part of my duties I can prescribe medications except for Schedule I or Schedule II medications.*

**Interrogatory No. 5:** Was any M.D. notified on 8/9/07 when the Plaintiff was hospitalized at A.C.I. for chest pain?

1

Rec'd 03/22*10 Us DcF InfPM 1:21

EXHIBIT-1
22-2010  15:40

Rec'd 0318*10 UsDcF In5PM0958

98%                P.02

**Interrogatory No. 13:** On 8/23/07 did you examine Plaintiff's back for range of motion, etc. when he complained of back pain and requested a no prolonged standing pass?

**Answer:** Yes. *I denied your request based on my assessment and determined that there was no visible need for the pass at that time. On September 5, 2007, you were seen in the Clinic for your lab results and you complained of lower back pain. You received an Xray of your Lumbar Spine. On September 13, 2007, you returned to the Doctor's Clinic for your X-Ray results. I issued you the following restrictive passes: a no prolonged standing greater than twenty minutes, no lifting over 15lbs, no sports, no shave and a lower bunk pass.*

**Interrogatory No. 14:** If not, why?

**Answer:** *See response to Interrogatory No. 13.*

**Interrogatory No. 15:** If so, why is it not noted in the chronological record of health care?

**Answer:** *I noted that all systems were stable meaning there was no variation of anything not within normal limits.*

**Interrogatory No. 16:** Defendant's Motion states at pg. 6 par. 1 that on September 5, 2007 that Nurse MacDonald examined Plaintiff, but on pg. 22 par. 2 it says Nurse Cowherd did (which nurse was it that performed the actual examination)?

**Answer:** *I performed that evaluation and Nurse Cowherd noted my evaluation.*

**Interrogatory No. 17:** Who is the "Doctor" that inmates see at a "Doctor's Clinic"?

**Answer:** *The name of the Clinic does not indicate that every inmate is seen by a Doctor in the Clinic. Nurse Practitioners and Physician Assistants see inmates in the Doctors Clinic on a daily basis.*

**Interrogatory No. 18:** Why did you leave A.C.I. to work at Franklin C.I.?

**Answer:** *I transferred to Franklin CI for professional opportunities.*

**Interrogatory No. 19:** What medical doctor did Plaintiff get treated by at A.C.I. for his serious medical needs? (i.e. heart, back and HIV)

**Answer:** *Plaintiff received extensive treatment for his medical conditions while assigned to ACI. Plaintiff was seen by myself, a Nurse Practitioner, Mental Health staff, Senior Registered Nurses, Senior Licensed Practical Nurses, Health Technicians, Heart Surgeon at R.M.C. and received consultations and drug exception requests approved by the CHO.*

3

**Interrogatory No. 20:** At page 3 of your affidavit, par. 14 it states you prescribed 325 mg of ASA. What is ASA and for what purpose was this administered to Plaintiff?

**Answer:** *Aspirin used to treat pain, fever, inflammation, and blood clots.*

**Interrogatory No. 21:** Why was Plaintiff released from the infirmary and no further treatment provided on 8/10/07 when he stated his chest pain "comes and goes" still?

**Answer:** *I ordered an EKG for the Plaintiff on 8/09/07. The EKG results were the same as Plaintiff's previous EKG. Plaintiff was monitored on several occasions on 8/10/07, prior to his release from the infirmary. Plaintiff was not in acute distress, and his record was appropriately noted with instructions to continue to monitor. On August 23, 2007, Plaintiff was seen for a follow-up appointment where he denied any chest pain.*

**Interrogatory No. 22:** What is peripheral neuropathy?

**Answer:** *Peripheral Neuropathy is the term for damage to the nerves to the peripheral nervous system which may be caused by diseases to the nerve or from side effects of systemic illness.*

**Interrogatory No. 23:** On pg. 9 of your affidavit at par. 36 you state "...I did not have a duty to ensure that the Plaintiff was seen by the C.H.O." Is this to state that you never have a duty to refer an inmate to the M.D./C.H.O. for treatment of serious medical needs?

**Answer:** *No.*

**Interrogatory No. 24:** Under what circumstances would an inmate see the CHO and/or institution's M.D.?

**Answer:** *Defendant objects to Interrogatory No. 24 in part in that it requests Defendant to list each and every medical situation that would require an evaluation by the MD. There is no particular list. However, there are many different circumstances based on a case by case basis that may prompt a visit by the CHO and or MD.*

**Interrogatory No. 25:** In your professional opinion, does Plaintiff have serious medical needs?

**Answer:** *Yes*

**Interrogatory No. 26:** In your professional opinion, would Plaintiff's back problems as noted at Exhibit L (mild scoliosis, degenerative disc disease and osteoarthritic change, which is moderately severe at the lumbosacral junction) be painful where manual labor is required?

4

**Answer:** *Objection to Interrogatory No. 26 in that this request exceeds the number of Interrogatories permitted to be served on another party pursuant to Rule 33, Federal Rules of Civil Procedure.*

State of Florida
County of ___Leon___

The foregoing answers were acknowledged before me this ___22nd___ day of February 2010, by Celeste MacDonald, being first duly sworn, deposes and says, that these answers to the interrogatories are true and correct to the best of her knowledge, information and belief.

_____
A.R.N.P. Celeste MacDonald
Affiant

_____
(Signature of Notary Public)

_____
Print, type, or stamp commissioned name of notary public

Personally Known __✓__ or Produced Identification _____ (check one)



MINDY D. KELLEY
MY COMMISSION # DD 821301
EXPIRES: September 11, 2013
Bonded Thru Budget Notary Services

_____
Type of Identification Produced

_____
Shelly L. Marks
Attorney for Defendant
(signing as to objections)

___2/22/2010___
Date

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

hand-delivery and U.S. Mail to: Manuel Hierro, DC#X23875, Apalachee Correctional

Institution, 52 West Unit Dr., Sneads, FL 32460, on this _22_ day of February, 2010.

Shelly L. Marks

6

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**MANUEL HIERRO,**

    **Plaintiff,**

**v.**                        **Case No.: 5:09-CV-68-RS/AK**

**CELESTE MACDONALD et al.,**
    **Defendants.**
_____/

## DEFENDANT CHERRY'S RESPONSE TO
## PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

Defendant, Dr. Daniel Cherry, by and through undersigned counsel hereby responds to

Plaintiff's First Request for Admissions as follows:

**Request No. 1:** Admit you were the C.H.O. at A.C.I. during the relevant times of this action and that you were charged with the care overall of all inmates at A.C.I. (including Plaintiff) during this time.

**Answer:** *Admit.*

**Request No. 2:** Admit that you never once saw or treated Plaintiff personally.

**Answer:** *Admit.*

**Request No. 3:** Admit you never reviewed Plaintiff's chronological record of health care.

**Answer:** *Deny.*

**Request No. 4:** Admit that Plaintiff suffers serious medical conditions and is in need of chronic care.

**Answer:** *Admit.*

**Request No. 5:** Admit that on 8/9/07 Plaintiff was emergently seen in medical at A.C.I. for chest pains, was administered 325 mg of ASA, and was kept overnight in the infirmary.

1

$1817-2$

**Answer:** *Admit that Plaintiff was admitted to the infirmary on 8/9/07 for chest pains and was prescribed 325mg of ASA. Plaintiff was released from the infirmary the next day.*

**Request No. 6:** Admit that you were notified regarding this event on 8/9/07, or shortly thereafter, or that you were not notified of such.

**Answer:** *I do not recall whether I was notified on this particular medical incident, therefore denied.*

**Request No. 7:** Admit that when Plaintiff first arrived at A.C.I. from Holmes C.I. he had just endured a chest pain incident where he was taken to an outside hospital E.R. for treatment.

**Answer:** *Admit that Plaintiff's medical records reveal that on July 19, 2007, Plaintiff was transported to the Emergency Room for chest pains.*

Respectfully submitted,

**BILL McCOLLUM**
ATTORNEY GENERAL

Shelly L. Marks
Assistant Attorney General
Florida Bar No.: 0676063
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
shelly.marks@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to:

Manuel Hierro, DC#X23875, Apalachee Correctional Institution, 52 West Unit Dr., Sneads, FL

32460, on this __22__ day of February, 2010.

Shelly L. Marks

2

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**MANUEL HIERRO,**

　　　**Plaintiff,**

**v.**　　　　　　　　　　　**Case No.: 5:09-CV-68-RS/AK**

**CELESTE MACDONALD et al.,.**

　　　**Defendants.**

_____ ___ /

### DEFENDANT CHERRY'S ANSWERS TO PLAINTIFF'S
### FIRST SET OF INTERROGATORIES

**Interrogatory No. 1:** Why did you leave D.O.C. employ to work at the private prison Bay C.I.?

**Answer:** *I left the Department of Corrections to pursue professional opportunities.*

**Interrogatory No. 2:** How many lawsuits have you been named a Defendant in while you were a doctor for the D.O.C.?

**Answer:** *Defendant objects to Interrogatory No. 1., in that it asks for information that is not relevant to the controversy between the Plaintiff and the Defendant. A number indicating how many lawsuits Defendant was named in while employed with the Department will not lead to admissible evidence in this case.*

**Interrogatory No.3:** How many of these suits resulted in a trial?

**Answer:** *Defendant objects to Interrogatory No. 3., in that it asks for information that is not relevant to the controversy between the Plaintiff and the Defendant. How many times the Defendant has been to trial in other controversies will not lead to admissible evidence in this case.*

**Interrogatory No. 4:** How many of the suits resulting in a trial were found in favor of the Plaintiff?

**Answer:** *Defendant objects to Interrogatory No. 4., in that it asks for information that is not relevant to the controversy between the Plaintiff and the Defendant. Favorable or*

1

*non-favorable trial results in cases that in no way relate to the Plaintiff will not lead to admissible evidence in this case.*

**Interrogatory No. 5:** How many of the suits resulted in an out of court settlement?

**Answer:** *See Answers to Interrogatories, No.(s) 2, 3, & 4.*

**Interrogatory No. 6:** How many of the suits were for deliberate indifference to medical needs?

**Answer:** *See Answers to Interrogatories, No.(s) 2, 3, & 4.*

**Interrogatory No. 7:** How many of the deliberate indifference suits were settled and/or found in favor of the Plaintiff at trial?

**Answer:** *See Answers to Interrogatories, No.(s) 2, 3, & 4.*

**Interrogatory No. 8:** You stated in your 12/15/09 affidavit "as the C.H.O. I did not have a duty to provide a physical examination of every inmate or of the plaintiff." (see pg. 10, par. 35). What exactly were your duties as the C.H.O.?

