**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

MANUEL HIERRO,

      Plaintiff,

v.                                   CASE NO. 5:09cv00068/RS-AK

DR DANIEL CHERRY, et al,

      Defendants.

_____/

**O R D E R**

    Before me is Plaintiff's Motion to Compel Orange County Jail to Provide a Service Address for Dr. Sandra Hodges, And/or Serve the County of Orange as a Defendant (Doc. 65).

    Plaintiff has not stated claims against the county, and the Court will not order it served with the Complaint simply to facilitate service upon Dr. Hodges.  Further, there are no court funds to hire investigators to locate Dr. Hodges, as Plaintiff suggests.  Finally, the Court has attempted to locate Dr. Hodges, and there is no health care professional licensed in this state with the name of Sandra Hodge or Hodges.  It is not the Court's responsibility to correctly identify defendants for service and its attempts have been futile with the name provided by Plaintiff.

    Plaintiff's Motion to Compel (Doc. 65) is **denied**.

    **ORDERED** on March 30, 2010.

/S/ Richard Smoak_____
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**