# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MANUEL HIERRO,

    Plaintiff,

vs.                                           CASE NO. 5:09-cv-68/RS/AK

CELESTE MCDONALD, DR.
DANIEL CHERRY

    Defendants.
_____/

## ORDER

The Judgment (Doc. 73) is **vacated**.

**ORDERED** on June 2, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**