IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MANUEL HIERRO,

    Plaintiff,

vs.                       CASE NO. 5:09CV68-RS/AK

CELESTE MCDONALD, et al,

    Defendants.

_____/

## ORDER

The relief requested by Defendant Cherry's Motion For Leave To File A Second Summary Judgment [Motion] (Doc. 77) is **granted**. Defendant's motion shall be filed not later than July 9, 2010.

**ORDERED** on June 21, 2010.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**