**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


**MANUEL HIERRO,**

    **Plaintiff,**

**vs.**                               **CASE NO. 5:09CV68-RS/AK**


**CELESTE MCDONALD, et al,**

    **Defendants.**

                               /


## <u>ORDER</u>

Before me is Plaintiff's Motion Requesting An Order To Subpoena The Sheriff Of Orange County, Florida To Provide Dr. Jane Doe's Identity (Doc. 81). The clerk is directed to issue the subpoena which accompanies Plaintiff's motion and deliver it to Plaintiff.

**ORDERED** on June 21, 2010.


                           /S/ Richard Smoak
                           **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**