# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MANUEL HIERRO,

    Plaintiff,

vs.                                          CASE NO. 5:09CV68-RS/AK

CELESTE MCDONALD, et al,

    Defendants.

_____/

## ORDER

Before me is Plaintiff's Motion For Clarification Of Order And Judgment And Order For Trial Date (Doc. 82).

**IT IS ORDERED:**

1. Plaintiff's Motion For Clarification Of Order And Judgment is denied as moot. See Doc. 76.

2. Plaintiff's Motion For Trial And/Or Settlement Conference is denied.

**ORDERED** on June 21, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**