IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MANUEL HIERRO,

    Plaintiff,

vs.                                           CASE NO. 5:09-cv-68/RS-GRJ

DR. DANIEL CHERRY, et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 128). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' Motion for Summary Judgment (Doc. 107) is **GRANTED**.

3. The clerk is directed to enter final judgment in favor of Defendants Cherry and Tran and terminate them as parties to this suit.

**ORDERED** on September 22, 2011.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**