**Answer:** *My duties as the CHO include the following: Please also see the response to your Second Request for Production, Request No. 1.*

Performs examinations. Makes medical diagnoses and prescribes medications and/or treatment on a routine and emergency basis.
Reviews all areas of the institution to ensure a safe and healthy environment, coordinates the correction of any deficiencies with the Warden, local county health facilities, and health services as needed.
Investigates cases of contagious disease and takes necessary action to ensure the disease is isolated.
Provides consultative services to other Health Services staff. Coordinates medical services from specialty areas with the community and medical services from community hospitals.
Performs other related duties as assigned.

**Interrogatory No. 9:** What were your duties regarding Plaintiff's medical care?

**Answer:** *I had oversight responsibilities for the care of all inmates housed at Apalachee Correctional Institution.*

**Interrogatory No. 10:** Did you ever review Plaintiff's chronological record of health care while C.H.O. of A.C.I.

**Answer:** *Yes.*

2

**Interrogatory No. 11:** If not, why?

**Answer:** See Answer to Interrogatory No. 10.

**Interrogatory No. 12:** If so, why do they not bear your stamp and signature with the notation of review?

**Answer:** *When reviewing medical records for consultations or drug exceptions, these forms bear the stamp and signature of the reviewing physician. It is not standard practice when conducting a record review for these reasons to stamp and notate each page reviewed.*

**Interrogatory No. 13:** Why was Plaintiff prescribed Elavil (as a non psych drug)?

**Answer:** *This drug is also prescribed for neuropathic pain, secondary to HIV or other medical conditions that can cause neuropathy.*

**Interrogatory No. 14:** Why is the "Doctor's Clinic" called a "Doctor's Clinic" when the inmate does not see a doctor there?

**Answer:** *The name of this Clinic is synonymous with any provider that is authorized to provide medical care to include Nurse Practitioners or Physicians Assistants.*

**Interrogatory No. 15:** On 8/9/07 when Plaintiff was seen emergently at medical for chest pain (ref. exhibit F1 of Defendant's motion for Summary Judgment) and he was administered NTG 1/150 SL were you notified and/or did you order this? (note under "plan" it is checked "per M.D. order".)

**Answer:** *No, not that I recall.*

**Interrogatory No. 16:** Is an A.R.N.P. a physician?

**Answer:** *No.*

3

02/22/2010  14:54    8507691359              BAY CORRECTIONAL                        PAGE  03/03

State of Florida
County of  _____Bay_____

The foregoing answers were acknowledged before me this __22 nd__ day of February 2010, by
Dr. Daniel Cherry, being first duly sworn, deposes and says, that these answers to the
interrogatories are true and correct to the best of his knowledge, information and belief.

_____
DR. DANIEL CHERRY
Affiant

_____
(Signature of Notary Public)

MAUREEN G JONES
MY COMMISSION # DD720715
EXPIRES October 01, 2011
(407) 398-0153   FloridaNotaryService.com

__MAUREEN G. JONES__
Print, type, or stamp commissioned name of notary public

Personally Known __✓__ or Produced Identification _____ (check one)

_____
Type of Identification Produced

_____
Shelly L. Marks
Attorney for Defendant
(signing as to objections)

__2/22/2010__
Date

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

hand-delivery and U.S. Mail to: Manuel Hierro, DC#X23875, Apalachee Correctional

Institution, 52 West Unit Dr., Sneads, FL 32460, on this __22__ day of February, 2010.

_____
Shelly L. Marks

4

FEB-22-2010  13:51              8507691359

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: NKA | Apalachee Correctional West Unit |
|---|---|
| DATE/TIME | Inmate Medical Records Rec'd: |
| | Medical: ✓ |
| 5/8/2008 | Dental: ✓ |
| 13:30pm | Phychological: ✓ |
| | In-Actives: ‾ |
| | Staff Signature & Stamp:   Kristy Pumphrey, HIS |

Kristy Pumphrey
Apalachee C.I.
H.I.S

5/9/08
110     INCIDENTAL NOTE: MEDICAL
RECORD REVIEW COMPLETED BY
MENTAL HEALTH STAFF

_J. SCOTT_
_SR. PSYCHOLOGIST_
_APACI/RJWC_

5/12/08  CBC, CD4, HIV VL, BMP, lipids et LFT
0800 drawn

_A. GARESIJAVIL_
_ACI_

Inmate Name
DC#
Date of Birth
Institution

HIERRO, MANUEL D.
DOC : X23675
RACE: HISPANIC
SEX : MALE
DOB : 10/21/60

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration.

DC4-701 (Revised 5/07)

EXHIBIT

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKA       Apalachee Correctional West Unit

| DATE/TIME | Inmate Medical Records Rec'd: |
|---|---|
| | Medical: ✓ |
| 7/10/2008 | Dental: ✓ |
| 13:30pm | Phychological: ✓ |
| | In-Actives: Outside records |

Kristy Pumphrey
Apalachee C.I.
H.I.S.

Staff Signature & Stamp:  Kristy Pumphrey, HIS

---

7/11/08
1530

INCIDENTAL NOTE: MEDICAL
RECORD REVIEW COMPLETED BY
MENTAL HEALTH STAFF

John W. Scott PsD
J. SCOTT
SR. PSYCHOLOGIST
APACI/RJWC

Clinical Associate/Clinic _____ WT 226

Date: _____ Time: _____

BP 114/3  P 61  R 18  T 97.8

7/14/08
1310

S: No c/o rash. Pt c/o recent sheulder pain
   R shoulder. Pt reports that shoulder (+ pain)
   not effectual. c/o cont. monitoring head (+ crack)

O: R shoulder - crepitus, tender
   ROM intact. normal. no edema

A: R shoulder pain

P: DCC clinical
   1) x-ray scan screen 6x3 x 3 months
   2) Echo pending
   3) Chart screen 2 weeks → Echo
   4) NS lift/push/pull 2x5 in a row

HAROLD PARKER
ARNP
APALACHEE C.I.

---

| Inmate N: | HIERRO, MANUEL D. | S- Subjective Data |
|---|---|---|
| DC# | DOC : X23875 | O- Objective Data |
| Date of B | RACE : HISPANIC | A- Assessment of S and O Data |
| Institutio | SEX : MALE | P- Plan |
| | DOB : 10/21/60 | |

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration.

DC4-701 (Revised 5/07)

EXHIBIT - 4




## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKA

| DATE/TIME | |
|---|---|
| 11/4/08 0900 | SEEN IN CARDIO *Chart to M.D. for review* _____ A. WILKES, LPN BENJAMIN OLIFF, M.D. CARDIOLOGIST RMC |
| 11/4/08 1655 | I/M: Returned from above Cardio appt. Scripts faxed to mu pharmacy. I/M was released. PCT to Flu J. NORMAN SRN RMC WU |
| 11-6-08 1044 | IM noted: RX needed for etahll. Pharmacy cannot fill unless written by MD here at RMC. DER approved thru 10-24-09. DER must be faxed + New Rx to RMC pharmacy. Chart to MD for RX — T. CULPEPPER SLPN RMC |
| | not faxed to pharmacy 250 BR 70/mil In 15.9 MVG 3 Clavil 15.9 MVG 3 hs cont X 3ef DER con chat W. NORMAN SRN RMC WU N. ANAKOLERALA, M.D. PHYSICIAN RMC/WU |

| | |
|---|---|
| Inmate Nam | HIERRO, MANUEL D. |
| DC# | DOC : X22875 |
| Date of Birtl | RACE: HISPANIC |
| Institution | SEX : MALE |
| | DOB : 10/21/60 |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Director of Health Services Administration.

EXHIBIT-4
DC4-701 (Revised 5/07)

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care
## HOLMES CORRECTIONAL INSTITUTION

Allergies: NKDA

| DATE/TIME | RECORDS RECEIVED: | DENTAL | PSYCHOLOGICAL | MEDICAL ACTIVE |
|---|---|---|---|---|
| *7/18/07 1300 | | ✓ ✓ ✓ | | |

INACTIVE VOLUMES: YES _____ NO ✓

# OF INACTIVES RECEIVED: Ø

*Beverly King, RHIT, HIS*

B. KING, RHIT, HIS
Holmes CI

| 7/19/07 | People up graded |
|---|---|
| | - Register in Immunity clinic, Appt |
| | intum 90 day s |
| | mental Health Evaluation |

noted 7/19/07
1250

*M. Dodd*

M. DODD, SRN
HOLMES CI

EFIONG O. ANDEM, M.S., M.D.
CHIEF HEALTH OFFICER
HOLMES CI

Inm  -X23875 TM    06/11/2007
DC#
Date HIERRO, MANUEL DEJESUS
Holr H/M DOB 10/21/1960 (46)

S-Subjective Data
O-Objective Data
A-Assessment of S and O Data.
P-Plan

DC4-701

*EXHIBIT-4*

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

HOLMES CORRECTIONAL INSTITUTION

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 7/18/07 | Chart Review. Patient was Aids infec. HIV/RNA PCR Standard copy >750,000 on 6/13/07 |
| 1,220 | Absolute copy #15 on 6/13/07 cmV ⊕, IgG and IgM Toxoplasma gondii Ab IgG + |
| | Transfer patient to an institution where we can be prescribe treatment for Aids Noted 7-18-07 1230 |

M. DODD, SRN
HOLMES CI

EFIONG O. ANDEM, A.S.
CHIEF HEALTH OFFICE, M.
HOLMES CI

| 7/18/07 1300 | NN: I phoned Jackie Bower and informed her of the above request. She will handle transfer for her. |

Beverly King, RHIT, HIS

B. K. KING, RHIT, HIS
Holmes CI

Inmate Name
DC#___
Date of: -X23875 TM    06/11/2007
Instituti  HIERRO, MANUEL DEJESUS

H/M DOB 10/21/1960 (46)
DC4-701 (Revised 3/00)

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

EXHIBIT-4

HOLMES CORRECTIONAL INSTITUTION

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 7-22-07 | nn - Quiet hrs. NCGU. |
| 2200 | Btree |
| | B. STRICKLAND, SLPN HOLMES CI |
| 7-23-07 | Inmate awakened for VS and assessment. Offers no c/o. |
| 0015 | VS 99-82-18 112/68. Lungs clear to auscultation all |
| | fields. Denies SOB/ chest pain. Carol Gilmore SRN |
| | C. GILMORE, SRN HOLMES CI |
| 0600 | Condition stable. No omits given. Ate 100% of breakfast. |
| | Offers no c/o. Carol Gilmore SRN |
| | C. GILMORE, SRN HOLMES CI |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

-X23875 TM    06/11/2007

HIERRO, MANUEL DEJESUS

H/M DOB 10/21/1960(46)

This form is not to be amended, revised, or altered without approval
of the Director of Health Services Administration.

DC4-701 (Revised 5/07)

EXHIBIT-Y

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | Apalachee Correctional Institution - East Unit |
|---|---|
| **DATE/TIME** | Medical Records Date Received:  July 24, 2007 |
| | Dental: |
| | Psychology: |
| | Inactive Records: |
| | Received By:  Julie Barton, HIS |

| | |
|---|---|
| 7/25/07 14:48 | INCIDENTAL NOTE: MEDICAL RECORD REVIEW COMPLETED BY MENTAL HEALTH STAFF    MARCELLUS TAYLOR, Ph.D. SR. PSYCHOLOGIST APACI |

7/24/07
1000
RN Coleen Wahl from Holmes CI called for MACDONALD ARNP & nurse took call. Per Mrs. Wahl "reced verbal order from Dr. Qureshi to him TIM FLU to Hematologist for abnormal lab value". Told all to ARNP & she will flu to Dr Cherry —————
R.S—SRN
R.S—SRN

7-26-07
1200
Have I/M to clinic today for CBC CD4 & See Mrs. MACDONALD re: + t. done
Celeste macdonald ARNP

R Patnode, SRN
REBECCA PATNODE
SR REGISTERED NURSE
APALACHEE CI
7/26/07  1425

7-26-07
1500
CBC, CD, + VL drawn. Discussed tx c I/M. I/M to start Truvada & Kaletra today. Redraw CBC, CD, , VL in 1 month & f/u c lab results
Celeste macdonald ARNP
CELESTE MACDONALD
APALACHEE CI  AR

| | |
|---|---|
| Inmate Name | A-X23875  TM 13  06/11/2007 |
| DC# | |
| Date o Institu | HIERRO, MANUEL DEJESUS |
| | H/M DOB 10/21/1960 (46)  RR |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration.

DC-4-701 (Revised 1/05)

EXHIBIT-4

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKA

| DATE/TIME | Apalachee Correctional West Unit |
|---|---|
| 4/21/09 | Inmate Medical Records Rec'd: |
| 1345 | Medical:  X |
|  | Dental: |
|  | Phychological: |
|  | In-Actives:  1 & 1 outside medical |
|  |  |
|  | Staff Signature & Stamp: Laura Robers, DEO |
| 4/24/09 1445 | INCIDENTAL NOTE: MEDICAL RECORD REVIEW COMPLETED BY MENTAL HEALTH STAFF |
|  | J.W. Scott Pro |
|  | J.W. SCOTT, Ph.D SR. PSYCHOLOGIST APACI/RJWC |
| 4-28-09 | Lipids, LFT, CBC, CD4, VL drawn and sent to lab  D. Jackson |
|  |  |
|  |  |
|  |  |
|  | SEEN IN DOH CLINIC |
|  | ANTHONY SPEIGHTS, M.D. |
|  | MAY 0 5 2009 |
|  | Signature |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| Inmate N | HIERRO, MANUEL D. |  | S- Subjective Data |
|---|---|---|---|
| DC# | DOC : X23875 | — | O- Objective Data |
| Date of E | RACE: HISPANIC | — | A- Assessment of S and O Data |
| Institutio | SEX : MALE | — | P- Plan |
|  | DOB : 10/21/60 | — |  |

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration.

EXHIBIT-4

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKA

| DATE/TIME | | |
|---|---|---|
| | Inmate Medical Records Rec'd: | Apalachee Correctional Institution West Unit |
| | Medical: | |
| 11/13/2008 | Dental: | |
| 15:00pm | Phychological: | |
| | In-Actives: | outside medical chart |
| | | Kristy Pumphrey |
| | Staff Signature & Stamp: | Kristy Pumphrey, HIS    Apalachee C.I. |
| | | H.I.S. |

| | | |
|---|---|---|
| 11/14/08 1120 | INCIDENTAL NOTE: MEDICAL RECORD REVIEW COMPLETED BY MENTAL HEALTH STAFF | |
| | | W. Scott PhD |
| | | W. SCOTT, PH.D SR. PSYCHOLOGIST |
| 11/28/08 | DOCTORS CLINIC f.u.  Pmc consult W.T. 229 | |
| | DATE: | TIME: 910 |
| 11/18/08 | BP 118/74  P 64  R 16  T 97.2 | |
| | Eli'd to discuss Pmc cardiology consult | |
| | Other scan special ia rec#+, + he | |
| | refuses refused not to return to DOC | |
| | S/t pt refuse | |
| | A CAD | |
| | P 1) Rew ~ 2 months to discuss | |
| | Pmc cardiology consult | |
| | noted Jobs | |
| | Harold Parker, ARNP | |
| | graet  Togs/  APALACHEE CI | |
| | graet  fu w | |

Inmate Name
DC#
Date of
Institut

HIERRO, MANUEL D.
DOC : X23875
RACE: HISPANIC
SEX : MALE
DOB : 10/21/60

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary of Health Services Administration.

DC4-701 (Revised 5/07)

EXHIBIT-4

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies:

| DATE/TIME | Apalachee Correctional Institution West Unit |
|---|---|

Clinical Associate Clinic _PKZZ_ WT _218_

Date: _6-4-09_   Time:                    Flu V67 w

BP _116/72_ P _68_   R _18_   T _988_   Meds

6.4.09

S RW to revised med. The p + has
ceptroxicel wk _(?)_ He corroch from
O Slui > cornus > maxible heed crus noted
~ swell pronul the heen
A med compliance > cert
P Follicutten
C Dexceceleal ac by po cell _(?)_
mewye
O RW need CFC

HAROLD PARKER, ARNP
APALACHEE CI

6-4-09
1500

---

10/13/09
@ 4:31   Lipids, and LFT drawn and sent folda D. Jenks

---

7/14/09
04:31   CBC, CD4, VL, FTA, UA Aptima GC/CT, Lipid
and RPR, and CMP drawn and sent folds D. Jenks

SEEN IN DOH CLINIC

AUG 04 2009   ANTHONY SPEIGHTS, M.D.

_____
Signature

---

HIERRO, MANUEL D.
DOC : X23875
RACE: HISPANIC
SEX : MALE
DOB : 10/21/60

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 10/31/08)

EXHIBIT-4

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKA

Apalachee Correctional Institution West Unit

| DATE/TIME | |
|---|---|
| 8-19-09 04:27 | CMP, UA, Lipids, and Treponema Pallidun drawn and sent to lab. J. Soella |
| 8/31/09 04:32 | Lipid drawn and sent to lab. J. Soella |
| 9/15/09 | Multiple center ex purci |
| | HAROLD PARKER,ARNP APALACHEE CI |
| 9-2-09 | See POS/DEA for rele  Hoey |
| | HAROLD PARKER ARNP APALACHEE CI |
| | 9-21-09 16:05 |

| Inmate N: | HIERRO, MANUEL D. | S- Subjective Data |
|---|---|---|
| DC# | DOC : X23875 | O- Objective Data |
| Date of B: | RACE: HISPANIC | A- Assessment of S and O Data |
| Institution | SEX : MALE | P- Plan |
| | DOB : 10/21/60 | E-Education |

EXHIBIT-4

DC4-701 (Revised 10/31/08)

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration.

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | HOLMES CORRECTIONAL INSTITUTION |
|---|---|

| DATE/TIME | |
|---|---|
| 7-19-07 1830 | nn - Transferred via ambulance to DMH-ER ct 1825. DMH ER Staff notified via phone. B. Strickland _____ |
| | B. STRICKLAND, SLPN HOLMES CI |
| 7-19-07 2145 | nn - Inmate Admitted to DMH ct 1830. Lim notified. Spoke ē Donna. B. Strickland _____ |
| | B. STRICKLAND, SLPN HOLMES CI |
| 7-20-07 1400 | Inmate returned to HOLCI from DMH. Ambulating ē Steady gait. Voices no complaints. States "I feel great" VS BP 115/76 P-96 R-18 T 98.4. Called ē Dr. Arden, it received order to place inmate in infirmary for 23 hour observation. Dr. Arden to see inmate in the morning, it review recommendations from MD @ DMH. ___ Barton ___ BARTON, SLPN HOLMES C.I. |
| 7-22-07 1600 | nn - Ate 100%. NoGO. up for shower. Tol. Cewell. B. Strickland _____ B. STRICKLAND, SLPN HOLMES CI |
| 7-22-07 1800 | nn - NOC/O. 98.7-79-16-128/63. B. Strickland _____ B. STRICKLAND, SLPN HOLMES CI |

| -X23875 TM    06/11/2007 | S- Subjective Data |
|---|---|
| HIERRO, MANUEL DEJESUS | O- Objective Data |
| | A- Assessment of S and O Data |
| H/M DOB 10/21/1960(46) | P- Plan |

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration.

DC4-701 (Revised 1/05)

EXHIBIT-S

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

HOLMES CORRECTIONAL INSTITUTION

| Allergies: | |
|---|---|
| **DATE/TIME** | |
| 7/23/07 0800 | am - BP 104/64 P 86 R 18 T 52° - NO C/o voiced @ 7 AM the - color good D-ens. 90 chest pres - lungs clean WNN *T. DeFURIA, SRN HOLMES C.I.* |
| 7/23/07 0830 | Mr awaiting word from transport for transfer to WACI *T. DeFURIA, SRN HOLMES C.I.* |
| 7/23/07 0930 | am - will B+ transported to RMC for am wtn Releases to security 7m AM *T. DeFURIA, SRN HOLMES C.I.* |
| 7/23/07 1130 | am released to security D 1114° *T. DeFURIA, SRN HOLMES C.I.* |

---

**Inmate Name**

] -X23875 TM    06/11/2007

HIERRO, MANUEL DEJESUS

H/M DOB 10/21/1960(46)

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration.

5

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

| Allergies: NKA | APALACHEE CORRECTIONAL INSTITUTION - EAST |
|---|---|
| DATE/TIME | |

INCIDENTAL NOTE:
DATE: 6/3/0     TIME: 1030
INMATE REQUEST RECEIVED: 6/3/0
ANSWERED: _____

8/7/0
1130    Sr Kcall
        Swelling & pain to feet since Friday
        (2) min, Swelling noted in (R) foot
        VSS, wt 127.9    (R) Temp 97.4
        BS Breath Sounds ess. Clear
        Had EKG & lab R/L this month
        A: FLU
           R/O feet pain
        P: Continue & Plan y Cay
           & FLU aa Rx  y _____
                        N Braxton
                        D Braxton SR
                        ARA

---

A-X23875 TM 13 06/11/2007 _____

HIERRO, MANUEL DEJESUS

H/M DOB 10/21/1960 (46)  RR

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Director of Health Services Administration.

DC4-701 (Revised 5/07)

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKA

| DATE/TIME | |
|---|---|
| 8/9/07 1300 | S" C/o ① nipple sharp pain<br>O: EKG same as previous<br>reproducable chest wall pain<br>∅ bruits, gallops, rubs, murmurs noted<br>A: Chest wall pain<br>P: 23° obs to infirmary<br>325mg ASA given. Continue to monitor<br>due to extensive cardiac hx.<br>Cecelia MacDonald arnp |
| Noted | 8/9/07 @ 1315  S.Harris, SRN<br>TINA HARRELL, SRN<br>APALACHEE CI |
| 8/9/07 1855 | NN: Still C/o CP - stabbing pain, comes & goes.<br>NAD noted, I/M lying in bed 3 any<br>discomforting signs. Skin pink, W+D<br>O₂ Sats 98% RA, HR 76 R. HOB ↑45°, Motrin<br>800mg PO given for his C/o CP as ordered<br>by ARNP —  S.Harris, SRN<br>TINA HARRELL, SRN<br>APALACHEE CI |
| | VS- T-98.9, BP-144/93, P-66 - R-16 - Sitting in Bed.<br>No complaints voiced.  K. Edwards SRN<br>APALACHEE CI |
| 8/10/07 0600 | S) The pain is OK Right Now, but it comes and<br>goes<br>O) VS: 98 76 18 129/70  R.H.-SLP<br>A) No acute distress<br>P) Continue to Monitor  R.H.-SLP |

Inmate Name
DC# A-X23875 TM 13 06/11/2007
Date
Instit HIERRO, MANUEL DEJESUS
H/M DOB 10/21/1960(46) RR

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration.

DC4-701 (Revised 1/05)

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 8/10/07 0815 | S: The pain has improved. I/m states that pain was located just distal to sternum on the ⊕; non-radiating, ∅ SOB, ∅ N, ∅ V. |
| | O: VS - Stable |
| | Lungs: clean A/E/c |
| | Heart: RRR ∅ m |
| | Ext: ∅ edema |
| | A: Chest wall pain |
| | P: Continue Motrin 600 mg tid ā food pm |
| | Nitro transderm patch 0.3mg/hr. qd x 12hrs, remove patch ē 12 hrs. |
| | B/P and pulse m/w+F x 2 wks. |
| | RTC in 2 wks. |
| | K. Land ARNP |
| | Noted 8/10/07 @ 0832 JHarrell, SRN |

TINA HARRELL, SRN
APALACHEE CI

| | |
|---|---|
| 8/10/07 1605 | I/m had only been using nitro transdermal patch 0.2 mg god (He was not following directions). Will d/c 0.3 mg patch that was ordered this am. and continue 0.2 mg/hr. patch. Nurse Harrell counseled ē I/m regarding proper use of nitro transdermal patch. Will continue to monitor. |

KATHRYN M. LAND, ARNP
APALACHEE CI
K. Land ARNP

T.J. EDWARDS, SRN
APALACHEE CI

---

Inmate Name _____ -X23875 TM   06/11/2007
DC# _____
Date of Birth _____ HIERRO, MANUEL DEJESUS
Institution _____

H/M DOB 10/21/1960 (46)

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration.

DC4-701 (Revised 1/05)

5

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| | FU |
| | Doctors Clinic: wt: 199  Chest pain |
| | Date: 8/23/07   Time: 1510 |
| | B/P: 120/60   P: 76  R: 16   T: 98⁸ |
| | S~ f/u CP "/peripheral neuropathy, ( BP Dene's |
| | O: All systems stable, ∅ O= noted  CP |
| | A: Hx® related peripheral neuropathy |
| | Chronic, 1 BP |
| | P: Rx Elavil 50mg qhs (per Submitten) |
| | fx Motrin tonug continue Motrin |
| | Wants ∅ prolonged standing (works in |
| | Kitchea), pass Denied. ∅ visible need |
| | for pass. Rtc pcn or next CLC |
| | Celestte Manuel ARNP |
| | Noted 8/23/07 @ 1540. |
| | Harrell, SRN |
| | TINA HARRELL, SRN |
| | APALACHEE CI |
| 8/23/07 1550 | NN: DER faxed to Dr. Johanson + Pharm. |
| | Harrell, SRN |
| | T. Harrell, SRN |
| 8-24-07 1830 | NN- BP√   130/80  P 84   Odom SLPN |
| | GINGER ODOM SLPN APALACHEE CI |
| 8-27-07 0915 | Labs: CBC, CD4, UC drawn )PTC  J. M'Mullon SF |
| | T. M'Mullon SLPN |
| | APA-CI el |

A-X23875 TM 13 06/11/2007

HIERRO, MANUEL DEJESUS

H/M DOB 10/21/1960(46) RR

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary of Health Services Administration.

DC4-701 (Revised 1/05)

5

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

APALACHEE CORRECTIONAL INSTITUTION - EAST

**DATE/TIME**

8/31/07   EKG completed as ordered                    Kmsonelyer

INCIDENTAL NOTE:
DATE: 9-4-07   TIME: 11:30 am
INMATE REQUEST RECEIVED: 9-4-07    ROBERT DAFFIN, CMTC
ANSWERED: 9-4-07                    APACI-East Unit

F/u lab results

DOCTORS CLINIC                    WT
DATE 9/5/07                       TIME: 0910
BP. 113/77   P 81   R. 16   T. 96.2

S: "Flu lab results" c/o LBP X Months
   Disabled on Street"
O: ↓ Rom to ↓ back c extension/flexion
   Labs improving
A: Chronic LBP
   Macrocystic Anemia
Plx Folic Acid 1mg po 90, X-ray LSpine
F/u results
CBC, CD, VL in 1 Month
            Colleta Maurice LPN

9/5/07   Colleta Cowherd
Charlotte Cowherd
Sr. LPN
Apalachee C.I.

---

A-X23875 TM 13 06/11/2007
Inmate Name_
DC#_____ HIERRO, MANUEL DEJESUS
Date of Birth_
Institution___ H/M DOB 10/21/1960(46) RR

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Director of Health Services Administration.

DC4-701 (Revised 5/07)

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies:

APALACHEE CORRECTIONAL INSTITUTION - EAST

| DATE/TIME | |
|---|---|
| | **INCIDENTAL NOTE:** |
| | Date: 9-11-07   Time: 1730   I/M Request answered |
| | Inmate Request Received:   9-11-07 |
| | Answered: Julie Banon, HS |
| | Flu: Xray |
| | results |
| | DOCTORS CLINIC   MN/99   WT 194 |
| | DATE: 9/13/19   TIME:   give Dr. St. |
| | BP. 116/73  P. 69  R. 18  T. 97.° |
| | S "Flu for days" |
| | O: DDD ē Sentere OA @ LS Junction |
| | ↓ ROM to ↓ back, ↓ extension/ |
| | flexion |
| | A: Chronic LBP |
| | P: Øprolonged standing 7 20min, Ølifting |
| | 715lbs, Øsports Østrve & ↓ bunk pass |
| | issued. Rtc prn or next CIC |
| | Cillate mauleall +ANP |
| | |
| | **INCIDENTAL NOTE:** |
| | DATE: 9-18-07   TIME: 1430 |
| | INMATE REQUEST RECEIVED: 9-17-07 |
| | ANSWERED: 9-19-07   ROBERT GAFFIN, CMTC |
| | APA01-East Unit |
| | INCIDENTAL NOTE: |
| | DATE: 9/21/09   TIME: 1755 |
| | INMATE REQUEST RECEIVED: 9/20/9 |
| | ANSWERED: William Sharp SRN |
| | APALACHEE CI |

A-X23875 TM 13 06/11/2007

HIERRO, MANUEL DEJESUS

H/M DOB 10/21/1960 (46) RR

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Director of Health Services Administration.

DC4-701 (Revised 5/07)

5

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

| Allergies: NKA | APALACHEE CORRECTIONAL INSTITUTION - EAST |
|---|---|

| DATE/TIME | |
|---|---|
| 10/3/07 0910 | CBC, CD4, Viral Load Collected as ordered. X1 stick. Tolerated well. _____ A. THARP, SRN APALACHEE CI |
| 11/1/07 1155 | I/m premptined. See DCM #9, DCM-0506, DCM-529. _____ A. THARP, SRN APALACHEE CI |

A-X23875 TM 13 06/11/2007

HIERRO, MANUEL DEJESUS

H/M DOB 10/21/1960(46) RR

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Director of Health Services Administration.

DC4-701 (Revised 5/07)

5

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: NKA | Apalachee Correctional Institution West Unit |
|---|---|
| **DATE/TIME** | |
| 11-29-07 | Inmate Medical Records Rec'd: |
| | Medical: ✓ |
| | Dental: ✓ |
| | Psychological ✓ |
| | In-Actives: NA |
| | |
| | Staff Signature & Stamp: Kristy Pumphrey, HIS     Kristy Pumphrey<br>Apalachee C.I.<br>H.I.S. |
| 11-35-07<br>9KU | Field Force Clearance approved |
| | |
| | HAROLD PARKER<br>ARNP<br>APALACHEE CI |
| 10/44<br>1C | Bactrum DS x no deys        75h xey<br>2 if none     Deeg will k |
| | HAROLD PARKER<br>ARNP<br>APALACHEE CI |
| | Orders<br>S. SANDERS, SLPN<br>APALACHEE CI<br>10-4-07 1336 |
| 12-5-7<br>1251 | NEG Incarca.  pertch  50 3m/6  8/2m<br>Davison  Dyern<br>D VANCE SLPN<br>APALACHEE C.I.<br>HAROLD PARKER<br>ARNP<br>APALACHEE CI |

| | |
|---|---|
| Inmate Name Hierro  Manuel | S- Subjective Data |
| DC# X23875   Race/Sex H/m | O- Objective Data |
| Date of Birth 10-21-60 | A- Assessment of S and O Data |
| Institution | P- Plan |

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration.

DC4-701 (Revised 1/05)

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKA

Apalachee Correctional Institution West Unit

| DATE/TIME | |
|---|---|
| 1-3-08 0435 | labs: CBC, Cdy, LFT, UL>PTC drawn, tolerated well *illegible signature* — T. McMILLON, SLPN APALACHEE C I |
| 1/22/09 13⁰⁰ | Recommendations to titrate Resty HR NGO way BID. HAROLD PARKER ARNP APALACHEE CI |
| | DOCTORS CLINIC          WT 214 DATE: 1-25-08          TIME: BP 116/69   P 96  R   R 16   FU LABS |
| 1/25/08 | S  Pt c/o *illegible* O  still *illegible* HR >60, BP A  *illegible* P  *illegible* date when available. *illegible signature* S. SANDERS, SLPN APALACHEE CI   1105 HAROLD PARKER ARNP APALACHEE CI |

| | |
|---|---|
| Inmate Name: | HIERRO, MANUEL D. |
| DC# | DOC : X23875 |
| Date | RACE: HISPANIC |
| Instit | SEX : MALE |
| | DOB : 10/21/60 |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration.

DC4-701 (Revised 1/05)

5

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies:

| DATE/TIME | |
|---|---|
| 2/5/8 420 | SEEN IN CARDIO _BENJAMIN OLLIFF, MD CARDIOLOGIST RMC_ — hold Continue FN ACT Urgent — ACT Reguest preapprvd Obtained — to Sari For heut consult _CMTC RMC_ — Rx to pharmacy. _J.C. MORALES CMTC RMC_ |
| 2/7/08 1900. | INMATE RETURNED FROM RMC = hold Continued — MAIN UNIT APPOINTMENT Chart to AM: for review — inice care. |
| | In — cardio cmet rinl. — Cutter — S cav cmet sulle — _N. ANANGIWALA, MD PHYSICIAN RMC-WU_ |

Inmate Name: HIERRO, MANUEL D.
DC#
Date of Birth
Institution

DOC : X23875
RACE: HISPANIC
SEX : MALE
DOB : 10/21/60

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Director of Health Services Administration.

DC4-701 (Revised 5/07)

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 4-3-08 144? | clin note per utilization management prior approval not scheduled on scheduled 2/7/08. Prior completed at this line & submitted to medical scheduling. |
| | K M COK MASHARK LPN SLPN RMC |
| | mc ANDS (RN) |
| 4-16-08 0805 | health education done c̄ pt. regarding ACST — inmate understood instructions by repeating them back to this nurse T. Mosher RN Mosher LPN |
| | DATE 0810 TIME 4/16/08 K. JONES HIS RMC W/U B. Jones |
| | INMATE REQUEST RECEIVED AND ANSWERED |
| 4-17-08 12 MS | X-RAY PROCEDURE PERFORMED AT RMC RADIOLOGY DEPARTMENT Adenosine Candidate Stress Test |
| 4/17/08 2115 | INMATE RETURNED FROM RMC MAIN UNIT APPOINTMENT Adenosine Candidate Stress Test Complete D. ESPER DMTC RMC |

Inmate Name Hierro, Manuel
DC# X23875   Race/Sex H/M
Date of Birth 10-21-60
Institution Rom W/U

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Director of Health Services Administration.

DC4-701 (Revised 5/07)

5

*ACF*
*W/M*



# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies:

| DATE/TIME | |
|---|---|
| 5/1/08 | INCidENTAL NOTE |
| 1300 | Responded To 2 (TWO) GRieVANCES boTh dATed 4/5/08 |
| | R. JONES HSC III HMC |

RECEIVED

MAY 2 0 2008

APALACHEE C I
MEDICAL

RECEIVED IN AT

MAY 05 2008

RMC MEDICAL RECORDS

| | |
|---|---|
| Inmate Name Hierro, MANuel | S- Subjective Data |
| DC# X23875 Race/Sex H/m | O- Objective Data |
| Date of Birth 10-21-60 | A- Assessment of S and O Data |
| Institution RMC | P- Plan |

RECEIVED
MAY 0 6 2008
MEDICAL RECORDS
RECEPTION AND MEDICAL CENTER

This form is not to be amended, revised, or altered without approval
of the Director of Health Services Administration.

DC4-701 (Revised 5/07)

5

4*C*

W/U

FLORIDA DEPARTMENT OF CORRECTIONS
Chronological Record of Health Care
RMC WEST UNIT

| Allergies: | |
|---|---|
| DATE/TIME | INCIDENTAL NOTE: INMATE REQUEST ANSWERED: |
| 5/5/08 2:57 | DATE OF REQUEST: 4/29/08 DATE RECEIVED: 5/2/08 |
| | DATE ANSWERED: 5/5/08                              D. ESPER |
| | SUBJECT: No Maybe Reaction to Some Medication       CRMC RMC |
| | ANSWER: You Already have a Callout for this on 5/8/08 |

RECEIVED

MAY 2 0 2008

APALACHEE C.I.
MEDICAL

Inmate Name HIERRO MANUEL
DC# X 23875 Race/Sex H/M
Date of Birth 10/21/60
Institution RMC WEST UNIT

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies:

| DATE/TIME | Apalachee Correctional West Unit |
|---|---|
| 8/18/18 1700 | 1/m ref. Bactrim, stated having reaction — rash. this nurse unable to get Allergy history of rash. Scheduled c prov. — R. Thorla, SLPN/Activity |
| 6/18/08 1320 | EKG completed — R. Thorla |
| | A. BROWN, LPN APALACHEE C.I. |

Inf
DC  HIERRO, MANUEL D.
Da  DOC : X23875
Ins RACE: HISPANIC
    SEX : MALE
    DOB : 10/21/60

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration.

DC4-701 (Revised 5/07)

Additional Comments

S: L) Shoulder hurts"
D: V/S stable, ROM good, ⊖ swelling Noted
A: Shoulder pain
P: Continue to monitor,                    J. M. Miller
   I ibuprofen 600mg BID / per            T. M. Miller, SD
                                          ACI w/u

Signature/Stamp

INMATE NAME_____
DC#_____ RACE/SEX_____
DATE OF BIRTH_____
INSTITUTION_____

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration

DC4-683W (Revised 9/05) Page 2 of 2

## FLORIDA DEPARTMENT OF CORRECTIONS
### Chronological Record of Health Care

Allergies: NKA

| DATE/TIME | APALACHEE CORRECTIONAL INSTITUTION - WEST |
|---|---|
| 0/18 1/3(1) | pt is sched for RN Cerchol ou G-248 Fecerycesetetra |
| | |
| | |
| | HAROLD PARKER ARNP APALACHEE CI |

Inmate N----
DC#___
Date of B
Institutic.

HIERRO, MANUEL D.
DOC : X23875
RACE: HISPANIC
SEX : MALE
DOB : 10/21/60

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Director of Health Services Administration.

DC4-701 (Revised 5/07)

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

| Allergies: | Ø |
| --- | --- |

DATE/TIME

**7/1/8**
**1200**

SEEN IN CARDIO      BENJAMIN OLLIFF, M.D.
CARDIOLOGIST
RMC

- hold Released Routine Echocardio
- ND 2 Wks appts Scheduled
- TO PCP Review and arrange

/s/ Y. MORALES
CMTC
RMC

**7/1/08**
**1705**

INMATE RETURNED FROM RMC  Hold released, PCP to
MAIN UNIT APPOINTMENT  schedule Echo, Labs, FU
@ Primary Camp  /s/ D. Ryder RNS

D. RYDER
RNC
RMC W/U

| Inmate Name_____ | |
| --- | --- |
| DC#_____ | HIERRO, MANUEL D. |
| Date of Birt | DOC : X23875 |
| Institution_ | RACE: HISPANIC |
| | SEX : MALE |
| | DOB : 10/21/60 |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Director of Health Services Administration.

DC4-701 (Revised 5/07)

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKA

| DATE/TIME | Apalachee Correctional West Unit |
|---|---|
| 7/28/08 | N? scheduled date for Echo |
| 1540 | @ Shelly |
|  | A CAD C/O |
|  | P ① Check follow 2 weeks for consult/Echo |
|  | D. VANCE, SLPN  APALACHEE C.I.          HAROLD PARKER ARNP APALACHEE CI |
| 8/13/08 1300 | Echo cardigm recdx → PA/Regan filed |
|  | D. VANCE, SLPN  APALACHEE C.I.          HAROLD PARKER ARNP APALACHEE CI |
| 9-5-08 4:20 | Labs CBC, CD4, VL, CMP, Lipids drawn tol well.    C Jenkins SLPN  C JENKINS, SLPN APALACHEE CI |
| 9/29/08 0500 | Lipids drawn thru transferred #4  lag C Jenkins SLPN |

Inmate Name HIERRO, MANUEL D.
DC#
Date o
Institu
DOC : X23875
RACE: HISPANIC
SEX : MALE
DOB : 10/21/60

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary of Health Services Administration.

DC4-701 (Revised 5/07)

5

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care



Allergies:

| DATE/TIME | |
|---|---|
| 10/6/08 | ECHOCARDIOGRAM COMPLETED — A Henderson RDCS, RV |
| 10·06·08 @ 2327 | INMATE RETURNED FROM RMC MAIN UNIT APPOINTMENT 11m cardiesgram completed — hold Continued for results M Melissa McCormick RN Agency Registered Nurse |

Inmate Na HIERRO, MANUEL D.
DC# ____   DOC : X23875
Date of Bi   RACE: HISPANIC
Institution   SEX : MALE
   DOB : 10/21/60

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.

DC4-701 (Revised 5/07)

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| DATE/TIME | Apalachee Correctional West Unit |
|---|---|
| Allergies: NKA | |
| 10/16/08 | Inmate Medical Records Rec'd: |
| 1400 | Medical:  X |
| | Dental:  ∨ |
| | Phychological:  ∨ |
| | In-Actives:  NA |
| | |
| | Staff Signature & Stamp: Pumphrey, Kristy HIS |

*(handwritten clinical notes)*

HAROLD PARKER
ARNP
APALACHEE CI

T. McMILLON, SLPN
APALACHEE CI

HAROLD PARKER
ARNP
APALACHEE CI

HAROLD PARKER
ARNP
APALACHEE

T. McMILLON, SLPN
APALACHEE CI

HAROLD PARKER
ARNP
APALACHEE CI

| Inmate Name | HIERRO, MANUEL D. | S- Subjective Data |
|---|---|---|
| DC# | DOC : X23875 | O- Objective Data |
| Date of Birth | RACE: HISPANIC | A- Assessment of S and O Data |
| Institution | SEX : MALE | P- Plan |
| | DOB : 10/21/60 | |

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration.

DC4-701 (Revised 5/07)

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKA

| DATE/TIME | Apalachee Correctional West Unit |
|---|---|

T. MCMILLON, SLPN
APALACHEE CI

HAROLD PARKER
ARNP
APALACHEE CI

HIERRO, MANUEL D.
DOC : X23875
RACE: HISPANIC
SEX : MALE
DOB : 10/21/60

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration.

DC4-701 (Revised 5/07)

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: NKA

| DATE/TIME | Apalachee Correctional West Unit |
|---|---|

12-3-08
8:30Am

Inmate request rec'd: wants copies of his medical & mental health record. White DC 2-304 - Special Withdrawal form & DC 1-201 Invoice for Production of Records completed once funds are confirmed for payment, these copies will be given to inmate.

K. Pumphrey - HIS

Kristy Pumphrey
Apalachee C.I.
H.I.S.

12-8-08
10:00Am

Formal Grievance Rec'd # 0812-102-039

S: Inmate is grieving that he has been to sick call with no results, no meds, & improper meds stipulated by his private doctor, has not rec'd his private medical records that he has requested. He states he is not receiving the proper medication & treatment.

O: Will review

A: Moot

P: You have been assessed & treated per D.C. medical protocol. I have no evidence that you requested your medical records from an outside facility, you will have to request these records again. You have seen a specialist @ RMC for your condition. If you are having medical problems - there also you are aware the sick call system is

Inmate Nam
DC#
Date of Birt
Institution

HIERRO, MANUEL D.
DOC : X23875
RACE: HISPANIC
SEX : MALE
DOB : 10/22/60

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration.

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: NKA

| DATE/TIME | Apalachee Correctional Institution West Unit |
|---|---|
| 12-8-08 10:00AM | Cont: Formal Grievance # 0812-102-039 |
| | P: available to you. You are being assessed & treated per DC protocol in clinics. |
| | — Denied — K. Pumphrey-HIS |
| | Kristy Pumphrey Apalachee C.I. |
| 12/18/08 3CCP | See DOS for Cefield NTG per RN HIS. |
| | Harold Parker 12-18-08 1430 |
| | HAROLD PARKER, ARNP APALACHEE CI |
| 12-09 0500 | NN- CBC, CD4 VL, LFT, lipids drawn as ordered. ✓Osterman RN aODoms RN nu ACE RN |
| 1/2/09 0500 | Resch, CBC, CD4, LFT, lipids et VL unable to Obtain S Lanes RN |

Inmate Name ___
DC# ___
Date of Birth ___
Institution ___

HIERRO, MANUEL D.
DOC : X23875
RACE: HISPANIC
SEX : MALE
DOB : 10/21/60

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

This form is not to be amended, revised, or altered without approval by the Office of Health Services-Administration

5

DC4-701 (Revised 10/31/08)

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKA

| DATE/TIME | Apalachee Correctional Institution West Unit |
|---|---|
| 1-6-09 1405 | Labs: CBC, CD4, VL, Lipids drawn to be noted well. ~~S. M__illon__ SL~~ *T. McMILLON, SLPN APALACHEE C I* |
| 1-16-09 0500 | NN: UA obtained as ordered. ___ *PC Adams 87PN ACI W/U* |
| 1/26/09 1250 | Health Summy send to RMC req___ |
| 2/2/09 | Confeew report show multi___ prolensin Jewll TOO. Reslicata Detail |
| | *HAROLD PARKER ARNP APALACHEE CI* |
| 2/23/09 0500 | Lipids drawn ___ *Hanes SLPN ACI* |
| 3-10-09 | Clinical Associate Clinic ___ WT 228 Date: 3-10-09 Time: ___ BP 110/66 P 72 R 18 979 ___ A/U VL67 Rev Results - Pt new patient mc y now he of his prolein fem Confee0a) The pt referentce 1-20-09 th___ he did not want jewll TOO DX Jewll TOO Resolved C/ ___ 3-10-09 1300 hrs *HAROLD PARKER ARNP APALACHEE CI* |

Inm: HIERRO, MANUEL D.
DC# DOC : X23875
Date RACE: HISPANIC
Insti: SEX : MALE
DOB : 10/21/60

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKA

| DATE/TIME | Apalachee Correctional Institution West Unit |
|---|---|
| 3/28/09 1800 | CBC, CD4 of HIV VL drawn |



Inmate Name
DC#
Date
Institt

HIERRO, MANUEL D.
DOC : X23875
RACE: HISPANIC
SEX : MALE
DOB : 10/21/60

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 10/31/08)

FL( __ _EPARTMENT OF CORRECT ( )
## Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 4-14-09 1230 | Inmate SEEN IN CARDIO by BENJAMIN ULLIFF, M.D. CARDIOLOGIST RMC Medical Hold Released. Main Institution to review Consult and follow Recommendations. Needs Fasting labs in 2 months F/U in Cardio Clinic one yr. D. Crawford D. CRAWFORD LPN RMC |
| 4-14-09 1800 | INe Note: Returned from MU SP cardio Ro laxed by nurse + hold released @ that time. Recommend F/U in 1 yr. PCP @ person institution to review and arrange. labs scheduled 6/15/09. LISA BISQUE SLPN RMC W/U |

---

Inn HIERRO, MANUEL D.
DC  DOC : X23875
Dai  RACE: HISPANIC
Ins  SEX : MALE
    DOB : 10/21/60

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

This form is not to be amended, revised, or altered without approval
by the Office of Health Services-Administration

DC4-701 (Revised 10/31/08)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**MANUEL HIERRO,**

**Plaintiff,**

**v.**                                    **Case No.: 5:09-CV-68 –RS/AK**

**CELESTE MACDONALD, et al.,**

**Defendants.**

_____/

## DEFENDANT MACDONALD'S ANSWERS TO
## PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

Defendant, A.R.N.P. MacDonald, by and through undersigned counsel hereby responds

to Plaintiff's First Request for Admissions as follows:

**Request No. 1:** Admit that on 8/23/07 Plaintiff complained to you of back pain
and asked for a no prolonged standing pass but you denied it.

**Answer:** *Admit.*

**Request No. 2:** Admit that Plaintiff's 8/23/07 doctor's clinic appointment was
"for a follow-up of his previous complaint of chest pain, HIV related peripheral
neuropathy and lower back pain" (see your affidavit pg. 4, par. 16) and that he
had complained of lower back pain previously.

**Answer:** *Admit.*

**Request No. 3:** Admit that Plaintiff's medical records indicate when he was
received at R.M.C. from Orange County the "Health Information Transfer
Summary" dated 6/10/07 states under "current medical problems" "back pain
chronic (10D-724.5)".

**Answer:** *Defendant cannot truthfully admit or deny this request and
therefore denies it. However, I did attempt to research this issue and was
unable to locate a Health Information Transfer Summary sheet regarding
the Plaintiff's Transfer from Orange County to R.M.C., dated 06/10/07.*

1

EXHIBIT -6

**Request No. 4:** Admit that listed on the 6/13/07 initial D.O.C. physical exam (form 707) by Dr. Tran it states under "past major medical/surgery hx, hx chronic LBP."

**Answer:** *Admit*

**Request No. 5:** Admit that on the D.O.C. "Health Appraisal" dated 6/13/07 and signed by Dr. Tran "back injury" and "wears brace or back support" are checked.

**Answer:** *Admit.*

**Request No. 6:** Admit that on 9/5/07 Plaintiff was again seen at the "Doctor's Clinic" and again complained of "LBP X months disabled on street" and that a physical exam of his back was done indicating "   ROM to     back c extension/flexion, but still no pass for work/activity restrictions was issued by you.

**Answer:** *Admit.*


Respectfully submitted,

**BILL McCOLLUM**
ATTORNEY GENERAL

Shelly L. Marks
Assistant Attorney General
Florida Bar No.: 0676063
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
shelly.marks@myfloridalegal.com


2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail to:

Manuel Hierro, DC#X23875, Apalachee Correctional Institution, 52 West Unit Dr., Sneads, FL

32460, on this 19th day of February, 2010.

Shelly L. Marks

3

W

## CONSULTANT'S REPORT

## NO PROCEDURE (S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL HEALTH SERVICES DIRECTOR, DEPARTMENT OF CORRECTIONS.

PATIENT: HIERRO, MANUEL
DATE OF BIRTH: 10/21/1960
JCC ACCOUNT NUMBER: 017196
DATE: 02/07/2008

DOC#: X23575
REFERRING PHYSICIAN: Dr. Cherry
INSTITUTION: Apalachee CI

This is a 47-year-old inmate with coronary artery bypass grafts in November 2004 with 3 grafts at Florida Hospital. He is having chest pain with exertion, especially with fast walking. If he walks slow, he does not have any pain. He has sharp pain in the mid chest that is helped with nitroglycerin, sometimes taking up to 3 nitroglycerin. He is also complaining of numbness in his hands all the time, and the tips of his toes are numb also at night. He says he has been having chest pain since June when he came into prison. Remarkably, he is not on a statin, which is the only effective long-term treatment of coronary artery disease.

He does not have hepatitis C. He does have positive HIV and is on treatment.

LABORATORY: In June 2007, cholesterol 217, HDL low at 34, LDL high at 134 (target is 70 with coronary artery disease), triglycerides high at 242. TSH okay, PSA okay. Sickle cell screen negative. EKG shows old inferior infarction. Chest x-ray shows biventricular cardiomegaly with no heart failure signs. Hemoglobin 14.4

MEDICATIONS
1. Plavix 75 mg.
2. Atenolol 25 mg.
3. Metamucil.
4. Bactrim and Zithromax weekly.
5. Aspirin 81 mg.
6. Folate 1 mg.
7. Elavil 50 mg.
8. Other HIV medications.

OBJECTIVE
VITAL SIGNS: Blood pressure is 114/60.
CHEST: Clear.
CARDIOVASCULAR: Heart regular. Faint S4. Questionable faint systolic ejection murmur. Neck veins okay. No neck vein distension or orthopnea lying flat. No chest wall pain.
ABDOMEN: Unremarkable.
EXTREMITIES: No edema. Peripheral pulses good.

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF THE DATE OR TIME OF ANY APPOINTMENT OUTSIDE OF THE INSTITUTION.

Consultation Signature/Stamp

S-P

HAROLD PARKER
ARNP
APALACHEE CI

RECEIVED IN-AT
FEB 1 3 2008
RMC MEDICAL RECORDS

Inmate Name
DC#                          R/S            Reference: HSB 15.01.04
Date of Birth
Institution

RECEIVED          PAGE 1

FEB 1 4 2008

MEDICAL RECORDS
RECEPTION AND MEDICAL CENTER

EXHIBIT-7⁴

## CONSULTANT'S REPORT

### NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS

**Additional History:** *(illegible handwritten notes)*

**Findings:** *(illegible handwritten notes)*

**Recommendations:** *(illegible handwritten notes)*

BENJAMIN OLLIFE, MD.
CARDIOLOGIST
RMC

**Consultant Signature/Stamp:** *(signature)*   **Date:** 2/7/08

### IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

**USE ADDITIONAL SHEET(S) AS NECESSARY**

Inmate Name
DC#
Date of Birth
Institution
EOS DATE:

HIERRO, MANUEL D.
DOC : X23875
RACE: HISPANIC
SEX : MALE
DOB : 10/21/60

Form is not to be duplicated without approval of the Deputy Assistant Secretary of Health Services Administration

DC4-702 (Revised 10/05) Page 2 of 2

EXHIBIT - 7B

---

## CONSULTANT'S REPORT

---

### NO PROCEDURE (S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL HEALTH SERVICES DIRECTOR, DEPARTMENT OF CORRECTIONS.

PATIENT:   HIERRO, MANUEL
DATE OF BIRTH:  10/21/1960
JCC ACCOUNT NUMBER:  017196
DATE:  02/07/2008 – Continued

ASSESSMENT
1.   Coronary artery disease with chest pain.
2.   EKG suggests old inferior infarction.
3.   He must be maintained on treatment with statins to lower his LDL to 70 unless he cannot take them.

PLAN
1.   Schedule him for an adenosine Cardiolite stress test.
2.   Start Crestor 20 mg p.o. daily and get fasting lipid and liver profile in 6 weeks.
3.   Increase atenolol to 50 mg daily.
4.   Follow up in the cardiac clinic after the stress test.

BENJAMIN C. OLLIFF, JR., MD

BCO/lis/45/322312

D:  02/07/2008
T:  02/08/2008

S-8   HAROLD PARKER
ARNP
APALACHEE CI

### IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF THE DATE OR TIME OF ANY APPOINTMENT OUTSIDE OF THE INSTITUTION.

Consultation Signature/Stamp

Inmate Name
DC#                          R/S                    Reference: HSB 15.01.04
Date of Birth
Institution

RECEIVED IN AT

FEB 1 3 2008

RMC MEDICAL RECORDS

PAGE 2

RECEIVED

FEB 1 4 2008

MEDICAL RECORDS
RECEPTION AND MEDICAL CENTER-WU

EXHIBIT-7e

W/m AC1

## CONSULTANT'S REPORT

### NO PROCEDURE (S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL HEALTH SERVICES DIRECTOR, DEPARTMENT OF CORRECTIONS.

PATIENT: HIERRO, MANUEL
DATE OF BIRTH: 10/21/1960
JCC ACCOUNT NUMBER:
DATE: 04/17/2008

DOC#: X23875
REFERRING PHYSICIAN:
INSTITUTION:

RECEIVED

MAY 27 2008

APALACHEE C I
MEDICAL

ADENOSINE NUCLEAR STRESS TEST

INDICATION: This is a 47-year-old male with an abnormal EKG.

NUCLEAR STUDY: The patient received IV adenosine per protocol. He had no chest pain during the adenosine infusion. Thallium 3.7 mCi was injected for the rest study and 29.8 mCi of technetium-99m sestamibi for the stress study. 180-degree SPECT tomographic imaging was performed. A gated study was done.

FINDINGS: The stress images showed a moderate-sized area of decreased count distribution over the mid to distal anterior wall and the apex. On the rest images, these areas showed moderate improvement in tracer uptake. In addition to that, there was a large area of decreased count distribution over the inferior wall and the inferolateral segment, which remained the same on the stress and the rest images. The remaining segments of the left ventricle showed uniform count distribution. The gated study showed paradoxical septal wall motion and dyskinesis of the anterior wall and the apex. The inferior wall was hypokinetic. The calculated LVEF was 34%.

FINAL IMPRESSION:
1. Abnormal perfusion scan. There is evidence for a moderate-sized defect involving the mid to distal anterior wall and the apex consistent with a prior myocardial infarction with moderate peri-infarct ischemia. There is also evidence for a fixed inferior defect consistent with a prior myocardial infarction. Clinical correlation is advised.
2. Severe left ventricular systolic dysfunction with wall motion abnormalities as described above and calculated LVEF of 34%.

RECEIVED IN AT

MAY 1 9 2008

RMC MEDICAL RECORDS

WADDAH SALMAN MD

WS/tts45/336138

D: 05/13/2008
T: 05/13/2008

### IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF THE DATE OR TIME OF ANY APPOINTMENT OUTSIDE OF THE INSTITUTION.

Consultation Signature/Stamp

Inmate Name:
DC#:                              R/S
Date of Birth:
Institution:

5-29-07

HAROLD PARKER
MPNP
APALACHEE C I

Reference: HSB 15.01.04

DATE RECEIVED

DATE RECEIVED

MAY 29 2008
MEDICAL SERVICES

ACI WEST UNIT
MEDICAL RECORDS
PAGE 1

DATE RE....

MAY 29 2008

ACI WES...
MEDICA...

EXHIBIT-8

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

Additional History:

Findings:

Recommendations:

BENJAMIN OLIVO, M.D.
CARDIOLOGIST
RMC

Consultant Signature/Stamp:                                  Date: 7/11/08

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name:
DC#:
Date of Birth:
Institution:
EOS DATE:

HIERRO, MANUEL D.
DOC : X23875
RACE: HISPANIC
SEX : MALE
DOB : 10/21/60

USE ADDITIONAL SHEET(S) AS NECESSARY

Form is not to be amended, revised or altered without approval of the Deputy Assistant Secretary of Health Services Administration

DC4-702 Revised 10/05 Page 2 of 2

EXHIBIT-9

ACF w/u

W/u

## CONSULTANT'S REPORT

## NO PROCEDURE (S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL HEALTH SERVICES DIRECTOR, DEPARTMENT OF CORRECTIONS.

PATIENT: HIERRO, MANUEL
DATE OF BIRTH: 10/21/1960
JCC ACCOUNT NUMBER:
DATE: 10/06/2008

DOC#: X23875
REFERRING PHYSICIAN: Dr. Smith
INSTITUTION: RMC

DOPPLER ECHOCARDIOGRAM

Echocardiogram is technically good.

**RECEIVED**

OCT 2 4 2008

APALACHEE C I
MEDICAL

**M-MODE AND 2-D FINDINGS**
1. LEFT VENTRICLE: Dilated at 6.8 cm, diastolic diameter 5.3 cm. Wall thicknesses normal. Ejection fraction estimated around 50% with some inferior and septal hypokinesis.
2. RIGHT HEART: Right ventricle mildly enlarged with normal right ventricular systolic function.
3. LEFT ATRIUM: Enlarged at 4.7 cm.
4. AORTIC ROOT: Appears to be normal in size. The pericardium shows no abnormalities.
5. MITRAL VALVE: Normal excursion with moderate to severe mitral regurgitation.
6. AORTIC VALVE: Flow is normal. Trileaflet valve with normal excursion.
7. TRICUSPID VALVE: Mild tricuspid regurgitation with normal right ventricular systolic pressures at 28 mmHg.
8. PULMONIC VALVE: There is a trace of pulmonic regurgitation.

**CONCLUSIONS**
1. Dilated and mildly hypokinetic left ventricle with segmental wall motion abnormalities compatible with ischemic heart disease.
2. Left atrial enlargement.
3. Mitral, tricuspid and pulmonic regurgitation as above.
4. Normal right ventricular systolic pressures.

BENJAMIN C. OLLIFF, MD

BCO/tts45/354825
D: 10/08/2008 T: 10/10/2008

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF THE DATE OR TIME OF ANY APPOINTMENT OUTSIDE OF THE INSTITUTION.

Consultation Signature/Stamp

HAROLD PARKER
ARNP
APALACHEE CI

10/28/

Inmate Name
DC#                     R/S
Date of Birth
Institution

Reference: HSB 15.01.04

PAGE 1

EXHIBIT-10

FLORIDA DEPARTMENT OF CORRECTIONS
## CHRONIC ILLNESS CLINIC

Clinics:  Respiratory  Endocrine  Miscellaneous  Cardiovascular  Tuberculosis  Immunity  Neurology  Gastrointestinal  Oncology  Kidney

INSTITUTION: _ACI_  DATE: _9/25/08_  TIME START: _1330_  TIME STOP: _1030_

SUBJECTIVE: Chief complaint: _____

Record Review since last CIC visit: _____

**Current Medications:**
Mevacor 60 mg
Naprosyn 500 mg
Kaletra
Truvada
~~Advair~~
Atenolol

OBJECTIVE: Temp: _98_ °F  Pulse: _72_ /min  Resp: _18_ /min  BP: _121_ / _74_  Wgt: _220_

ASSESSMENT:

PLAN:

Medication:

Labs:

Consultations (if needed):

Other:

Health Classification Grade reviewed: _____  Follow-up visits: _____

SIGNATURE: _____

SHARON PARKER
ARNP
APALACHEE CI

D. VANCE, SLPN
APALACHEE C.I.

**APALACHEE CORRECTIONAL INSTITUTION - WES**
This form is not to be amended, revised, or altered
without approval of the Deputy Director of
Health Services Administration

HIERRO, MANUEL D.
DOC : X23875
RACE: HISPANIC
SEX : MALE
DOB : 10/21/60

DC4-701F (3/04)

EXHIBIT-11

# CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

**Additional History:**

Echocardiogram 10/6/08

Dilated LV ē LVEF 50%

mod to severe MR

mild TR ē normal RV systolic pressure

**Findings:**

40g [illegible] was stopped ↓ → to [illegible] 60 9/15/08

? why? Then [illegible] ↓ to 20g 10/28/08 ? why?

Lipid [illegible] TP.

pt [illegible] ē SOB 9/5/08

LFTs NL

Ⓞ BP 106/66

[illegible]

[illegible]

Ⓐ ① Echocardiogram as above 50% LVEF ē significant MR

② I don't know why he was switched from [illegible] → [illegible] + then ↓ed to [illegible] 20g.

③ ↑ Triglycerides

**Recommendations:**

H. PARKER, ARNP

APAC

11/13/[illegible]

Ⓟ ① Hold Lopid 600mg P.O. BID

② D/C [illegible] + start pravachol 40g HS.

② Fasting lipid + liver profile in 2 months

② appropriate F/U Target LDL → 70

Triglyceride < 150

HDL → 40

④ D/C atenolol + start carvedilol 12.5g p.o. BID ē food

⑤ F/U [illegible] in 6 months

BENJAMIN OLLIFE, M.D.
CARDIOLOGIST
RMC

**Consultant Signature/Stamp:** [signature] **Date:** 11/4/07

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name: Olivero, Manuel

USE ADDITIONAL SHEET(S) AS NECESSARY

DC#: X23815 Race/Sex: H/M

Date of Birth: 10-21-60

Institution:

EOS DATE:

Form is not to be amended, revised or altered without approval of the Deputy Assistant Secretary of Health Services Administration

DC4-702 (Revised 10/05) Page 2 of 2

EXHIBIT-12

+discuss cardio consult

## FLORIDA DEPARTMENT OF CORRECTIONS
## CHRONIC ILLNESS CLINIC

Clinics: Respiratory  Endocrine  Miscellaneous  (Cardiovascular)  Tuberculosis  (Immunity)  Neurology  Gastrointestinal  Oncology  Kidney

INSTITUTION: ACI w/u   DATE: 1/20/09  TIME START: _____   TIME STOP: _____

SUBJECTIVE: Chief complaint: Pt c/o ccccon
CHC exam / Allergy _____
_____ betty / Celix na Over
Pt Denies Chest n/c

Record Review since last CIC visit: NA > cure
CD4 Ct 2
| H/H | 15.1 | 43.1 |
| Plt | 22 | | chol | 24 |
| Aw | 9 | | TG | 203 |
| CHO | 111 | 117.6 | HDL | 38 |
| VL | 830 | | CPC | 167 |

Current Medications:
① Plavix 75mg QD    Coreg (coreg)
② Elavil 100mg HS    precerul Cave
NTG patch 0.2
④ lopid 600mg BID
⑤ Kaletra ## BID
Truvada ÷ QD
ASA EC 81mg QD
Coreg 12.5

OBJECTIVE: Temp: __°F  Pulse: 60 /min  Resp: 16 /min  BP: 100/79  Wgt: 220
HEENT N/D ceuspau    Nose c/o oui
lcy open lana
Recced Reops // N/D me huu / reddish
Abd Soft N/ ÷(+) ABS(+) 14 q
Ext affen noeder ÷ fail
Exm N/D ÷/÷

ASSESSMENT:
① HTN > Good
② HIV > Rem > no improvement
③ ASCVD > Cool occorul consur sterrow Artery
⑤ Desterder > poor

PLAN: ① ↑ procreat  ② TCC  ⑤
Orders signed off: David Clauson
01-20-09

Medication:

Labs: CBC /CM7/VL/Cnd5/G-1 RPR
Lipid = sweet
①FW Gaviv > Cereg Denis  lepid
D. VANCE, LPN
APALACHEE C.I.

Consultations (if needed): ② Conson Hper

Other: Kin FW Edrolle    ③ ATCC 4 mouth
Consoit Latel

Health Classification Grade reviewed: M 3 e /   Follow-up visits: ① Chent reen ten Kine Conculy
Consoit in 2 months

SIGNATURE: N

STAMP:
HAROLD PARKER, ARNP
APALACHEE CI

HIERRO, MANUEL D.
DOC : X23875
RACE: HISPANIC   EX _____
SEX : MALE
DOB : 10/21/60

This form is not to be amended, revised, or altered
without approval of the Deputy Director of
Health Services Administration

4-701F (3/04)

EXHIBIT-13

## CONSULTANT'S REPORT

**NO PROCEDURE(S) MAY BE PERFORMED WITHOUT PRIOR APPROVAL BY THE REGIONAL MEDICAL EXECUTIVE DIRECTOR, DEPARTMENT OF CORRECTIONS**

**Additional History:** _[handwritten, illegible]_

**Findings:** _[handwritten, illegible]_

**Recommendations:** _[handwritten, illegible]_

BENJAMIN OLLIFE, M.D.
CARDIOLOGIST
RMC

**Consultant Signature/Stamp:** _[signature]_   **Date:** 3/11/09

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

USE ADDITIONAL SHEET(S) AS NECESSARY

**Inmate Name:**
**DC#:**
**Date of Birth:**
**Institution:**
**EOS DATE:**

```
HIERRO, MANUEL D.
DOC : X23875
RACE: HISPANIC
SEX : MALE
DOB : 10/21/60
```

F/U  RMC West

_altered without approval of the Deputy Assistant Secretary of Health Services Administration_

DC4-702 (Revised 10/05) Page 2 of 2

HIBIT-14

FLORIDA DEPARTMENT OF CORRECTIONS
CHRONIC ILLNESS CLINIC

Clinics: Respiratory Endocrine Miscellaneous Cardiovascular Tuberculosis Immunity Neurology Gastrointestinal Oncology Kidney

INSTITUTION: HCI   DATE: 7/14/09   TIME START: 1100   TIME STOP: 1130

SUBJECT: Chief complaint: _____

**Current Medications:**

Plopid 600mg

Plavix 75mg

NGT patch 0.2mg

Elavil 100mg

Record Review since/last CIC visit: _____

OBJECTIVE: Temp: 98 °F   Pulse: 71 /min   Resp: 18 /min   BP: 119/75   Wgt: 218

ASSESSMENT:

① HTN

② ASCVD

③ Dyslipidemia

④ H(x)

PLAN: 

Orders signed off:

Medication:

Labs:

Consultations (if needed): _____

Other: _____

Health Classification Grade reviewed: M 3 L 4   Follow-up visits: CC 3 months

9-14-09   1210

SIGNATURE: 

STAMP:
HAROLD PARKER, ARNP
APALACHEE CI

S. BURDICK, SRN
APALACHEE CI

HIERRO, MANUEL D.
DOC : X23875
RACE: HISPANIC
SEX : MALE
DOB : 10/21/60

This form is not to be amended, revised, or altered
without approval of the Deputy Director of
Health Services Administration

DC4-701F (        )

Ex 7-15

## STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO: Institution: _Vinc Cardiology_ | FROM Institution: _ACFC_ | DATE OF REQUEST: _1/17/08_ |
|---|---|---|
| Reason(s) for consultation: | Type of consultation: | DATE APPOINTMENT MADE: _1-28-08_ |
| Evaluate and recommend diagnostic plan ✓ | Emergency | Staff Signature: |
| Evaluate and recommend treatment plan ✓ | Urgent ✓ | |
| Other (specify): | Routine | APPOINTMENT DATE: _2-4-08_ |
| Follow-up consults require justification | Follow-up | |

Condition is (check one): ☐ Acute Trauma   ☑ Acute Illness   ☐ Chronic

History of present illness (include onset, presentation, progress, therapy): _47 y/o Hispanic male c/o Angina upon exertion Hx triple bypass 2004_

Physical findings:

Diagnostic findings (explain laboratory, x-ray, or other test findings): _meds Neurontin, Atenolol ECASA Electrazine Flexeril 2 x a day Trazadone Plavix HCTZ Tq_

Other pertinent information: _H/O HTN Peripheral neuropathy Ascop_

Provisional diagnosis: _Worsening Angina Ascop Hx triple bypass_

Health Care Provider Signature/Stamp:   HAROLD PARKER ARNP APALACHEE CI

CHO/Designee Approval Signature/Stamp:   D. CHERRY, CHO APALACHEE CI   FRANK JOHNSON, MD MEDICAL/HEALTH SERVICES DIRECTOR

### AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _Cardiology evaluation_ which cannot be accomplished at _ACFC_

I also understand that, should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: _____   Date: _____

Signature of Witness: _____   Date: _____

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION**

```
Inma    HIERRO, MANUEL D.
DC#     DOC : X23875
Date    RACE: HISPANIC
LOS     SEX : MALE
        DOB : 10/21/60
```

DC4-702 (Revised 10/07) Page 1 of 2                    evised or altered without approval of the Deputy Assistant Secretary of Health Services Administration

EXHIBIT

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution: RMC Cardiology | FROM Institution: *ACI WEST UNIT* | DATE OF REQUEST: 5-8-08 |
|---|---|---|
| Reason(s) for consultation: Evaluate and recommend diagnostic plan Y Evaluate and recommend treatment plan Y Other (specify): ___ | Type of consultation: Emergency ___ Urgent ___ Routine ___ Follow-up Y | DATE APPOINTMENT MADE: 6-11-08 Staff Signature: P. Hudy |
| Follow-up consults require justification: | | APPOINTMENT DATE: 6-24-08 |

Condition is (check one): ☐ Acute Trauma      ☐ Acute Illness      ☒ Chronic
History of present illness (include onset, presentation, progress, therapy):

*55 y/o old B/M hx Coronary bypass with grafts/CAD with chest pain. The patient was seen by Dr. Olliff 2-07-08. ACST ordered And performed on 4-17-08. Patient ordered for F/U with Dr. Olliff after ACST*

Physical findings:
*No change in status*

Diagnostic findings (explain laboratory, x-ray, or other test findings):
*ACST - results pending*

Other pertinent information:
*Hx- HIV/HTN      Meds unchanged*

Provisional diagnosis:
*CAD with Chest Pain*

Health Care Provider Signature/Stamp: Harold Parker ARNP ACIW

CHO/Designee Approval Signature/Stamp:      DR D CHERRY CHO

### AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require RMC Cardiology
which cannot be accomplished at ACIW
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: ___      Date: 5-15-08

Signature of Witness: ___      Date: 5-15-08

### IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT OUTSIDE THE INSTITUTION

| Inm | HIERRO, MANUEL D. | | |
|---|---|---|---|
| DC | DOC : X23875 | H/M | *EOS-1-25-2014* |
| Date | RACE: HISPANIC | | |
| | SEX : MALE | | |
| EO | DOB : 10/21/60 | | |
| For | | | of the Deputy Assistant Secretary of Health Services Administration |

DC4-702 (Revised 10/05) Page 1 of 2

EXHIBITS-16

Department of Corrections – Office of Health Services
**Request for Prior Approval of Health Care Services**
Surgery, Procedures, Scheduled Hospital Admission and Ancillary Services

10-6-08

**ALL BLANKS MUST BE COMPLETED - MANDATORY**

Attach all pertinent documentation to expedite the approval process:
DC4-701, Laboratory and X-ray Reports, Consultation Reports, etc.

Routine _____ ✓Urgent _____ Emergent _____

Sending Institution: ACFU                Date of Request  8-13-08

DIAGNOSIS:  C A Y

Date of Onset  12-07                    Preexisting Condition  ✓

Surgery/Procedure Requested  Echocardigram

Facility where Surgery/Procedure/Other to be Scheduled:
RMC  ✓  RMC-MSU _____ MMCJ _____ FHE _____ Other _____ (Identify)

Attending Physician  Dr OCC IFF   Telephone Number _____

Estimated -LOS: _____ Hospital Cost _____ Physician Cost _____

Total Estimated Costs: _____ Date Faxed to UM _____

Signature of Chief Health Officer _____      DR. D. CHERRY, CHO
                                                    APALACHEE CI
**********************************************************************************
Date Prior-approval Received in Utilization Management _____

Date Approved _____ Signature of Nurse Reviewer _____

Date Referred to Physician Advisor _____

Date Reviewed by Physician Advisor _____ Approved Y ___ N ___

If the Physician Advisor does not approve Request, a Memorandum will be sent to the Chief Health Officer.

Institutions will be notified of status of approval process via fax (in the future will be e-mailed). Institutional logs should be carefully maintained to reflect the status of approval process and completion date of surgery/procedure. If you have any questions regarding the approval process, please call the Utilization Management Section at Reception Medical Center (386-496-6720).

Inmate Name  Hevro M            Custody Level _____
DC#  X23875  Race/Sex ___      EOS Date  12/2013
Date of Birth  10/21/60        SS# _____
Institution:  ACTU

This form is not to be amended, revised or altered without
approval of the Deputy Assistant Secretary of Health Services
Administration

DC4-659 (Revised 10/05) Page 1 of 1

EXHIBITS –16

MANUEL HIERRO # X23875, BI-101L
APALACHEE CORRECTIONAL INSTITUTION
52 W. UNIT DRIVE
SNEADS, FL. 32460

To:

CLERK OF COURT
U.S. DISTRICT COURT
30 GOVERNMENT ST.
PANAMA CITY, FL.
32401-2758

UNITED STATES POSTAGE
$00.44 0 MAR 17 2010
006
02 1M
00042580014
MAILED FROM ZIPCODE 32460